UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KAREN PETRO, as Administratrix of the Estate of Mark Jackson | : <br> : <br> : |
| v. | :    C.A. No. 2009-213S <br> : |
| TOWN OF WEST WARWICK, by and through its Finance Director Malcolm A. Moore; PATRICK J. KELLEY, individually and in his representative capacity; SEAN LUKOWICZ, individually and in his representative capacity; and SCOTT THORNTON, individually and in his representative capacity | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE
THE TESTIMONY OF DEFENDANTS' EXPERTS
DEBORAH MASH, CHARLES WETLI, AND GARY DIAS**

Plaintiff submits this motion pursuant to Rule 104 of the Federal Rules of Evidence for an order excluding the testimony at trial of Defendants' experts Deborah Mash, Charles Wetli, and Gary Dias. In support of this motion, Plaintiff submits herewith her memorandum of law and the Affidavit of Stephen P. Sheehan sworn to on February 3, 2011. Plaintiff requests a preliminary hearing.

                                               Plaintiff, Karen Petro,
                                               By her Attorney,


                                               /s/Stephen P. Sheehan
                                               Stephen P. Sheehan, Esq.  #4030
                                               Wistow & Barylick, Inc.
                                               61 Weybosset Street
                                               Providence, RI  02903
                                               (401) 831-2700
                                               (401) 272-9752 (fax)

Dated:  February 3, 2011

2

## **CERTIFICATION**

    I hereby certify that I caused to be served by electronic means (ECF) a copy of the within on the 3rd day of February, 2011, to the following:

Marc DeSisto, Esq.
marc@desistolaw.com

    /s/Daria L. Souza _____