# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KAREN PETRO, as Administratrix of the
Estate of Mark Jackson

v.                C.A. No. 2009-213S

TOWN OF WEST WARWICK, by and through
its Finance Director Malcolm A. Moore;
PATRICK J. KELLEY, individually and in his
representative capacity; SEAN LUKOWICZ,
individually and in his representative capacity; and
SCOTT THORNTON, individually and in his
representative capacity

## UNSWORN DECLARATION OF PETER GILLESPIE, M.D.

I declare, under penalty of perjury, under the laws of the United States of America, that my attached report dated June 15, 2010 is true and correct.

Executed on February 1, 2011.

_____ 2.1.2011
Peter Gillespie, M.D.

Peter Gillespie, M.D.
22262 SW 127th Place
Miami, Florida 33170
561-315-2046
DocEleven@Yahoo.com

June 15, 2010

Stephen P. Sheehan, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Re: Decedent: Mark Jackson
DOB: 7/2/60
Case: <u>Karen Petro v. Town of West Warwick, et al.</u>
DOD: 6/27/08

Dear Attorney Sheehan:

I understand that you need a report from me in connection with the captioned case.

As you know, I conducted the autopsy on Mark Jackson while I was an Assistant Medical Examiner with the office of the Rhode Island Medical Examiner, but left to take a position with the Miami-Dade County Medical Examiner's Office before the final report could be prepared. Dr. Gilson prepared the final autopsy report, based in large part upon my autopsy findings. I agree with Dr. Gilson's report and with his determination of the cause and manner of death.

It is my opinion, to a reasonable degree of medical certainty, that the cause of death for Mr. Jackson was sudden cardiac death (SCD). It is also my opinion that his death more likely than not was due to a ventricular arrhythmia. The factors which caused the arrhythmia were fixed cardiac structural abnormalities and the enhanced activation of his sympathetic nervous system resulting from the altercation with the police from the West Warwick Police Department on the night of June 27, 2008.

The cardiac structural abnormalities included "75% of luminal narrowing of the mid-point of the anterior descending branch of the left coronary artery," and "patchy myocardial fibrosis." In addition, his heart was enlarged at 520 grams.

Immediately prior to the arrival of the police, Mr. Jackson reportedly was calm and in no distress according to his mother, Juanita Jackson. The altercation with the police placed a great deal of stress on the heart. It is my opinion that he would not have suffered sudden cardiac death if the physical altercation had not occurred.

I understand that an AED was administered several minutes after Mark Jackson was taken from the patrol car in the parking lot at the West Warwick Police Station, and rescue initially did not detect a rhythm. The natural progression for SCD where there is a delay in using an AED is a period of sustained ventricular tachyarrhythmia followed by asystole. That is more likely than not what happened here.

The autopsy report signed by Dr. Gilson accurately sets forth my pathological findings and opinions, such that there is no need to repeat them here.

See attachments for other report requirements.

Very truly yours,

Peter Gillespie, M.D.

PG/lh

Enclosures

# Data considered by Peter Gillespie, M.D.

1. Rhode Island State Police Narrative

2. EMS Ambulance Run Report (6/27/08)

3. Kent Hospital (6/27/08)

4. Records from Medical Examiner (including Autopsy Report and CD containing autopsy photos)

5. Certificate of Death

6. Initial Psychiatric Evaluation, Leo Cok, M.D. (12/16/93)

7. Rhode Island Hospital (1994-1995)

8. Records from Social Security Administration: 12/1/04 Dr. LaFrance Evaluation; 10/15/04 Function Report; additional records recently produced by the Social Security Administration

9. Miscellaneous prescription records (1993-1996)

10. DVD of Incident

11. Statement of Juanita Jackson taken by RI State Police

*Peter Gillespie, M.D.*

## Qualifications of Peter Gillespie, M.D.

See attached C.V.

*Peter Gillespie, M.D.*
Peter Gillespie, M.D.

Exhibits for Peter Gillespie, M.D.

Any of the documents considered in forming opinion.

Peter Gillespie, M.D.

List of Testimony in Prior Cases (Trial or Deposition)(4 years)

State of Rhode Island vs. Katherine Bunnell, Rhode Island Superior Court (Trial testimony, 5/9/2008)

State of Rhode Island vs. Joshua Davis, Rhode Island Superior Court (Grand Jury testimony, 8/18/2006; sentencing hearing testimony, 6/25/2008)

State of Rhode Island vs. Brian Mlyniec, Rhode Island Superior Court (Trial testimony, 6/25-26/2008)

Farry vs. City of Pawtucket, U S District of Rhode Island (Deposition, 8/29/2009)

Peter Gillespie, M.D.

Statement of Compensation

I have received a $1,000 retainer. My hourly rate is $250.00.

Peter Gillespie, M.D.