# EXHIBIT B

# Peter A. Gillespie, M.D.

8921 SW 20th Street
Miami, Florida 33165
(561) 315-2046
DocEleven@yahoo.com

## Qualifications

Well trained forensic pathologist with experience in a wide range of medicolegal cases (including homicides), crime scene attendance, and court testimony, possessing excellent interpersonal and communications skills.

## Education

M.D., Hahnemann University School of Medicine, Philadelphia, Pennsylvania, June 1995.
- Graduated with Honors in Pathology and Psychiatry.
- Recipient, Eicki K. Koiwai Award for outstanding performance during a pathology clerkship.
- Participant, Advanced Psychiatry Program, 1991-1992 and 1992-1993.
- Participant, New England School of Addiction Medicine, June 1991.

B.S., University of Massachusetts
- Boston, Massachusetts, January 1987-June 1989 (Major: Biology).
  - Magna Cum Laude graduate
  - Recipient, 1989 Bettina Hall Harrison Biology Award, in recognition of outstanding teaching at the university level combined with scholarship.
- Amherst, Massachusetts, September 1974-Decemeber 1976 (Major: History).

## Postdoctoral Training

Fellow in Forensic Pathology, Broward County Medical Examiner's Office, Fort Lauderdale, Florida, July 2000-June 2001

Resident in combined Anatomic and Clinical Pathology, Dartmouth-Hitchcock Medical Center, Lebanon, New Hampshire, June 1995-July 2000.
- Participant, New Hampshire Department of Justice Death Investigation Training Course, July 1996.
- Represented the New Hampshire Office of the Chief Medical Examiner at the first

national conference on Shaken Baby Syndrome, Utah, November 1996, and subsequently reported back to the Attorney General's Committee on Child Fatalities, and presented the medical findings at the first New Hampshire statewide conference on Shaken Baby Syndrome.

Completed rotation in forensic pathology at the Office of the Chief Medical Examiner, Boston, Massachusetts, March 1997.

## Relevant Experience

**Associate Medical Examiner, Miami-Dade County Medical Examiner Office, Miami, Florida, October 2008-present.**

Responsible for postmortem examinations, interpretation of ancillary studies, issuance of autopsy reports, crime scene attendance, court testimony, and teaching of Fellows and Residents.

**Assistant Medical Examiner, Office of the State Medical Examiner, Providence, Rhode Island, July 2004-September 2008.**

Responsible for postmortem examinations, interpretation of ancillary studies, issuance of autopsy reports, crime scene attendance, court testimony, and teaching of Residents.

**Associate Medical Examiner, Palm Beach County Medical Examiner's Office, West Palm Beach, Florida, July 2001-May 2004**

Responsible for postmortem examinations, interpretation of ancillary studies, issuance of autopsy reports, crime scene attendance, court testimony, and teaching of health care professionals.

Member, Palm Beach County Child Fatality Review Committee.

## Licensure
Unrestricted licensure to practice medicine, State of Florida.

## Professional Societies
Member, National Association of Medical Examiners.
Member, American Academy of Forensic Sciences.

## Other Experience
Clean room technician, Shipley Corporation, Newton, Massachusetts, 1990-1991.
Summer MCAT preparation and review course instructor, University of Massachusetts at Boston, 1990.
Coin room supervisor, Servend Corporation, Waltham, Massachusetts, 1984-1986
Professional numismatist, Bellisario Rare Coins, Boston, Massachusetts (1983-194),

New England Rare Coin Galleries, Boston, Massachusetts (1981-1982), Wellesley National Corporation, Wellesley, Massachusetts (1979-1980).
    Responsible for buying and selling gold and silver bullion and rare coins, writing and editing auction catalogs, producing auctions, and supervising sales staff.

Coin room teller, Servend Corporation, Waltham, Massachusetts, 1978-1979.
Bulk currency teller, First National Bank of Boston, Boston, Massachusetts, 1977-1978.

**Married, with one child.**
**United States citizen.**
**Interests: motorcycles, music, chess.**
**References Available Upon Request**