

# Kevin R Brown MD, MPH, FACEP
28 BYRAM HILL ROAD
ARMONK, NEW YORK 10504-1506
(914) 273-9774
krbrownmd@verizon.net

## EDUCATION

| | | |
|---|---|---|
| Medical | Albert Einstein College of Medicine | Doctor of Medicine: 6/1/1988 |
| Graduate | New York Medical College | Master of Public Health: 5/11/1985 |
| Undergraduate | City College of New York | Bachelor of Science: 2/1/1977 |

## POST-GRADUATE TRAINING

**Emergency Medicine Residency (PGY-2-4)**
Jacobi Medical Center/ Albert Einstein College of Medicine
7/89-6/92

**Internal Medicine Internship (PGY-1)**
St. Luke's-Roosevelt Hospital Center/ New York, N.Y.
7/88-6/89

## BOARD CERTIFICATION

**Diplomate, American Board of Emergency Medicine**
Initial certification: 6/30/95; recertification: 12/23/05 expires: 12/31/2015

## ADMINSTRATIVE/ CLINICAL EXPERIENCE

**Attending Physician (Part-Time)**
Ellis Hospital, Schenectady, NY 12/07 to Present
Independent contractor through TIVA Healthcare, Florida

Lourdes Hospital, Binghamton, NY 12/07 to 6/08
Independent contractor through TIVA Healthcare, Florida

**Attending Physician (Part-Time)**
Phelps Memorial Hospital
Sleepy Hollow, NY
2/08 to Present

**Attending Physician (Part-Time)**
Putnam Hospital Center
Carmel, NY
5/08 to Present

**Director, Department of Emergency Medicine**
Greenwich Hospital; Greenwich, Connecticut
6/04 to 10/07

**Clinical Chairman, Department of Emergency Medicine**
Our Lady of Mercy Medical Center
Cardinal O'Connor and D'Urso Divisions; Bronx, New York
11/02 to 6/04

**Director, Emergency Services**
North Central Bronx Hospital (member of North Bronx Healthcare Network with Jacobi Medical Center); Bronx, New York
5/98 to 11/02

**Associate Director, Emergency Services**
St. Vincent's Catholic Medical Center of Brooklyn and Queens
Mary Immaculate Hospital Center, Queens, New York
9/97-4/98

**Vice Chairman, Emergency Medicine**
New York United Hospital Medical Center, Port Chester, New York
5/96-8/97

**Attending Physician, Emergency Services**
Greenwich Hospital (Per Diem), Greenwich, Connecticut
11/97-6/04

**Associate Director, Emergency Medicine Residency**
St. Luke's-Roosevelt Hospital Center, New York, NY
7/93-5/96

**Attending Physician, Emergency Department**
The Mount Sinai Medical Center, New York, NY
7/92-6/93

## FACULTY APPOINTMENTS

**Assistant Professor of Clinical Emergency Medicine**
New York Medical College; Valhalla, New York
4/6/05 to 12/30/08

**Assistant Professor of Emergency Medicine**
Albert Einstein College of Medicine; Bronx, NY
1998 to 2003

**Clinical Assistant Professor**
Touro College School of Health Sciences; Long Island, NY
1999 to 2002

**Clinical Lecturer in Physician Assistant Program**
Pace University; New York, New York
2000 to 2005

**Instructor in Paramedic Teaching Program**
LaGuardia Community College, Queens, New York
2001 to 2004

**Assistant Clinical Professor of Medicine**
Columbia University, College of Physicians & Surgeons; NY, NY
1993-1996

**Clinical Instructor**
Mount Sinai School of Medicine, New York, NY
1992-93

**Visiting Clinical Fellow**
Columbia University, College of Physicians & Surgeons; NY, NY
1988-89

## LICENSES

**New York** (initial license: 1/25/90)
**Connecticut** (initial license: 11/7/97) Inactive status as of 11/08
**Pennsylvania** (initial License: 2/23/2010)

## CERTIFICATES

**Advanced Emergency Medical Technician- Paramedic**
Certificate #010431; New York State, continuously since 1974;
Expiration: 6/30/11

