

EXHIBIT H

# CURRICULUM VITAE
May 12, 2009

**Name:** Debra A. Pinals, M.D.      **Maiden Name:** Pinsky

**Citizenship:** United States

**Address:**      Debra A. Pinals, M.D.
Assistant Commissioner, Forensic Services
Department of Mental Health
25 Staniford St.
Boston, MA 02114

*Alternative Address:*
Department of Psychiatry
University of Massachusetts Medical School
55 Lake Avenue North
Worcester, MA 01655

## EDUCATION

| | |
|---|---|
| 1989 MD | Ohio State University, College of Medicine, Columbus, Ohio Kibbutz Ramat David, Israel (Advanced Hebrew) |
| 1985 BA | University of Toledo, Toledo, Ohio (Magna cum laude (French) with Honors) |
| 1985 | Paris, France (Advanced French) Overseas study through Michigan State University |

## POSTDOCTORAL TRAINING

| | |
|---|---|
| 1995-1996 | Gaughan Fellow in Forensic Psychiatry, Bridgewater State Hospital, Harvard Medical School |
| 1993-1995 | Senior Staff Fellow, Experimental Therapeutics Branch, National Institute of Mental Health, National Institutes of Health, Bethesda, MD |
| 1992-1993 | Chief Resident, Inpatient Services, Massachusetts Mental Health Center, Boston, MA |
| 1990-1992 | Resident in Psychiatry, Massachusetts Mental Health Center, Boston, MA |
| 1989-1990 | Internship, General Medicine, Lenox Hill Hospital, New York, NY |

## RESEARCH TRAINING

| | |
|---|---|
| 1993-1995 | Clinical Associate and Research Coordinator on National Institute of Mental Health Inpatient Research Unit studying the pathophysiology and treatment of schizophrenia |
| 1991-1992 | Involved in clinical research team studying the use of serotonergic agents with borderline personality disorder |
| 1990-1991 | Participated in the clinical assessment of the efficacy of risperidone |

## BOARD CERTIFICATION

2006      Recertification as a Diplomate in Forensic Psychiatry, American Board of Psychiatry and Neurology (2006-2016)

2003      Recertification as a Diplomate in Psychiatry, American Board of Psychiatry and Neurology (2003-2013)

1996      Diplomate, Added Qualifications in Forensic Psychiatry, American Board of Psychiatry and Neurology (1996-2006)

1995      Diplomate in Psychiatry, American Board of Psychiatry and Neurology (1995-2005)

1990      Diplomate, National Board of Medical Examiners

## ADDITIONAL CERTIFICATIONS

1999      Appointment as Designated Forensic Professional and Forensic Mental Health Supervisor, Massachusetts Department of Mental Health

## LICENSURE

1996-      Ohio License Registration

1993      Maryland License Registration

1990-      Massachusetts License Registration

## ACADEMIC APPOINTMENTS

2003-      Associate Professor of Psychiatry, University of Massachusetts Medical School

1998-2003      Assistant Professor of Psychiatry, University of Massachusetts Medical School

1996-1998      Assistant Professor of Psychiatry, Case Western Reserve University

1995-1996      Clinical Instructor, Psychiatry, Harvard Medical School

1990-1993      Clinical Fellow, Psychiatry, Harvard Medical School

## HOSPITAL/CLINICAL/ADMINISTRATIVE APPOINTMENTS

2008-      Assistant Commissioner, Forensic Services, Massachusetts Department of Mental Health

2008-      Director, Forensic Education, Department of Psychiatry, University of Massachusetts Medical School

2006-2008      Area Medical Director, Central Massachusetts Area, Massachusetts Department of Mental Health

2005-2006      Acting Area Medical Director for Risk Management, Central Massachusetts Area, Massachusetts Department of Mental Health (Aug 1, 2005-March 31, 2006)

2006-2008      Co-Director, Law and Psychiatry Program, Department of Psychiatry, University of Massachusetts Medical School

2000 and 2001-2006      Staff Psychiatrist, Massachusetts Correctional Institution in Framingham, MA, (Massachusetts' Prison for Women)

| 1999-2008 | Director, Forensic Evaluation Services, Department of Psychiatry, University of Massachusetts Medical School |
| 1998-2006 | Director, Forensic Service, Worcester State Hospital |
| 1998-2008 | Director, Forensic Psychiatry Fellowship and Training, Department of Psychiatry, University of Massachusetts Medical School |
| 1997-1998 | Cleveland Court Psychiatric Clinic Forensic Psychiatric Evaluator |
| 1996-1998 | Associate Director of Forensic Services, Northcoast Behavioral Healthcare System, Northfield Campus, Cleveland, OH |
| 1995-1996 | Staff Psychiatrist, Bridgewater State Hospital, Bridgewater, MA |
| 1995 | Staff Psychiatrist, Affiliated Sante Group, Silver Spring, MD |
| 1993 | Staff Psychiatrist, Lake Alice Hospital, Marton, New Zealand |
| 1991-1993 | Consulting Psychiatrist, Carney Hospital, Dorchester, MA |

## FORENSIC EVALUATION/TESTIMONY EXPERIENCE

1995-present:    Involved in numerous forensic evaluations, including record review and psychiatric examinations related to civil and criminal matters such as psychiatric medical malpractice, personal injury, fitness for duty, disability, decision-making competence, competence to stand trial, competence to waive *Miranda* rights, criminal responsibility, mitigation in sentencing, conditional release, testamentary capacity, psychological autopsy, competence to waive *Miranda* rights, asylum evaluations, etc.; Testimony experience in Massachusetts, Ohio, Hawaii and Federal Court.

## CONTRACT/PROJECT DEVELOPMENT

2000-2003:    Responsible for contract and curriculum development between the Law and Psychiatry Program of University of Massachusetts Medical School and the University of Massachusetts Lowell, Department of Criminal Justice, Practical Skills Development Institute regarding police and correctional officer mental health training; training focus included suicide prevention and information to help officers who encounter persons with mental illness in the course of their work. Contract renewal and expansion awarded in 2001 and 2002.

2002-2004:    Responsible for program planning and contract development between North Eastern Massachusetts Law Enforcement Council (NEMLEC) and the Law and Psychiatry Program of the University of Massachusetts Medical School related to mental health training and liaison to the School Threat Assessment and Response System (STARS).

## GRANTS

2007    Educational award from the American Academy of Psychiatry and the Law Institute for Education and Research (AIER) to develop DVD based educational case-based training materials. Award amount: $6,000

2002   Unrestricted Educational Grant from Eli Lilly, Inc. for development of innovative teaching methods to train law enforcement about mental health issues. Award amount: $10,000

## AWARDS AND HONORS

| | |
|---|---|
| 2009 | Outstanding Psychiatrist: Public Sector Award from the Massachusetts Psychiatric Society |
| 2008 | Red AAPL Outstanding Service Award from the American Academy of Psychiatry and the Law |
| 2006 | Distinguished Fellow, American Psychiatric Association |
| 2006 | Paul F. Briscoli Award for Resident-Faculty Academic Collaboration, University of Massachusetts Medical School |
| 2005 | Best Teacher in a Forensic Psychiatry Fellowship, American Academy of Psychiatry and the Law |
| 2003 | Paul J. Barreira Teaching Award, Psychiatric Residency Program, University of Massachusetts Medical School |
| 1997 | Letter of Recognition for excellence in medical student teaching, Case Western Reserve University |
| 1995 | Award for Clinical and Research Excellence, National Institutes of Health, Bethesda, MD |
| 1993 | Award Letter, Harvard Medical Student Teaching, Massachusetts Mental Health Center, Boston, MA |
| 1989 | Tinker Grant for graduate studies in an Iberian country |
| 1987 | Honors-MECO Project, Dept. of Preventive Medicine, Ohio State University |

## COMMITTEE/ORGANIZATIONAL INVOLVEMENT and PROFESSIONAL SERVICES

Massachusetts Psychiatric Society

| | |
|---|---|
| 2008, 2009 | Nominating Committee |
| 2005- | Legislative Representative to the American Psychiatric Association |
| 2002-<br>2002-2008, | Co-Chair, Litigation and Advocacy Committee |
| 2008-2009 | Elected as Massachusetts Psychiatric Society Representative to the Assembly of the American Psychiatric Association |
| 2002-2008,<br>2008-2009 | Member, Council |