## EMS EXPERIENCE

**Member, Board of Directors, Stamford EMS & Access Ambulance Service**, Stamford, CT
March 2006 to 11/07

**Medical Director, Our Lady of Mercy Medical Center EMS Service**
Six ALS & BLS EMS ambulances
2002-2004

**Advisory Board Member, Fordham University EMS**
Bronx, New York; 2003-2004

**Medical Director, Paramedic Training**
St. Vincent's Catholic Medical Center, Brooklyn-Queens Division; 1998-2002

**Paramedic Teaching**
LaGuardia Community College; Rockland Community College, Methodist Hospital; Nyack Hospital; NYC EMS Academy; Manhattan Community College; St. Anthony's School of Allied Health; Fire Department of New York; Methodist Hospital, St. Vincent's Catholic Medical Centers;
Approximately 2 Lecture series/ year since 1981

**Membership Chairman, ALS Subcommittee**
Regional Emergency Medical Advisory Committee (N.Y.C.) REMAC)
1998- 9/2004

**Member, Municipal Hospital Representative**
Regional Emergency Medical Advisory Committee (N.Y.C.) REMAC)
2002-9/2004

**On-Line Medical Control Physician Credentialed**
Regional Emergency Medical Advisory Committee (New York City) REMAC): 1998-2006
Westchester County Regional Medical Advisory Committee
2006 to Present
Schenectady County REMO Certificate #404.: 2008- Present
Hudson Valley REMAC: Certificate #9287. 2008- Present

**Reviewer of EMS Manuscript: Mosby's Paramedic Text**
(Sanders, MJ, Mosby Lifeline Publishers, published in 1994)

**Telemetry/ Medical Control Physician**
N.Y.C. Emergency Medical Service; 1990-93

**Supervisor of Paramedic Training**
N.Y.C. Emergency Medical Service; 1979-80

**Paramedic Supervisor / Lieutenant**
N.Y.C. Emergency Medical Service; 1979-80

**Paramedic:** N.Y.C. Emergency Medical Service; 1974-81
Lenox Hill Hospital, NY, NY; 1981-1986

## RELATED EXPERIENCE

- **Sexual Assault Examiner Course;** Albany Medical Center; 7.5 hrs. New York Chapter of American College of Emergency Physicians. 1/28/09

- **Emergency Department Directors Academy: Phase 2**; American College of Emergency Physicians; 4/13-17/08; Dallas, Tx

- **Key Note Speaker, Commencement Address**: Paramedic Graduation; Saint Vincent's Medical Center, New York City, August 28, 2007

- **Camp Physician Boy Scout Camp (Voluntary),** Greenwich, CT Summer 2007

- **Emergency Department Directors Academy: Phase 1**; American College of Emergency Physicians; 3/5 to 3/9/07; Dallas, Tx

- **21st Leadership: Intensive Executive Development Program**; October 2006; Yale New Haven Health, New Haven, CT

- **Key Note Speaker, Commencement Address**: Paramedic Graduation; State University of New York, Stony Brook Health Sciences Center; 6/16/06

- **Dale Carnegie Training**; Greenwich Hospital; 3/2005

- **Workgroup Member on Emergency Management Drills**; Greater New York Hospital Association; 2003; Production of two training sessions and booklet; "Effective Emergency Management Drills and Exercises" 2004

- **Colposcopy & Sexual Assault Examiners in Court Seminar**; Manhattan District Attorney's Office; 6/15/02

- **Principal Planner and Coordinator of Conference**: "Emergency Preparedness for Terrorism Mass Casualty Incidents" held at Jacobi Medical Center attended by 600 participants; 10/23/02

- Member of Greater New York Hospital Association (GNYHA) **Emergency Preparedness Coordinating Council** (2001-Present)

- Member of N.Y.C. Health and Hospital Corporation's **Emergency Preparedness Coordinating Committee** (2001-2002)

- Member of **New York State Department of Health's Ad Hoc Committee on Emergency Department Overcrowding** (2000-2002)

- **Quality Assurance Coordinator for Emergency Medicine**; North Central Bronx Hospital; 6/98 to 9/02