American Psychiatric Association (APA)

| | |
|---|---|
| 2008 | Assembly Awards Committee |
| 2007-2008 | Assembly Nominating Committee |
| 2005- | Member, Council on Psychiatry and the Law<br>Work Groups chaired: Revisions of insanity defense position statement (2006-2007); position statement related to incarceration of civil committees awaiting hospital beds (2006); Development of positions related to psychiatric perspectives on gun registration laws (2007-2008) |

| 2005 | Invited participant in the APA President's Summit on "Educating a New Generation of Physicians in Psychiatry" co-sponsored by the Association of Directors of Medical Student Education in Psychiatry, Arlington, VA, April 2005 |
| 2005-2006 | Corresponding member, Council on Social Issues and Public Psychiatry |
| 2003-2008 | Member, Various Reference Committees, Assembly of the APA |
| 2002-2003 | Member, Guttmacher Award Committee |
| 2002-2008 | Massachusetts Representative to the Assembly of the APA |

American Academy of Psychiatry and the Law (AAPL)

| 2008 | Annual Meeting Program Chair for the 39th Annual Meeting, Seattle, WA |
| 2005- | Treasurer |
| 2004-2005 | Chair, Council Task Force to Revise the AAPL Ethical Guidelines |
| 2003 | Member, Education Committee of the AAPL Institute for Education and Research |
| 2002-2004 | Member, Nominating Committee |
| 2002-2005 | Councilor |
| 2001- | Member, Law Enforcement Liaison Committee |
| 2001- | Co-Chair, Education Committee |
| 2000-2001 | Vice-Chair, Education Committee |
| 1999-2000 | Member, Education Committee |
| 1998- | Member, Association of Directors of Forensic Psychiatry Fellowships |


Additional Local Committee and Organizational Involvement

| 2008 | Chair, Clinical Workgroup to revise Mandatory Forensic Reviews, Massachusetts Department of Mental Health |
| 2006-2008 | Chair, Area Research Monitoring Committee, Central Massachusetts Area Department of Mental Health |
| 2006 | Chair, Subcommittee to Examine Approach to Risk Assessment and Use of Structured Risk Assessment Instruments of the Massachusetts Department of Mental Health Risk and Safety Task Force- Committee explored aspects of risk assessment related to suicide, violence, firesetting, sexual offending, self-care and neuropsychiatric impairment for inpatient and community settings. |
| 2006 | Member, Massachusetts Department of Mental Health Risk and Safety Task Force |
| 2005- | Member, Samaritans of Greater Boston Advisory Board |
| 2005-2008 | Member, Continuous Quality Improvement Committee Regarding Designated Forensic Professional Inpatient Evaluations for the Massachusetts Department of Mental Health |
| 2005-2008 | Designated Forensic Professional Committee for the Massachusetts Department of Mental Health |
| 2004 | Chair, Clinical Task Force to Examine System for Managing and Treating Patients with Mental Illness and Problematic Sexual Behaviors, Massachusetts Department of Mental Health |
| 2004 | Applicant Interviewer for the Admissions Committee of the University of Massachusetts Medical School |
| 2000-2008 | UMass Memorial Health Care Ethics and Treatment Issues Committee |
| 2000-2004 | Designated Forensic Professional Committee for the Massachusetts Department of Mental Health |

| | |
|---|---|
| 1999-2002 | Department of Correction and Department of Mental Health Liaison Committee, Massachusetts Department of Mental Health |
| 1999-2004 | Special Populations Committee Examining Mentally Ill patients with Problematic Sexual Behaviors, Massachusetts Department of Mental Health |
| 1999-2000 | Co-Chair, Committee for Inpatient Forensic Programming, Massachusetts Department of Mental Health |
| 1997-1998 | Executive Leadership Committee, Forensic Service Product Line, Northcoast Behavioral Healthcare System, Northfield, Ohio |
| 1996-1997 | Forensic Services Committee, Northcoast Behavioral Healthcare, Toledo, Northfield, and Cleveland, Ohio |
| 1995 | Task Force to Review the Clinical Center Policy Concerning Research with Decisionally Impaired Persons, National Institutes of Health, Bethesda, MD |
| 1990-1992 | Service and Training Committee, Massachusetts Mental Health Center |
| 1987-1988 | OSU Substance Abuse Task Force, arranging means for treatment of students with difficulties with substance abuse |
| 1986-1988 | Senator, OSU student government |
| 1986-1987 | OSU Interprofessional Student Council Vice-President |

Additional National Committee and Organizational Involvement

| | |
|---|---|
| 2001-2007 | Chair, Psychiatry and Law Committee, Group for the Advancement of Psychiatry |
| 2000- | Member, Psychiatry and Law Committee, Group for the Advancement of Psychiatry |
| 1999-2000 | Invited guest, Psychiatry and Law Committee, Group for the Advancement of Psychiatry |
| 1998-2006 | Examiner for the American Board of Psychiatry and Neurology, oral boards |

## PROFESSIONAL SOCIETIES

| | |
|---|---|
| 1998- | Massachusetts Psychiatric Society |
| 1996-1998 | Ohio Psychiatric Association |
| 1995- | American Academy of Psychiatry and Law |
| 1990- | American Psychiatric Association |
| 1993-1996 | Washington Psychiatric society |
| 1990-1993 | Massachusetts Psychiatric society |
| 1989-1992, | |
| 2003, 2005- | American Medical Association |

## JOURNAL AND BOOK REVIEWER

| | |
|---|---|
| 2008 | The Primary Care Companion |
| 2006 | Behavioral Sciences and the Law |
| 2002, 2007 | American Journal of Psychiatry |
| 2000-present | Journal of the American Academy of Psychiatry and the Law |
| 2000 | American Psychiatric Press, Inc. |
| 1997-present | Psychiatric Services |
| 1994 | Schizophrenia Bulletin |

## JOURNAL EDITORIAL STAFF

2008-        Member, Editorial Board, Journal of the American Academy of
Psychiatry and the Law

## TEACHING EXPERIENCE

2008-        Director, Forensic Education, Law and Psychiatry Program, UMass Medical
School. Responsible for direct supervision and mentoring as well as co-
coordination of curriculum development for multi-disciplinary trainees in forensic
psychology and forensic psychiatry. Advisor to Director of Forensic Psychiatry
Fellowship around matters pertaining to curriculum development.

2005-        Course Instructor, American Academy of Psychiatry and the Law Annual Forensic
Psychiatry Review Course. Courses Taught: Managed Care (2005-2008),
Criminal Competencies (2005-2008), Selected Landmark Cases (2006-2008), Civil
Competencies (2007-2008), Forensic Ethics (2008)

2002-        Invited lecturer, New England School of Law, Boston, MA.

1999-2007    Small group instructor, Mind, Brain, Behavior Course on basic psychiatry for
second year medical students, University of Massachusetts Medical School

1998-2008    Director, Forensic Psychiatry Fellowship and Training, University of
Massachusetts Medical School, Department of Psychiatry.  Supervision and
coordination of University of Massachusetts residents, psychology interns and
fellows, and medical students rotating through the forensic service at Worcester
State Hospital and responsible for coordination of and presentation at forensic
psychiatry didactics for psychiatric residents at University of Massachusetts
Medical School; responsible for forensic psychiatry related lectures to medical
students—topics cover major areas of clinical and forensic work, such as suicide
and violence risk assessment, malpractice, disability, informed consent, right to
refuse treatment, boundary violations, competencies, expert testimony, etc.

1998-2008    Responsible for Psychiatry and Law Landmark Case Seminar for forensic
psychiatry fellows and post-doctoral forensic psychology fellows, University of
Massachusetts Medical School

1998-        Co-coordination of and presentation at didactic seminars for forensic psychiatry
fellows, residents, medical students, and post-doctoral forensic psychology
fellows, University of Massachusetts Medical School- topics covered include those
related to forensic psychiatric practice.

1998-        Coordination of the Law and Psychiatry Program's Clinical and Research Seminar
and Forensic Case Conference Series

1998-        Participation as a discussant at Psychiatric Clinical Case Conferences at University
of Massachusetts Medical School facilities

1996-1998    Supervision of Case Western Reserve University psychiatric residents, medical
students, and law students at the Cleveland Court Psychiatric Clinic

1996-1998    Supervision of Case Western Reserve University forensic psychiatry fellows

1997-1998    Case Western Reserve University medical student Mind Committee

1996-1998    Supervision of Metropolitan Hospital Psychiatric Residents

1996-1998    Didactics on sentencing evaluations, ethics in genetic testing, and correctional
psychiatry for Case Western Reserve University forensic psychiatry fellows

| | |
|---|---|
| 1993-1995 | Supervision of medical students participating in research electives at the Experimental Therapeutics Branch of the NIMH |
| 1992-1993 | Chief resident of medical student education in psychiatry at Massachusetts Mental Health Center; responsible for Psychopharmacology didactics and patient interviewing seminar as well as individual supervision |
| 1992-1993 | Supervisory Didactic for Psychiatry Residents, Massachusetts Mental Health Center |
| 1985-1987 | French Instructor (OSU Creative Activities Program) |
| 1985-1987 | English Instructor (University of Toledo Language Institute); Reading Instructor (Reading Improvement Center, Toledo, Ohio) |

## PUBLICATIONS

PEER-REVIEWED PUBLICATIONS

1. Land WM, Pinsky DA, Salzman C. Psychopharmacology: abuse and misuse of anticholinergic medications. *Hospital and Community Psychiatry* 1991; 42(6):580-1

2. Malhotra AK, Pinals D, Weingartner H, et al. NMDA Receptor Function and human cognition: The effects of ketamine in healthy volunteers. *Neuropsychopharmacology* 1996; 14:301-307.