- **Guest Speaker; Commencement Address**; LaGuardia Community College's Paramedic Graduation (8/24/2001)

- **Invited Speaker** Addressing The City Council of New York Concerning EMS's Outsourcing of 911 Calls to Private Ambulance Companies (2000)

- **Sexual Assault Forensic Examiner (SAFE) Course**; 40hrs; Columbia University; 11/4-20/98

- **Advanced Forensic Colposcopy for Sexual Assault Examiners** Seminar, St. Luke's-Roosevelt Hospital Center; 6/14/01

- **ATLS (Advanced Trauma Life Support) Instructor**; taught in 20 courses since 1996

## PROFESSIONAL SOCIETIES
American College of Emergency Physicians
New York College of Emergency Physicians
Connecticut College of Emergency Physicians
Emergency Medicine Residents' Association
American Academy of emergency Medicine

## AWARDS

- **EMS Lifetime Achievement Award** for *"His continued commitment and dedication to the field of Emergency Prehospital Care"*; Saint Vincent's

Medical Center's Institute of Emergency Care; New York City, August 28, 2007
- **Certificate of Appreciation;** Mentorship for Greenwich High School Senior Internship Program; June 15, 2007
- **Awards for Quality Improvement** for:
  - "Measures to Improve Service Excellence Following a Large, Unanticipated E.D. Census Surge";
  - "Managing Stroke—Utilizing Best Practice at Greenwich Hospital" (Presented at Yale New Haven Health Annual Quality Seminar); and
  - "Decreased Length of Stay for Fast Track Versus Main E.D. Patients"

  Presented at Yale New Haven Health Annual Quality Seminar; Greenwich Hospital, October 2006

- **Awards for Quality Improvement** for:
  - "Implementation of an Electronic Patient Tracking System Effectively Characterizes E.D. Patient Subgroups";
  - "Successful Implementation of E.D. Information Management System";
  - "Implementation of an E.D. Behavioral Observation Unit to Decrease the use of Restraints";
  - "Use of Oral Midazolam Protocol to Provide Pediatric Minimal Sedation/ Anxiolysis in an E.D. Fast Track"

  Presented at Yale New Haven Health Annual Quality Seminar; Greenwich Hospital, October 2006

- **Quality Award Winner,** Greenwich Hospital for *"Long Hours creating templates, educating, coaching, and cheering on the staff to ensure a successful implementation of Meditech electronic patient tracking and order entry system in the E.D.",* July 2006
- **Certificate of Appreciation;** Mentor of Greenwich High School Senior Internship Program; June 9, 2006
- **Certificate of Appreciation:** Guest Speaker at The Retired Men's Association of Greenwich; Greenwich, CT June 7, 2006
- **Quality Award Winner,** Greenwich Hospital for "Instituting a smooth, patient-friendly process to collect ED co-payments." 5/06
- **Quality Award Winner,** Greenwich Hospital for *"Creating an environment conducive to training and education of the Emergency Department staff,"* 7/05
- **Quality Award Winner,** Greenwich Hospital for *"Exceptional effort in making the primary angioplasty program at Greenwich Hospital a reality"* 4/05
- **Honorary Chief of Fordham University EMS** for *"devotion, service and relentless spirit of enthusiasm;"* April 16, 2004
- **Certificate of Recognition: Accreditation Site Visit;** Pace University-Lenox Hill Hospital Physician Assistant Program; 12/2002

- **Certificate of Recognition: Student Preceptor**; St. Vincent's Catholic Medical Center Physician Assistant Program; 10/14/02
- **Clinical Preceptor Commendation;** Pace University- Lenox Hill Hospital Physicians Assistant Program; 11/9/01
- **Certificate of Appreciation;** Touro College School of Health Sciences Physician's Assistant Program; 6/99
- **Certificate of Appreciation;** United States Army Special Forces EMT-Paramedic Clinical Rotation; 4/98
- **Certificate of Appreciation;** Emergency Medical Services; City of New York; 2/86
- **Certificate of Appreciation;** Institute of Emergency Medicine; Albert Einstein College of Medicine; Paramedic Teaching; 12/84