3. Pinals DA, Malhotra AK, Missar CD, Pickar D, Breier A. Lack of gender differences in neuroleptic response in patients with schizophrenia. *Schizophrenia Research* 1996; 22:215-222.

4. Breier A, Malhotra AK, Pinals DA, et al. Association of Ketamine-induce psychosis with focal activation of the prefrontal cortex in healthy volunteers. *Am J Psychiatry* 1997; 154:805-811.

5. Malhotra AK, Pinals DA, Su T-P, Pickard D, Breier A. Ketamine-induced exacerbation of psychotic symptoms and cognitive impairment in neuroleptic-free schizophrenics. *Neuropsychopharmacology* 1997; 17:141-150.

6. Pinals DA, Malhotra AK, Breier A, Pickar D. Informed consent in schizophrenia research. *Psychiatric Services* 1998; 49:244.

7. Breier AF, Malhotra AK, Su T0P, Pinals DA, et al. Clozapine and risperidone in chronic schizophrenia: effects on symptoms, parkinsonian side effects, and neuroendocrine response. *American Journal of Psychiatry* 1999; 156:294-298.

8. Pinals DA, Buckley PF. Novel antipsychotic agents and their implications for forensic psychiatry. *Journal of the American Academy of Psychiatry and the Law* 1999; 27:7-22.

9. Pinals DA, Appelbaum PS. The History and current status of competence and informed consent in psychiatric research. *Israel Journal of Psychiatry and Related Science* 2000; 37:82-94.

10. Pinals DA, Gutheil TG. Sanctity, secrecy, and silence: dilemmas in clinical confidentiality. *Psychiatric Annals* 2001; 31:113-118.

11. Siegel DM, Grudzinskas AJ, Pinals DA. Old law meets new medicine: revisiting involuntary psychotropic medication of the criminal defendant. *Wisconsin Law Review* 2001; 2:307-380.

12. Sattar SP, Pinals DA. When taking medications is a sin: gelatin in court-ordered medications. *Psychiatric Services* 2002; 53:213-214.

13. Sattar SP, Pinals DA, Gutheil T. Countering countertransference: a forensic trainee's dilemma. *Journal of the American Academy of Psychiatry and the Law*, 2002; 30:65-69.

14. Pinals SL, Pinals DA. Obsessive-Compulsive Disorder across the twentieth century: a geriatric case study. *Journal of Geriatric Psychiatry* 2002; 34:83-100.

15. Pinals DA, Appelbaum PS. Impact of the new legal framework for chemical restraints. *Directions in Psychiatry* 2003; 23:317-324.

16. Sattar SP, Pinals DA, Gutheil TG. Countering countertransference, II: Beyond evaluation to cross-examination. *Journal of the American Academy of Psychiatry and the Law*, 2004;32:148-154.

17. Pinals DA, Packer I, Fisher B, Roy K. Relationship between race and ethnicity and forensic clinical triage dispositions. *Psychiatric Services*, 2004; 55:873-878.

18. Mester R, Pinals DA. Comparing aspects of mental health legislation of Israel and Massachusetts. *Israel Journal of Psychiatry and Related Science*, 2004; 41:133-139.

19. Vermette H, Pinals DA, Appelbaum PS. Mental health training for law enforcement professionals. *Journal of the American Academy of Psychiatry and the Law*, 2005; 33:42-46.

20. Pinals DA. Where two roads meet: competence to stand trial restoration from a clinical perspective. *New England Journal of Civil and Criminal Confinement*, 2005; 31:81-108.

21. Pinals DA. Forensic psychiatry fellowship training: developmental stages as an educational framework. *Journal of the American Academy of Psychiatry and the Law*, 2005; 33:317-323.

22. Jones PM, Appelbaum PS, Siegel DM, and the Massachusetts Work Group on Law Enforcement Access to Hospital Patients (Pinals, DA, member). Law enforcement interviews of hospital patients: a conundrum for clinicians. *Journal of the American Medical Association*, 2006; 295:822-825.

23. Pinals DA, Tillbrook CE, Mumley D. Practical application of the MacArthur Competence Assessment Tool–Criminal Adjudication (MacCAT-CA) in a public sector forensic setting. *Journal of the American Academy of Psychiatry and the Law* 2006; 34:179-188.

24. Sattar SP, Pinals DA, Din AU, Appelbaum PS. To Commit or not to commit: the psychiatry resident as a variable in involuntary commitment decisions. *Academic Psychiatry* 2006; 30):191-195.

25. Price M, Pinals DA. Law enforcement and mental health professionals: a collaborative approach to training. *Law Enforcement Executive Forum* 2006;6:61-73.

26. Byatt N, Arikan R, Pinals DA. Involuntary hospitalization of medical patients who lack decisional capacity: an unresolved issue. *Psychosomatics* 2006; 47:443-448.

27. LeBourgeois, HW III, Pinals DA, Williams V, Appelbaum PS. Hindsight bias among psychiatrists. *Journal of the American Academy of Psychiatry and the Law*, 2007; 35:67-73.

28. Mossman D, Noffsinger SG, Ash P, Frierson RL, Gerbasi J, Hackett M, Lewis CF, Pinals DA, Scott CL, Sieg KG, Wall BW, Zonana HV. AAPL Practice Guideline for the forensic psychiatric evaluation of competence to stand trial. *Journal of the American Academy of Psychiatry and the Law*, 2007; 35:S3-S72.

29. Pinals DA. Informed consent and the therapeutic alliance. *Current Psychiatry* 8:33-43, 2009.

## OTHER JOURNAL AND NEWSLETTER PUBLICATIONS

1. Comiskey D, Pinals DA. NGRI: Insanity defense and diminished actuality for premeditation. Legal Digest. *Journal of the American Academy of Psychiatry and the Law* 2001; 29:246-248.

2. Zerby S, Pinals DA. Competence to parent: Parental fitness related to failure to take psychotropic medications. Legal Digest. *Journal of the American Academy of Psychiatry and the Law* 2001; 29:244-246.

3. Schuchman MC, Pinals DA. Peer review: Psychiatrist suit allowed to proceed after privileges revoked for whistle-blowing: peer review board not entitled to immunity under Health Care Quality Improvement Act. Legal Digest. *Journal of the American Academy of Psychiatry and the Law* 2002; 30:300-301.

4. Vermette H, Pinals DA. Malpractice: Suicide not considered an illegal act if committed by a person of "unsound mind." Legal Digest. *Journal of the American Academy of Psychiatry and the Law* 2002; 30:301-303.

5. Spratt SS, Pinals DA. Involuntary treatment: Involuntary treatment with antipsychotic medication approved for restoration of competence to stand trial. Legal Digest. *Journal of the American Academy of Psychiatry and the Law* 2002; 30:318-321.

6. Noroian P, Pinals DA. Psychotropic Medication for a Pretrial Detainee: Lack of informed consent does not necessarily equate with involuntary treatment. Legal Digest. *Journal of the American Academy of Psychiatry and the Law* 2003; 31:257-259.

7. Osinowo TO, Pinals DA. Competence to stand trial: Capacity to make rational decisions; defense counsel representations of defendant's competence. Legal Digest. *Journal of the American Academy of Psychiatry and the Law* 2003; 31:261-264.

8. LeBourgois HW, Pinals DA. Limits on privileged status of peer review and quality assurance records: Federal act trumps state law and compels disclosure of hospitals' peer review and quality assurance records for the purpose of suicide investigation. Legal Digest. *Journal of the American Academy of Psychiatry and the Law* 2004; 32:200-202.

9. Keefe B, Pinals DA. Durable power of attorney for psychiatric care: Vermont law allowing nullification of durable powers of attorney for health care in the event of civil commitment is struck down as discriminatory against persons with mental illness. Legal Digest. *Journal of the American Academy of Psychiatry and the Law* 2004; 32:202-204.