## PUBLICATIONS

### A. Books
1. Brown KR: <u>Emergency Dysrhythmias and ECG Injury Patterns.</u> Delmar Thomson Publishers, Albany, New York; 2002.
2. Salavec L, Brown, KR; <u>Instructor's Manual to Accompany Emergency Dysrhythmias and ECG Injury Patterns</u>. Delmar Thomson Publishers, Albany, NY 2001.
3. Brown K, Jacobson S: <u>Mastering Dysrhythmias: A Problem Solving Guide.</u> FA Davis Publishers, Philadelphia, PA, 1988.

### B. Original Peer-Reviewed Articles
1. Roe D, Brown KR: Catamenial Pneumothorax Heralding Menarche in a 15-year Old Adolescent; <u>Ped Emer Care</u> 1997; 13:6; 390-91.
2. Brown KR, Carter W, Lombardi GE: Recombinant Erythropoietin Overdose. <u>Amer J Emerg Med</u> 1993; 11:619-21.
3. Brown KR, Carter W Jr, Lombardi GE: Blunt Trauma-Induced Pacemaker Failure. <u>An of Emer Med</u>, August 1991: 20:905-7.

### C. Other Publications
1. Brown KR: Chapter 3: <u>Bradycardias and Heart Blocks</u> in Mattu A, Tabas JA, Barish RA: Electrocardiography in Emergency Medicine, American College of Emergency Physicians, Dallas Texas, October 2007.
2. Contributor/ Consultant, Emergency Medicine & Prehospital Care sections, <u>Taber's Medical Dictionary</u> 17th edition. FA Davis Publishers, 1993.
3. Brown K, Carter W, Lombardi G, Wetzel W: Case of the Mortally Wounded Pregnant GSW Patient. <u>J Emerg Med Ser</u>, March 1992; 17:53-60.
4. Brown K, Carter W, Lombardi G, Wetzel W: Trauma Rounds: Case of the Pregnant MVA Victim. <u>J Emerg Med Ser</u>, July 1991; 16:99-104.
5. Brown K, Carter W, Lombardi G, Wetzel W: Trauma Rounds: Case of the Penetrating Chest Wound. <u>J Emerg Med Ser</u>, March 1991; 16:83-8.
6. Brown K, Carter W, Lombardi G, Wetzel W: Trauma Rounds: Case of the Traumatically Asphyxiated Patient. <u>J Emerg Med Ser</u>, November 1990; 15:55-9.
7. Brown K, Carter W, Lombardi G, Wetzel W: Trauma Rounds: Case of the Suddenly Decompensating Accident Victim. <u>J Emerg Med Serv</u>, July 1990; 15: 61-6.
8. Brown K, Carter W, Lombardi GE, Wetzel W: Trauma Rounds: Case of the Impaled Skull. <u>J Emerg Med Ser</u>, March 1990: 15:42-7.

9. Brown K, Siegel: Electrolyte Imbalance: An Uncommon Cause of Stokes - Adams syndrome. <u>Emerg Med Ser</u>, 1985; 14:43-7.
10. Brown K: Sudden Infant Death Syndrome: Update for EMS Providers. <u>Emerg Med Ser</u>, 1983; 12:52-62.
11. Brown K: General Theories of SIDS Development. <u>Emerg Med Ser</u>, 1983; 12:31-5.
12. Brown K: Prolonged Infantile Apnea Syndrome. <u>Emerg Med Ser</u>. 1984; 13: 32-41.
13. Brown K: Prehospital Peak Flow Assessment in COPD. <u>Emerg Med Ser</u>, 1982; 12:30-9.
14. Brown K: Identification and Interpretation of Cardiac Arrhythmias. <u>Emerg Med Serv</u>. Parts: I Vol 10 (5) 1981; II Vol 10 (6) 1981; III Vol 10 (7) 1981; IV Vol 11 (3) 1982; V Vol 11 (4) 1982; and VI Vol 11 (5) 1982.
15. Brown K: EKG Interpretations. Monthly Column, <u>Emerg</u>, 1981-2.

3/9/2010