10. Arikan R, Pinals DA. Competence to stand trial and self-representation: Use of collateral data in determination of competence in an uncooperative defendant; permission to proceed without counsel. Legal Digest. *Journal of the American Academy of Psychiatry and the Law* 2004; 32:207-209.

11. Pinals D, Recupero P, Coleman J. Your education committee at work: Meeting AAPL members' needs. *American Academy of Psychiatry and the Law Newsletter* 2004; 29:13-14.

12. Frank DI (Original Lesson by Pinals DA, Appelbaum PS). Impact of the evolving legal framework for chemical restraints. *Directions in Psychiatric Nursing* 2005; 11:27-34.

13. Bolton MA, Pinals DA. Guardianship: Interstate transfer of guardianships. Legal Digest. *Journal of the American Academy of Psychiatry and the Law* 2006; 34:416-418.

14. Marrero IV, Pinals DA. Malpractice: A Subjective or capacity-based test should be applied when assessing the contributory negligence of mentally ill individuals who have committed suicide. Legal Digest. *Journal of the American Academy of Psychiatry and the Law* 2006; 34:418-420.

15. Pinals DA. Legislative Advocacy Day Report. *Massachusetts Psychiatric Society Bulletin* 2006; May/June.

16. Bober DI, Pinals DA. Prisoner rights and deliberate indifference: right to have medical needs treated without deliberate indifference does not encompass a right to a correct assessment of suicide risk. Legal Digest. *Journal of the American Academy of Psychiatry and the Law* 35:388-391.

17. Blanks R, Pinals DA. Competence to be Executed: Eighth Amendment Requires Mere 'Awareness' Rather than 'Rational Understanding' of Reason for Execution. Legal Digest. *Journal of the American Academy of Psychiatry and the Law* 2007; 35:381-384.

18. Pinals DA. Your APA, Our APA. *Massachusetts Psychiatric Society Bulletin* 2007; 76:July/August.

19. Pinals DA. Your APA, Our APA. *Massachusetts Psychiatric Society Bulletin* 2007; 77:September.

20. Pinals DA. Your APA, Our APA. *Massachusetts Psychiatric Society Bulletin* 2007; 78: October.

21. Pinals DA. Your APA, Our APA. *Massachusetts Psychiatric Society Bulletin* 2007; 79: November/December.

22. Bober D, Pinals DA, Grisso T. Neurodevelopmental Abilities and Adjudicative Competence in Juveniles. *American Academy of Psychiatry and the Law Newsletter* 2008; January.

23. Pinals DA. Your APA, Our APA: Highlights from the Assembly. *Massachusetts Psychiatric Society Bulletin* 2008; 80: January.

24. Pinals DA. Your APA, Our APA: Gearing Up for Things to Come. *Massachusetts Psychiatric Society Bulletin* 2008; 81: Febrary.

25. Pinals DA. Legislative Advocacy Day Report. *Massachusetts Psychiatric Society Bulletin* 2008; 82: March.

26. Pinals DA. Your APA, Our APA: A Call to Action Through Action Papers and Representation. *Massachusetts Psychiatric Society Bulletin* 2008; 82: March.

27. Kaempf A, Pinals DA. Competence to waive Miranda Rights: Capital Murder Defendant Did Not Knowingly and Intelligently Waive Miranda Rights. Legal Digest. *Journal of the American Academy of Psychiatry and the Law* 36:400-402.

28. Dev D, Pinals DA. Guardianship and Autonomy in Decision Making: Improper to remove husband as guardian unless determined to be in best interest of ward and based on firm factual foundation of conflict of interest. Legal Digest. *Journal of the American Academy of Psychiatry and the Law* 36:406-409.


BOOK CHAPTERS

1. Hunter J, Pinsky DA. Individual psychotherapy supervision from the point of view of the supervisee. In: Greben SE, Ruskin R (eds), **Clinical Perspectives in Psychotherapy Supervision**. Washington DC, American Psychiatric Press, 1994.

2. Malhotra AK, Pinsky DA, Breier A. Future antipsychotic agents for the treatment of schizophrenia. In: Breier A (ed), **The New Pharmacotherapy of Schizophrenia**. Washington DC, American Psychiatric Press, 1996.

3. Pinals DA, Breier A. Schizophrenia. In: Tasman A, Kay J, Lieberman JA (eds), **Psychiatry**. Philadelphia, PA, W.B. Saunders Co., 1997.

4. Pinals DA, Breier A. Schizophrenia. In: Taylor DH, Tasman A, Kay J, Lieberman JA (eds), **Psychiatry: Self Assessment and Review**. Philadelphia, PA: W.B. Saunders Co., 1997.

5. Pinals DA, Appelbaum P. Ethical aspects of neuropsychiatric research with human subjects. In: Davis KL, Charney D, Coyle JT, Nemeroff C (eds.): **Neuropsychopharmacology: The 5th Generation of Progress.** The American College of Neuropsychopharmacology. Philadelphia, PA: Lippincott Williams & Wilkins, 2002.

6. Pinals DA, Hoge SK. Treatment refusal in psychiatric practice. In: Rosner R (ed.): **Principles and Practice of Forensic Psychiatry**, 2nd Edition. London: Arnold Press, 2003.

7. Patel J, Pinals DA, Breier A. Schizophrenia. In: Tasman A, Kay J, Lieberman JA (eds), **Psychiatry**, 2nd Edition. Chichester, U.K.: John Wiley & Sons, Ltd., 2003.

8. Pinals DA, Price M. Law Enforcement and Psychiatry. In: Gold L, Simon R (eds), **Forensic Psychiatry for the Clinician: Guidelines for Assessment**. Washington, D.C.: American Psychiatric Publishing, Inc., 2004.

9. Pinals DA. Stalking: Classification and Typology. In: Pinals DA (Ed). **Stalking: Psychiatric Perspectives and Practical Approaches**. New York, Oxford University Press, 2007.

10. Pinals DA, Tillbrook CE, Mumley D. Violence Risk Assessment. In, **Sex offenders: Identification, Risk Assessment, Treatment & Legal Issues**; Editors: Saleh, F.M., Grudzinskas, A.J., Bradford, J.M., Brodsky, D. Oxford University Press, New York, NY. (In Press).

11. Saleh FM, Federoff JP, Ahmed AG, Pinals DA. Treatment of Violent Behavior. In: Tasman A, Kay J, Lieberman JA (eds), **Psychiatry**, 3rd Edition. Chichester, U.K.: John Wiley & Sons, Ltd., (2008).

12. Patel J, Pinals DA, Breier A. Schizophrenia. In: Tasman A, Kay J, Lieberman JA (eds), **Psychiatry**, 3rd Edition. Chichester, U.K.: John Wiley & Sons, Ltd., (2008).

13. Scott C, Pinals DA. The Insanity Defense. In: **Encyclopedia of Forensic Sciences**. Chichester, U.K.: John Wiley & Sons, Ltd., (In Press).

14. Byatt N, Pinals DA. Legal and Ethical Issues in the Emergency Psychiatry. In: Riba M (ed), **Handbook of Emergency Psychiatry**. Washington, D.C.: American Psychiatric Publishing, Inc. (In Press).

BOOK REVIEWS

Pinals DA. Review of **Physician Sexual Misconduct** by Joseph D. Bloom, Carol C Nadelson, and Malka T. Notman. Reviewed for the *Journal of the American Academy of Psychiatry and the Law* 2001; 29:260-261.

Pinals DA. Review of **Suicide by Cop: Committing Suicide by Provoking Police to Shoot You** by Mark Lindsay and David Lester. Reviewed for *Psychiatric Services* 2005; 56:1470.

Kaempf A, Pinals DA. Review of **Handbook of Forensic Mental Health with Victims and Offenders: Assessment, Treatment and Research,** Edited by David W. Springer and Albert R. Roberts. Reviewed for *Psychiatric Services* 2008; 59:213-214.

Kaempf A, Pinals DA. Review of **Practical Approaches to Forensic Mental Health Testimony,** by Thomas G. Gutheil and Frank M. Dattilo. Reviewed for the *Journal of the American Academy of Psychiatry and the Law* 2008; 36: 422-423.

Dev D, Pinals DA. Review of **Homicide: A Psychiatric Perspective, Second Edition**, by Carl P. Malmquist. Reviewed for *Psychiatric Services* (In Press).

Pinals DA. Review of Psychological Evaluations for the Courts: A Handbook for Mental Health Professionals and Lawyers (3rd Ed), by Gary B. Melton, John Petrila, Norman G. Poythress, and Christopher Slobogin with Phillip M. Lyons, Jr. and Randy K. Otto. Reviewed for the *Journal of the American Academy of Psychiatry and the Law* (In Press).

## FORMAL CURRICULUM MATERIALS

Schorer H, Haynes K, Pinals DA. **Reducing Risk of Death of Persons in Custody: Psychiatric Aspects.** Produced for the Practical Skills Development Institute, Department of Criminal Justice, University of Massachusetts Lowell, 2000.

Pinals DA. **Mental Health Issues in Police and Correctional Officer Encounters**. Produced for the Practical Skills Development Institute, Department of Criminal Justice, University of Massachusetts Lowell, 2001.

## BOOKS

Pinals DA (Ed). **Stalking: Psychiatric Perspectives and Practical Approaches**. New York, Oxford University Press, 2007.

## AUDIO TAPE PRODUCTIONS

Resnick PJ, Pinals D, Scott C. *Risk Assessment for Violence,* Psychiatric UPDATE, Medical Information Systems, Inc. Vol. 22, Issue 4, 2002.

## VIDEO TAPE/OTHER MEDIA PRODUCTIONS

**Introduction to Forensic Statutory Evaluations.** Training Tape Series for Staff Development. Worcester State Hospital, 1999-2000.

**Beyond the Blue Line: Mental Health and Law Enforcement at the Crossroads**. Debra A. Pinals, M.D., Executive Producer; Maryanne Galvin, Ed.D., Writer, Director, Producer; September 2003

**Personal Injury Litigation: Case Presentation**. DVD Case Presentation. Debra A. Pinals, M.D., Executive Producer and Director; Tina Lusignolo, M.D., Scott Turpin, M.D., Mark Rudolph, M.D., Paul Appelbaum, M.D., Contributors. DVD Design and Development: Debra A. Pinals, M.D. and Tony Maciag, BFA, October 2005.

## ABSTRACTS/RESEARCH PRESENTATIONS

Pinsky DA, Malhotra AK, Breier AF, Pickar D. Gender differences in schizophrenia: phenomenology and neuroleptic response. APA New Research & Abstracts NR 263, May 1994.

Pinals DA, Malhotra AK, Missar CD, Breier A, Pickar D. Treatment-Response and treatment-resistance in chronically ill schizophrenic patients. 33rd Annual Meeting of the American College of Neuropsychopharmacology, 1994.

Breier A, Malhotra A, Pinals D, Chung I-W, Hsiao J, et al. Prefrontal cortex mediates ketamine-induced psychosis. 33rd Annual Meeting of the American College of Neuropsychopharmacology, 1994.

Malhotra AK, Weingartner H, Sirocco K, Pinals D, Pickar D, Breier A. The effects of ketamine, an NMDA antagonist, on cognitive performance in normal controls. 33rd Annual Meeting of the American College of Neuropsychopharmacology, 1994.

Malhotra AK, Weingartner H, Sirocco K, Pinals D, Missar CV, et al. The Cognitive effects of ketamine, and NMDA antagonist in normal controls and drug-free schizophrenic patients. Abstracts of the Vth International Congress of Schizophrenia Research, Special Issue of Schizophrenia Research, 15:1,2: April, 1995.

Pinals DA, Malhotra AK, Missar CV, Breier A, Pickar D. The Role of gender in the pharmacotherapy of schizophrenia. Abstracts of the Vth International Congress of Schizophrenia Research, Special Issue of Schizophrenia Research, 15:1,2: April, 1995.

Breier A, Malhotra A, Pinals D, Chung I-W, et al. Neuroanatomical localization of NMDA receptor-mediated psychosis in healthy controls and schizophrenic patients. Abstracts of the Vth International Congress of Schizophrenia Research, Special Issue of Schizophrenia Research, 15:1,2: April 1995.

Pickar D, Pinals D. Drug free symptoms in schizophrenia. 34th Annual Meeting of the American College of Neuropsychopharmacology, 1995.

Breier, AF, Malhotra AK, Su T-P, Weisenfeld N, Pinals DA, Pickar D. Unraveling the cause of schizophrenia with PET. APA Symposia No. 113C, May 1996.

Pinals DA, Malhotra AK, Breier AF, Pickar D. Informed consent in schizophrenia research. APA NR 421, May 1996.

Pinals DA, Noffsinger SG. Criminal behavior and psychosis: implications for dispositional planning. APA NR 340, San Diego, CA, 1997.

Pinals SL, Steiner S, Bharucha AJ, Pinals DA, Satlin A. Decision-making capacity in the elderly. APA NR 725, San Diego, CA, 1997.

Pinals DA, Noffsinger S. Psychosis and criminal behavior: A Look at symptom profiles in forensic patients. Presented at the Ohio Department of Mental Health Annual TARP conference, Columbus, Ohio, June 1997.

Pinals DA, Noffsinger S. Characterization of symptoms in NGRI patients. Presented at the Third Annual All-Ohio Institute on Community Psychiatry, Cleveland, Ohio, and the 28th Annual Meeting of the American Academy of Psychiatry and the Law, Denver, CO, October 1997.

Pinals DA, Packer I, Norniella R, Fisher W, Roy-Bujnowski K. Race and ethnicity: impact on forensic decisions. Presented at the 31st Annual Meeting of the American Academy of Psychiatry and the Law, Vancouver, BC, October 2000.

Vermette H, Pinals D, Appelbaum P, Haynes K. Educating law enforcement professionals. Presented at the 32nd Annual Meeting of the American Academy of Psychiatry and the Law, Boston, MA, October 2001.

Sattar P, Pinals D, Appelbaum P. To commit or not to commit: clinicians, the non-patient variable. Presented at the 33rd Annual Meeting of the American Academy of Psychiatry and the Law, Newport Beach, CA, October 2002.

Saleh FM, Pinals D, Bradford JMW, et al. Pharmacotherapy of the paraphilias: a multisite study. Presented at the 34th Annual Meeting of the American Academy of Psychiatry and the Law, Newport Beach, CA, October 2003.

Saleh FM, Pinals D, Berlin FS. The neurobiological substrate of the paraphilias. Presented at the 34th Annual Meeting of the American Academy of Psychiatry and the Law, Newport Beach, CA, October 2003.

Noroian P, Pinals D, Appelbaum PS. Prosecution of patients: an update. Presented at the 34th Annual Meeting of the American Academy of Psychiatry and the Law, Newport Beach, CA, October 2003.

Arikan R, Saleh F, Marrero I, Pinals DA, Appelbaum PS. Dual agency issue in disability evaluations. Presented at the 34th Annual Meeting of the American Academy of Psychiatry and the Law, Newport Beach, CA, October 2003.

Osinowo TO, Pinals D, Appelbaum PS, Fisher W, Grudzinskas A. Management of sexual behaviors among inpatients. Presented at the 34th Annual Meeting of the American Academy of Psychiatry and the Law, Newport Beach, CA, October 2003.

LeBourgeois HW III, Pinals DA, Williams V, Appelbaum PS. Hindsight bias among psychiatrists. Presented at the 35th Annual Meeting of the American Academy of Psychiatry and the Law, Scottsdale, AZ October 2004.

Arikan R, Pinals DA, Saleh FM, Marrero I, et al. Dual agency issues in SSA disability evaluations. Presented at the 35th Annual Meeting of the American Academy of Psychiatry and the Law, Scottsdale, AZ October 2004.

Noroian PE. Pinals DA. Appelbaum PS. Prosecution of psychiatric patients: an update continued. Presented at the 35th Annual Meeting of the American Academy of Psychiatry and the Law, Scottsdale, AZ October 2004.

Packer, I., Vincent, G. M., & Pinals, D. Informing Management Decisions With Factors of the PCL:SV. In K. Douglas (Chair) Psychopathy: Relevance of (Three- and Four-Factor) Symptom Clusters to the Development, Nature, and Management of Violence. Presented at the 2005 annual conference of the American Psychology-Law Society, La Jolla, CA, March 2005.

Marrero IV, Pinals DA, Fisher WH, Williams VF, Appelbaum PS. Role of ethnicity in applying for psychiatry disability. Presented at the 36th Annual Meeting of the American Academy of Psychiatry and the Law, Montreal, Canada October 2005.

Rudolph MN, Pinals DA, Williams VF, Appelbaum PS. Managed care's influence on psychiatric assessments. Presented at the 36th Annual Meeting of the American Academy of Psychiatry and the Law, Montreal, Canada October 2005.

Bolton MA, Appelbaum PS, Pinals DA, Grudzinskas A, Williams V. Review of commitment statutes in the United States. Presented at the 37th Annual Meeting of the American Academy of Psychiatry and the Law, Chicago, Illinois October 2006.

LeBourgeois HW III, Pinals DA, Williams V, Appelbaum PS. A Difference of opinion regarding risk and negligence. Presented at the 37th Annual Meeting of the American Academy of Psychiatry and the Law, Chicago, Illinois October 2006.

Blanks RC, O'Garr J, Pinals DA, Simon L, Fisher W. Ethical perspectives: duty to protect and HIV patients. Presented at the 38th Annual Meeting of the American Academy of Psychiatry and the Law, Miami Beach, Florida October 2007.

Kaempf AC, Pinals DA, Packer I, Baxter P. Gender and the experience of providing expert testimony. Presented at the 39th Annual Meeting of the American Academy of Psychiatry and the Law, Seattle, WA, October 2008.

Glancy GD, Hayos C, Resnick PJ, Pinals DA. The Stalking HARM: A new guide to the risk management of stalking. Presented at the 39th Annual Meeting of the American Academy of Psychiatry and the Law, Seattle, WA, October 2008.

Kissin M, Grisso T, Pinals DA, Young JJ, Thomas M. Contextual risk factors in mandatory risk evaluations. Presented at the 39th Annual Meeting of the American Academy of Psychiatry and the Law, Seattle, WA, October 2008.

## GRAND ROUNDS, WORKSHOPS AND LECTURE PRESENTATIONS

Pinals DA. *Drug-drug interactions: Implications for pharmacotherapy.* Grand Rounds for Northcoast Behavioral healthcare System, Northfield, Ohio, October 1996.

Pinals DA. *The Prediction of violence.* Presented to Rotating Primary Care Tract Medical Students at Case Western Reserve University, May 1997.

Noffsinger SG, Pinals DA. *Violence risk assessment.* Presented at the Ohio Department of Mental Health Annual TARP Conference, Columbus, Ohio, June 1997.

Pinals DA. *Forensic psychiatry in the community.* Presented to the Case Western Reserve UniversityPGY-3 Psychiatric Residents, July 1997.

Pinals DA. *The Psychopharmacology of aggression.* Presented to the Cleveland Court Psychiatric Clinic, August 1997.

Pinals D, Noffsinger S, Bozievich C, Radio J. *Violence risk assessments.* Presented at the Third Annual All-Ohio Institute on Community Psychiatry, Cleveland, Ohio, October 1997.

Noffsinger SG, Pinals D, Geier P, Meredith P, Hernandez A. *Historical development of the insanity defense.* Presented at the Third Annual All-Ohio Institute on Community Psychiatry, Cleveland, Ohio, October 1997.

Pinals DA, Noffsinger S, Bozievich C, Wills C. *Practical guide for forensic risk assessment.* Presented at the 28th Annual Meeting of the American Academy of Psychiatry and the Law, Denver, CO, October 1997.

Noffsinger SG, Pinals D, Bozievich C, Scott C. *NGRI: Current and historical perspectives.* Presented at the 28th Annual Meeting of the American Academy of Psychiatry and the Law, Denver, CO, October 1997.

Pinals DA, Aronoff M, Grunberger F, Baker R. *Senate Bill 285: second opinion evaluations.* Presented at the 20th Annual Conference of the Association of Ohio Forensic Psychiatric Directors, Cleveland, Ohio, May 1998.

Pinals DA. *The Psychopharmacology of aggression.* Presented as Grand Rounds for Northcoast Behavioral Healthcare System and to ODMH hospitals via Video Teleconference, August 1998.

Pinals DA, Quinn KA, Weiss KJ, Kaye NS. *Aggression: treatment and forensic implications.* Presented at the 29th Annual Meeting of the American Academy of Psychiatry and the Law, New Orleans, LA, October 1998.

Noffsinger SG, Pinals DA, Wylonis L, Burns K. *The Legal vs. moral wrongfulness schism.* Presented at the 29th Annual Meeting of the American Academy of Psychiatry and the Law, New Orleans, LA, October 1998.

Pinals DA. *The Neurobiology of aggression.* Presented at the 13th Annual Women's Forum sponsored by the Committee on Women of the Pennsylvania Psychiatric Society, Philadelphia, PA, February 1999.

Pinals DA. *Management of the violent and aggressive patient.* Presented at Harrington Hospital, Southbridge, MA, February 1999.

Pinals DA. *Discharge of the forensic inpatient to the community.* Presentation at Forensics 101, an educational seminar for community providers of the Central Massachusetts Area, Department of Mental Health, Worcester, MA, February 1999.

Pinals DA. *Forensic patients beyond the borders.* Presented at the University of Massachusetts Department of Psychiatry Law and Psychiatry Clinical and Research Seminar, Worcester, MA, March 1999.

Pinals DA. *Assessment of dangerousness.* Presented at Bridgewater State Hospital, Bridgewater, MA, April 1999.

Pinals DA. *Management of the hostile and aggressive patient.* Presented at the Psychopharmacology seminar of the Northern New York District Branch of the APA and the Mohawk Valley Psychiatric Center, Utica, NY, April 1999.

Pinals DA. *Psychopharmacological implications in guardianship and mock trial.* Presented at "Mental health practice in the district court: What you don't know can hurt everyone involved" conference for legal and mental health professionals, Leominster, MA, May 1999.

Zaitchik M, and Pinals DA. *Criminal responsibility evaluations.* Presented at the Foundations for Designated Forensic Mental Health Practice in the Commonwealth annual forum, Shrewsbury, MA, September 1999.

Pinals DA, Gutheil TG, Grudzinskas A, Richardson MH. *Facilitating attorney-expert collaborations.* Presented at the 30th Annual Meeting of the American Academy of Psychiatry and the Law, Baltimore, MD, October 1999.

Pinals DA. *Managing aggression and hostility in patients with mental illness.* SUNY Health Science Center Grand Rounds, Syracuse NY, September 1999.

Pinals DA. *Practical guide to clinical risk assessment.* Presented at the University of Massachusetts Medical School, Department of Psychiatry, Grand Rounds, November 1999.

Grisso T and Pinals DA. *Competency/informed consent/involuntary status.* Presented at "Legal Issues and Serious Mental Illness: A Primer for Clinicians," a jointly sponsored conference of the Massachusetts Department of Mental Health and the University of Massachusetts Medical School, November 1999.

Pinals DA. *The Psychopharmacology of aggression.* Presented at Bridgewater State Hospital, Bridgewater, MA, January 2000.

DeLisi S, Goldman S, Land WB, Minehan RB (Hon.), Pinals DA, Weber R. *Walking the walk: mock commitment and Rogers Hearing.* Presented at "Deciphering Doctors" conference of the Mental Health Legal Advisors Committee, Boston, MA, January 2000.

Pinals DA. *Restoration of competence to stand trial.* Presented at the Erich Lindeman Mental Health Center, Boston, MA, February 2000.

Pinals DA. *Diagnosis of mental illness.* Presented at "Clinical Aspects of Mental Illness and Treatment," a jointly sponsored conference of the University of Massachusetts Medical School and the Committee for Public Counsel Services, Worcester, MA, February 2000, June 2001, June 2002, June 2005, June 2007, and June 2008.

Pinals DA. *Management of the violent and aggressive patient.* Presented at Westborough State Hospital Grand Rounds, Westborough, MA, February 2000.

Pinals DA. *The Forensic patient from admission to discharge.* Presented at Worcester State Hospital, Central Mass Area Department of Mental Health, Worcester, MA, March 2000.

Pinals DA. *Conditional release of forensic patients: what Massachusetts can learn form other states' experiences.* Presented at the 16th Annual Public Sector Psychiatry Conference of the University of Massachusetts Medical School, Department of Psychiatry, Worcester, MA, May 2000.

Pinals DA. *Violence and mental illness.* Presented in the Mind Brain Behavior II course to University of Massachusetts Medical School students, Worcester, MA, May 2000.

Pinals DA. *Malingering and deception.* Presented at the Foundations for Designated Forensic Mental Health Practice in the Commonwealth annual forum, Worcester, MA, September 2000 and September 2001.

Pinals DA. *Reducing risk of death in custody: psychiatric aspects.* Presented multiple times for the University of Massachusetts in Lowell, Department of Criminal Justice, Practical Skills Development Institute, September 2000-present.

Pinals DA. *Malingering.* Presented at the Erich Lindemann Mental Health Center, November 2000.

Pinals DA, Appelbaum PS. *Reducing liability risks for the clinician.* Presented at the 52nd Institute on Psychiatric Services, APA, Philadelphia, PA, October 2000.

Pinals DA, Foster B, Kurkel E. *Commonwealth vs. Louraine revisited: The role of parole in cases involving mental health issues.* Presented at the University of Massachusetts Department of Psychiatry Law and Psychiatry Clinical and Research Seminar, Worcester, MA, February 2001.

Pinals DA. *Going postal on Prozac: managing myriad medicolegal minefields.* Presented to the Annual Meeting of the Ohio Psychiatric Association, Cleveland, Ohio, March 2001.

Pinals DA. *Clinical violence risk assessment.* Presented at Bridgewater State Hospital. May 2001.

Pinals DA. *Mental health issues in police and correctional officer encounters.* Presented multiple times for the University of Massachusetts in Lowell, Department of Criminal Justice, Practical Skills Development Institute, June 2001-present.

Pinals DA, Warnken W, Mumley D, Belle G, Comiskey D. *Stalking: a case of assessment and management.* Presented at Grand Rounds, University of Massachusetts Medical School, Department of Psychiatry, Worcester, MA, June 2001.

Pinals DA. *Forensic patients in psychiatric hospitals.* Presented at "The Evolving Continuum of Care: New System Challenges" a jointly sponsored conference of the Massachusetts Department of Mental Health, Harvard Medical School and the University of Massachusetts Medical School, September 2001.

Pinals D, Guidry L, Scott D, Hoffman D, Candilis P. *Sex offenders with co-occurring serious mental illness.* Presented at the 32nd Annual Meeting of the American Academy of Psychiatry and the Law, Boston, MA, October 2001.

Pinals DA. *Informed consent and the right to refuse treatment.* Presented at the Brockton VA Hospital Grand Rounds, Brockton, MA, March 2002.

Pinals DA, Vermette HS, Stanley RM, Haynes KR. *Joining forces: working with law enforcement to serve the mentally ill.* Presented at the Annual Meeting of the American Psychiatric Association, Philadelphia, PA, May 2002.

Capeless D, Goldman S, Pinals D. *Attorneys and the forensic mental health evaluation: forensic cinical information in the criminal legal process.* Presented at the Annual Division of Forensic Mental Health Conference, Massachusetts Department of Mental Health, Worcester, MA, June 2002.

Price M, Keram E, Phillips RTM, Pinals D, Gutheil T. *Consultation to law enforcement: ethical concerns.* Presented at the 33rd Annual Meeting of the American Academy of Psychiatry and the Law, Newport Beach, CA, October 2002.

Preven D, Beinenfield S, Newman A, Pinals D, Resnick P. *Teaching forensics- tricks of the trade.* Presented at the 33rd Annual Meeting of the American Academy of Psychiatry and the Law, Newport Beach, CA, October 2002.

Sattar P, Pinals D, Gutheil T. *Countering countertransference: a forensic trainee's dilemma.* Presented at the 33rd Annual Meeting of the American Academy of Psychiatry and the Law, Newport Beach, CA, October 2002.

Pinals, D. *Stalking: Assessment and Management*. Presented at Harvard Longwood Psychiatry Grand Rounds, Brookline, MA, January 2003.

Tillbrook, C. E., Mumley, D. L., Warnken, W. J., & Pinals, D. *Clinical utility of the MacCAT-CA on a public sector forensic evaluation service.* Paper presented at the meeting of the International Association of Forensic Mental Health Services, Miami, FL, April 2003.

Pinals DA, Noroian P. *Anatomy of a criminal responsibility report*. Presented at the District Court Judicial Education Conference. Southbridge, MA, May 2003.

Delman J, Pinals DA, Richardson MH, Weber R. *Treatment compliance: a complexity of issues*. Presented at "Mood and Anxiety Disorders in the Courtroom" conference of the Mental Health Legal Advisors Committee, Boston, MA, June 2003.

Carroll C, Latour Kennedy K, Pinals D. *Case studies: medical conditions encountered in forensic mental health contacts*. Presented at the Annual Forensic Services Forensic Mental Health Conference, Massachusetts Department of Mental Health, Worcester, MA, June 2003.

Pinals DA. *Forensic curbside consults*. Presented at the Center for Forensic Psychiatry. Ypsilanti, MI, June 2003.

Pinals DA, Noroian P, Osinowo T, Saleh F, Grudzinskas A. *Assessing the capacity to conform conduct*. Presented at the 34th Annual Meeting of the American Academy of Psychiatry and the Law, San Antonia, TX, October 2003.

Pinals DA, Mumley DL, Tillbrook CE, Warnken WJ. *Practical clinical application of the MacCAT-CA*. Presented at the 34th Annual Meeting of the American Academy of Psychiatry and the Law, San Antonio, TX, October 2003.

Pinals DA. *Mental health and law enforcement at the crossroads*. Presented to the Worcester Police Department Hostage Negotiation Team. Worcester, MA, February 2004.

Pinals DA, Mossman D, Geller JL, LeBourgeois, HW. *Medical issues concerning involuntary treatment*. Presented at the Symposium on New Law, Policy, and Medicine of Involuntary Treatment, Sponsored by The New England Journal on Criminal and Civil Confinement, The Center for Law and Social Responsibility at the New England School of Law and the University of Massachusetts Medical School, Boston, MA, March 2004.

Pinals DA. *Signs and symptoms of mental illness: Implications for legal professionals*. Presented at the Public Defender Annual Training Conference, sponsored by the Committee for Public Counsel Services, Boston, MA, March 2004.

Price M, Pinals DA, Kellly B. *Fitness for duty evaluations for law enforcement officers*. Presented at the 157th Annual Meeting of the American Psychiatric Association, New York, NY, May 2004.

Pinals DA, Cannone B. *NGRI: The Defense of last resort?* Presented at the Committee for Public Counsel Services Annual Training Conference, Worcester, MA, May 2004.

Pinals DA. *Diagnosis and treatment of mental Illness.* Presented at Managing Mental Health Issues in the Boston Municipal Court Department, program for Judges and Chief Probation Officers of the Boston Municipal Court Department, Boston, MA, May 2004.

Pinals DA, Noroian P. *Mental health issues in law enforcement encounters,* and Pinals DA, Roy K. *Case vignette discussion related to suicide prevention training.* Presented at the Worcester Police Academy recruit training program entitled, Working with Emotionally Disturbed Persons (EDPs): Crisis Intervention, Risk Management, and Conflict Resolution Training, sponsored by the Massachusetts Mental Health Diversion and Integration Program of the Law and Psychiatry Program of UMass Medical School, Worcester, MA, August 2004.

Pinals DA. *Signs and symptoms of mental illness: Implications for legal professionals.* Presented for the Committee for Public Counsel Services, Boston, MA, September 2004.

Pinals DA, Geller J. *Police and mental health professionals: Learning from each other.* Presented at the American Psychiatric Association Institute on Psychiatric Services, Atlanta, GA, October 2004.

Pinals DA. *Criminal responsibility: Conceptual formulation and clinical application* and *Assessing malingering: Clinical approaches.* Presented at the 2004 Specialty Forensic Training for the Adult Population sponsored by the Forensic Division of the Department of Mental Health and the Department of Psychiatry, UMass Medical School, Worcester, MA, October 2004.

Pinals DA, LeBourgeois, HW III, Arikan R, Appelbaum PS. *A Model for research development and mentoring.* Presented at the 35th Annual Meeting of the American Academy of Psychiatry and the Law, Scottsdale, AZ October 2004.

Kennedy JC, Phillips RTM, Pinals D, Keram EA, Price M, Janofsky J. *Debate "Resolved: Psychiatrists should not assist with police interrogations."* Presented at the 35th Annual Meeting of the American Academy of Psychiatry and the Law, Scottsdale, AZ October 2004.

Pinals DA, Price M. *Forensic psychiatry: Police encounters with people with mental illness.* Presented at the Massachusetts Psychiatric Society Fall Seminars Program, Waltham, MA, October 2004.

Pinals DA, Galvin M. *Mental health issues and law enforcement at the crossroads: Ideas for an educational curriculum.* Presented at the Clinical and Research Seminar of the Law and Psychiatry Program, Department of Psychiatry, UMass Medical School, Worcester, MA, December 2004.

Pinals DA. *Forensic evaluations.* Presented at the Worcester State Hospital Informational Forum, Worcester, MA, January 2005.

Pinals DA. *Clinical considerations in violence risk assessment.* Presented at Collaborative Strategies for Risk Management in Mental Health, Worcester State Hospital and Central Massachusetts Area Conference, May 2005.

Pinals DA. *Stalking*. Presented at Collaborative Strategies for Risk Management in Mental Health, Worcester State Hospital and Central Massachusetts Area Conference, May 2005.

Pinals DA, Tillbrook CE. *Integrating interview and structured assessment data in cases of suspected malingering*. Presented at the Massachusetts Department of Mental Health Annual Forensic In-Service Training, Structured Assessment Tools in Forensic Practice, Leominster, MA June 2005.

Pinals DA. *Informed consent and evaluations of competence in clinical treatment settings*. Presented at the Addison Gilbert Hospital, Gloucester, MA, June 2005.

Pinals DA, Tillbrook CE. *Introduction to psychopathy*. Presented at Worcester State Hospital, Worcester, MA September 2005.

Pinals DA. *Consolidated Area Risk Program*, Invited Discussant, Northeast Area, Department of Mental Health, Tewksbury, MA September 2005.

Shull S, Pinals DA. *From the clinical setting to the courtroom: overview of court testimony*. Presented at Worcester State Hospital, Worcester, MA September 2005.

Pinals DA, Lusignolo T, Rudolph M, Turpin S, Appelbaum PS. *Personal injury litigation: a case based tutorial*. Presented at the 36th Annual Meeting of the American Academy of Psychiatry and the Law, Montreal, Canada October 2005.

Appelbaum PS, Fuhrmann G, Pinals DA. *Forensic curbside consultations*. Presented at the Clinical and Research Seminar of the Law and Psychiatry Program, Department of Psychiatry, UMass Medical School, Worcester, MA, December 2005.

Pinals DA. *When mental illness meets law enforcement*. Presented at the Harvard Longwood Psychiatry Grand Rounds, Brookline, MA, December 2005.

Hinton C, Baxter P, Pinals DA. *Battered Woman Syndrome: can it impact competence to stand trial- a case in federal court*. Presented at the Clinical and Research Seminar of the Law and Psychiatry Program, Department of Psychiatry, UMass Medical School, Worcester, MA, May 2006.

Pinals DA. *Violence risk assessment in inpatient settings*. Presented at the Conference: From Inpatient Unit to Independent Living: Continuity of Care and Community Treatment of Persons With Mental Illness and Violence Histories, sponsored by the Massachusetts Department of Mental Health and University of Massachusetts Medical School, Worcester, MA, May 2006.

Pinals DA, Packer I. *Preparation for mental health issues in criminal cases* and
Pinals DA. *Preparation of a case of criminal responsibility*. Presented at the Advanced Evidence Skills Training of the Center for Advanced Legal Studies and the Macaronis Center for Trial and Appellate Advocacy, Suffolk University Law School, in conjunction with the Committee for Public Counsel Services and the Massachusetts District Attorneys Association, Boston, MA, June 2006.

Pinals DA, Appelbaum PS, Gutheil T, Zonana HV. *Curbside consultations in forensic psychiatry*. Presented at the 37th Annual Meeting of the American Academy of Psychiatry and the Law, Chicago, Illinois, October 2006.

Appelbaum PS, Jones PM, Siegel DM, Pinals DA. *Law enforcement interviews of hospital patients*. Presented at the 37th Annual Meeting of the American Academy of Psychiatry and the Law, Chicago, Illinois, October 2006.

Neavins TM, Norris DM, Pinals DA, Baranoski MV, Gutheil TG. *Creating a balance: forensic career and personal life*. Presented at the 37th Annual Meeting of the American Academy of Psychiatry and the Law, Chicago, Illinois, October 2006.

Candilis PJ, Merideth PT, Zonana HV, Pinals DA, Appelbaum KL, Janofsky JS. *The AAPL Ethics revision: description and analysis-* Ethics Committee. Presented at the 37th Annual Meeting of the American Academy of Psychiatry and the Law, Chicago, Illinois, October 2006.

Piasecki M, Pinals DA, Bolton M, Janofsky JS. *Developing and using case-based materials: teaching forensic psychiatry across the spectrum*. Presented at the 37th Annual Meeting of the American Academy of Psychiatry and the Law, Chicago, Illinois October 2006.

Pinals DA. *Selected Landmark Cases*. Taught at the Forensic Psychiatry Review Course of the American Academy of Psychiatry and the Law, at the Annual Meeting of the American Academy of Psychiatry and the Law, October 2006.

Pinals DA. *HCR-20 Use in Violence Risk Assessment: Practical Approaches*. Presented to Riverside Outpatient Center, Newton, MA, November 2006.

Pinals DA. *Psychosis, Mood Disorders and Behavioral Emergencies: Pharmacological Approaches*. Presented at Mental Health Legal Advisors Conference, Boston, MA February 2007.

Pinals DA. *Confidentiality in Mental Health Practice and Clinical Care*. Invited Grand Rounds at Saints Medical Hospital, Lowell, MA April 2007.

Byatt N, Pinals DA, Seymour R. *Involuntary Hospitalization of Medical Patients who Lack Decisional Capacity*. Presented at the Annual Meeting of the American Psychiatric Association, San Diego, California, May 2007.

Hoge SK, Appelbaum PS, Pinals DA, Metzner JL. *APA Council on Psychiatry and the Law: Update*. Presented at the 38th Annual Meeting of the American Academy of Psychiatry and the Law, Miami Beach, Florida October 2007.

Pinals DA, Wettstein RM, Finkenbine R. *Quality Improvement Initiatives for Forensic Evaluations*. Presented at the 38th Annual Meeting of the American Academy of Psychiatry and the Law, Miami Beach, Florida October 2007.

Wettstein RM, Granacher R, Janofsky J, Pinals DA, Zonana H. *Forensic Report Writing*. Presented at the 38th Annual Meeting of the American Academy of Psychiatry and the Law, Miami Beach, Florida October 2007.

Knoll JL, Resnick PJ, Pinals DA, Mossman DA. *Stalking: From Risk Assessment to Prosecution*. Presented at the 38th Annual Meeting of the American Academy of Psychiatry and the Law, Miami Beach, Florida October 2007.

Janofsky JS, Alizai-Cowan S, Pinals DA, Scott CL, Binder R, Zonana H. *Forensic Psychiatry Fellowships: Faculty Competencies*. Presented at the 38th Annual Meeting of the American Academy of Psychiatry and the Law, Miami Beach, Florida October 2007.

Pinals DA. *Stalking: An Overview and Update*. Presented at the University of Massachusetts Department of Psychiatry Grand Rounds, Worcester, MA, November 2007.

Pinals DA. *Clinical Perspectives on Risk Assessment*. Presented for Riverside Communities of Care, Needham, MA, December 2007.

Pinals DA, Gutheil TG, Packer I. *Suicide Risk Assessment Training*. Presented as a Grand Rounds for Worcester State Hospital and Central Massachusetts Area Department of Mental Health, Worcester, MA, January 2008.

Pinals DA. *Stalking: An Overview and Update*. Presented at the Harvard University South Shore Brockton VA Grand Rounds, Brockton, MA, March 2008.

Pinals DA. *Stalking: Clinical Applications and Psychiatric Perspectives*. Presented at the Second Annual Conference of FeelSafe, inc., an advocacy group on behalf of stalking victims, Devens, MA, March 2008.

Pinals DA. *Assessment of Suicide Risk: Practical Skills Development*. Presented at the 7th Annual Massachusetts Suicide Prevention Conference: Connecting for Safe Communities: Suicide Prevention Across the Lifespan. Sturbridge, MA, May 2008.

Scott CL, Resnick PJ, Pinals DA. *Landmark case updates: What's new in law and mental health*. Presented at the 39th Annual Meeting of the American Academy of Psychiatry and the Law, Seattle, WA, October 2008.

Pinals DA, Anfang S, Hoge SK, Metzner J, Zonana H. *Update from the APA Council on Psychiatry and the Law*. Presented at the 39th Annual Meeting of the American Academy of Psychiatry and the Law, Seattle, WA, October 2008.

Wills CD, Pinals DA, Justice BA, Janofsky J. *Innovative approaches to forensic education*. Presented at the 39th Annual Meeting of the American Academy of Psychiatry and the Law, Seattle, WA, October 2008.

Pinals DA. *Forensic services in Massachusetts: looking back and planning ahead*. Presented at the Law and Psychiatry Clinical and Research Seminar, Department of Psychiatry, UMass Medical School, Worcester, MA, November 2008.

Pinals DA. HCR-20 Training for Psychology Staff of the Department of Mental Health, Worcester, MA, May 2009.

Vincent G, Pinals DA. Psychopathy Training for Psychology Staff of the Department of Mental Health, Worcester, MA, May 2009.

Pinals DA, Packer I. Violence Risk Assessment: Practical Implications. Forensic Block Grant Training for Department of Mental Health Providers and Community Staff, Worcester, MA, May 2009.

## EXHIBIT LIST

The following items may be offered as exhibits in support of the testimony of Debra Pinals, M.D.:

1.     Documents identified in her report.

Plaintiff reserves the right to identify additional exhibits at or before trial.