
EXHIBIT J

*CURRICULUM VITAE*

*Personal*
**2.** Deborah C. Mash, Ph.D.
**3.** (305) 865-5170 (home)
**4.** (305) 243-5888 (office)          (305) 243-3649 (Fax)
**5. Address:**                          7552 W. Treasure Drive, Miami, Florida 33141
**6. Current Rank:**                     Professor
**7. Primary Department:**               Neurology
**8. Secondary Department:**             Molecular and Cellular Pharmacology
**9. Citizenship**:                      USA
**10. Visa Type**                        N/A

**11. Higher Education**

| | |
|---|---|
| 1970-1975 | B.A. (Cum Laude) Experimental Psychology |
| | Florida State University, Tallahassee, FL |
| | (Special honor conferred in Major, Honor's thesis: "The McCollough Effect with Sizes") |
| 1973 | Methodological Language Center, Moscow, USSR |
| 1978-1980 | M.S. Pharmacology and Toxicology (Neuropharmacology) |
| | Florida A&M University, Tallahassee, FL |
| | Thesis: "Endorphinergic Regulation of Serotonergic Pathways" |
| 1980-1984 | Ph.D. Pharmacology (Neuropharmacology) |
| | University of Miami School of Medicine, Miami, FL |
| | Dissertation: "Autoradiographic localization of $M_2$ muscarine receptors in the rat brain suggests a presynaptic location on cholinergic tracts: Implications for Alzheimer's disease." |
| 1984-1986 | Postdoctoral Fellow in Neurology (Neuroanatomy) |
| | Harvard Medical School, Beth Israel Hospital, Boston, MA |

**12. Professional Experience / Academic**

| | |
|---|---|
| 1971 - 1976 | Research Assistant, Florida State University, Tallahassee, FL |
| 1976 - 1978 | Research Technologist, Florida State University, Tallahassee, FL |
| | (small animal surgery, neurohistological and microscopic analysis, HRP and degeneration studies under the direction of Karen J. Berkley, Ph.D.) |
| 1978 - 1980 | Graduate student in Pharmacology, Florida A&M Univ. (Neurochemical studies of beta endorphin and serotonin interactions) |
| 1980 - 1984 | Graduate student in Pharmacology, University of Miami School of Medicine. (Biochemical and autoradiographic studies of muscarinic receptor subtypes in rat and human brain.) |
| 1984 - 1986 | Postdoctoral Fellow in Neurology (Neuroanatomy) |
| | Harvard Medical School, Boston, MA. (Human and primate architectonic studies of cholinergic receptor subtypes under the direction of M-Marsel Mesulam, M.D.) |
| 1986 - 1991 | Assistant Professor of Neurology and Pharmacology, UM School of Medicine |
| 1986 - Present | Director, University of Miami Brain Endowment Bank |
| 1987 - Present | Faculty Member, Interdepartmental Program in Neuroscience |
| 1990 - Present | Associate Director for Basic Research, Comprehensive Drug Research Center |
| 1991- 1997 | Associate Professor of Neurology and Molecular and Cellular Pharmacology (tenured 1992) |
| 1991 - 1996 | Member, National Institutes of Health, NINDS-NSPA Program Project Review Committee A |
| 1993 | National Institute on Drug Abuse, Office of Extramural Program Review, N01DA-3-8201 |
| 1995 - Present | Member, Scientific Advisory Panel, Heffter Research Institute, Lafayette, IN |
| 1997 - Present | Professor of Neurology and Molecular and Cellular Pharmacology (Effective 6/1/97) |
| 1996 - Present | Jeanne C. Levey Professor of Parkinson's Disease Research |
| 2000 - 2003 | Member, National Institutes of Health, Brain Disorders & Clinical Neuroscience ZRG1 (BDCN-6) |

| 2000 - 2006 | Member - Scientific Advisory Board for Life Extension, Fort Lauderdale, FL |
| 2001 | Member, National Institutes of Health, Center of Biologic Research and Excellence (COBRE) |
| 2002 | Visiting Scholar, Depts. Psychology and Biology, Victoria University, Wellington, New Zealand. |
| 2003 - Present | Member, Neural Basis of Psychopathology, Addictions, and Sleep Disorders (NPAS) |
| 2006 - Present | Ad Hoc Member, Neuropsychiatric Mechanisms, Models, and Pharmacology ZRG1 BDCN-A 90 |
| 2008 | Member, NIEHS special emphasis panel Environmental Factors in Neurodegenerative Diseases   ZES1-LWJ-G-CN Feb 25-27, 2008. |
| 2008 | Member, ZMH1 ERB-S (04) S - Applications for Brainbanks, March 12, 2008 |
| 2008 | Chair, Special Emphasis Panel, Psychoactive Drug Screening ZMH1 ERB-S C5 S (NIMH) April 17, 2008 |
| 2008 | Member, GTEx (Genotype-Tissue Expression) resource panel. June 2-3, 2008 |
| 2009 | Member, NIH - Neurobiology of Psychiatric Disorders ZRG1 BDCN-A |
| 2009 | Member, NIH - Pathophysiological Basis of Mental Disorders and Addictions ZRG1 PMDA-A |
| 2009 - 2010 | Member, NIH - RFA-OD-09-003 Challenge Grant Panel 11 ZRG1 BDCN-T (58) R |

**13. Non-Institutional: None**

**14. Board Certification & Licenses: None**

**15. Non-Academic: None**

**16. Military: None**

## PUBLICATIONS:

**17. Books and Monographs**

1.) Hefti, F.H. and Mash, D.C. Localization of nerve growth factor receptors in the human brain. In: "Molecular Biology of the Human Brain", In: UCLA Symposium on Molecular and Cellular Biology, New Series, Vol. 72, (E.G. Jones ed.), Alan R. Liss, Inc. NY, pp. 119-132, 1988.

2.) Hefti, F.H., Montero, C. N., and Mash, D.C. Nerve growth factor rescues septal cholinergic neurons and promotes reinnervation of the hippocampus in rats with partial fimbrial transactions. In:  "Current Issues in Neural Regeneration", (P. Reier, N. Bunge, F.J. Seil eds.), Alan R. Liss, New York, N.Y., pp. 105-115, 1988.

3.) Mash, D.C. Architecture of Cholinergic Pre- and Postsynaptic Markers in the Primate Striatum, In: "Progress in Parkinson's Disease", (F. Hefti and W. J. Weiner, eds.), Plenum Publishing Corp., pp., 31-37, 1989.

4.) Hefti, F., Hartikka, J., Knusel, B. and Mash, D.C. Nerve growth factor and cholinergic neurons of the mammalian brain. In: "Brain Cholinergic Systems" (M. Shriach and Biesold, eds.) Oxford University Press, pp., 173-202, 1990.

5.) Mash, D.C., and Flynn, D.D. Potential application of radiolabeled ligand studies of dementing diseases by Positron Emission Tomography. In: "Positron Emission Tomography in Dementia". (R. Duara, ed.,) Wiley-Liss, New York, pp. 149-160, 1990.

6.) Mash, D.C., Sanchez-Ramos, J. and Weiner, W.J. Transferrin receptor regulation in Parkinson's Disease and MPTP-treated mice. In: "Parkinson's Disease: From Basic Research to Treatment" (H. Narabayashi, T. Nagatsu, N. Yanagisawa and Y., Mizuno, eds.). Raven Press, New York, NY, 1992.

7.) Mash, D.C. and Weiner, W.J. Transferrin receptors numbers are altered in Parkinson's Disease and experimental dopaminergic denervation. In: "Progress in Parkinson's Disease Research" (Hefti, F. and Weiner, W., eds.) Futura Publishing Co., Inc., New York, NY, 1992.

8.) Mash, D.C., Singer, J., Pablo, J., Basile, M., Bruce, J. and Weiner, W.J. Iron Storage and Transport Markers in Parkinson's Disease and MPTP-Treated Mice. (Riederer, P. and Youdim, M.B.H., eds.) In: "Iron in CNS Disorders", Springer Verlag, Wien, pp. 103 - 114, 1993.

9.) McCoy, C., Shapshak, P., Shah, S., McCoy, H., Rivers, J., Page, J., Chitwood, D., Weatherby, N., Inciardi, J., McBride, D., Mash, D.C., Watters, J. HIV-1 Prevention: Interdisciplinary studies and reviews on efficacy of bleach and compliance to bleach prevention protocols. National Academy of Science Monographs, 1995.

10.) Mash, D.C. Amyloid precursor protein and Alzheimer's disease: Identifying abnormal processing events that lead to the deposition of beta amyloid protein. In: "The Yearbook of Neurology and Neurosurgery", (Bradley, W. G. and Cromwell, R.M, eds.) pp. xlvii - li, Mosby Yearbook, Inc., NY, 1994.

11.) Hearn, W. L., Mash, D.C., Pablo, J., Hime, G., Sambol, N.C., and Doepel, F.M. Pharmacokinetics of Ibogaine: Analytical method, animal-human comparisons, and the identification of a primary metabolite. Proceedings of the TIAFT-SOFT Joint Congress, Oct. 21 - Nov. 4, 1994 (Spiehler, V. ed.) Omnipress, Ann Arbor, MI, pp. 325 - 334, 1995.

12.) Mash, D.C. Neuroshamanism: Ancient knowledge meets modern science, In: Deepak Chopra's Infinite Possibilities, Vol. 1, Issue 3, pp. 1, 4, 8, 1996.

13.) Sanchez-Ramos, J. and Mash, D. C. Pharmacotherapy of drug dependence with Ibogaine, IN: Constructive Potential of Psychedelics: Cross-Cultural Perspectives, (Winkelman, M., and Andritzky, W., eds.) Yearbook of Cross-Cultural Medicine and Psychotherapy, Berlin, pp. 353- 367, 1996.

14.) Mash, D.C. and Staley, J.K. Cocaine recognition sites on the human dopamine transporter in drug overdose victims. In: Neurotransmitter transporter: Structure and Function, (M.E.A. Reith), Humana Press, pp. 315 - 341, 1996.

15.) Mash, D.C. Psychopathological manifestations of cocaine abuse. Drug Abuse in the Decade of the Brain, (Gabriel Nahas and Thomas Burks, eds.) IOS Press, pp. 259 - 266, 1997.

16.) Mash, D.C. Neuropsychiatric Consequences of chronic cocaine abuse. Drug Abuse Handbook, (Steven Karch, ed.), pp. 412 - 419, 1997.

17.) Mash, D.C., Kovera, C. A., Buck, B.E., Norenberg, M.E., Shapshak, P., Hearn, W.L. and Sanchez-Ramos, J. Medication development of Ibogaine as a pharmacotherapy for drug dependence, (ed. Sayed Ali), Ann. New York Academy of Sciences, 844:274-292, 1998.

18.) Mufson, E.J., Kahl, U., Bowser, R., Mash, D.C., Kordower, J.H., and Deecher, D. Galanin expression within the basal forebrain in Alzheimer's disease. In: Galanin: Basic Research Discoveries and Therapeutic Implications. Ann. New York Academy of Sciences, 863:291-304, 1998.

19.) Spanagel, R., Probst, J.C., Mash, D.C., Skutella, T. Testing antisense oligonucleotides in animals. In: Manual of Antisense Methodology – Kluwer Academic Publishers, 11: 1-27, 1998.

20.) Mash, D.C., Staley, J.K. D3 Dopamine and kappa opioid receptor alterations in human brain of cocaine overdose victims. In: Advancing from the Ventral Striatum to the Extended Amygdala: Implications for Neuropsychiatry and Drug Abuse - Ann. New York Academy of Sciences, 29(877):507-522, 1999.

21.) Mash, D.C., Kramer, L.C., Segal, D., Izenwasser, S. Dopamine transporter mRNA in human brain: distribution and regulatory effects in autopsy studies of cocaine abusers. In: Cerebral Signal Transduction: From First to Fourth Messengers, (MEA Reith, ed.), Humana Press Inc., Totowa, NJ pp 401-417, 1999.

22.) Haracz, J.L., Mash, D.C., Sircar, R. A multi-component learning model of drug abuse: Drug-taking and craving may involve separate brain circuits underlying instrumental and classical conditioning respectively. In: Advancing from

the Ventral Striatum to the Extended Amygdala: Implications for Neuropsychiatry and Drug Abuse. Ann. New York Academy of Sciences, pp 401-417, 1999.

23.) <u>Mash, D.C.</u>, Kovera, C.A., Pablo, J., Tyndale, F.R., Ervin, F.D., Williams, I.C., Singelton, E.G., Mayor, Manny. Ibogaine: complex pharmacokinetics, concerns for safety, and preliminary efficacy measures. Ann New York Acad Science, 914:394-401, 2000.

24.) <u>Mash, D.C.</u>, Kovera, C.A., Pablo, J., Tyndale, R., Ervin, F.R., Kamlet, J.D., Hearn, W. L. Ibogaine in the treatment of heroin withdrawal. In: Ibogaine: Proceeding of the first International Conference., Alkaloid Series, Volume 56. Editors: Dr. Kenneth Alper and Dr. Stan Glick. Academic Press, San Diego, California pp 156-170, 2001.

25.) Baumann, M.H., Pablo, J., Ali, S.F., Rothman, R.B., <u>Mash, D.C.</u> Comparative neuropathology of ibogaine and its o-desmethyl metabolite, noribogaine. In: Ibogaine: Proceeding of the First International Conference., Alkaloid Series, Volume 56. Editors: Dr. Kenneth Alper and Dr. Stan Glick. Academic Press, San Diego, California pp 80-109, 2001.

26.) <u>Mash, D.C.</u> Dopamine receptor diversity. In: Parkinson's Disease Diagnosis and Clinical Management. (Dr. William Weiner and S.A.Factor, Editors). Demos Medical Publishing, Inc., New York, 233-241, 2002.

27.) <u>Mash, D.C.</u> and Staley, J.K. In vitro and in vivo imaging of the human dopamine transporter in cocaine abusers. In – Contemporary Neuroscience, Neurotransmitter Transporters: Structure, Function and Regulation. Edited by M.E.A. Reith, Human Press, Inc. Totowa, NJ. 467-501, 2002.

28.) <u>Mash, D.C.</u> Dopamine Receptor Diversity: Anatomy, Function and Relevance to Parkinson's Disease. In – Handbook of Parkinson's Disease (Third Edition), Edited by Rajesh Pawla, Kelly Lyons, and William C. Koller, Marcel Derker, Inc. New York, 2003.

29.) <u>Mash, D.C.</u> Neuropsychiatric Consequences of Chronic Cocaine Abuse (in) Chapter 6: Neurochemistry of drug abuse; Drug Abuse Handbook, (Steven Karch, ed.), pp. 527-535, 2006.

30.) <u>Mash D.C.</u> Dopamine Receptor Diversity: Chapter 23 In: Parkinson's disease Diagnosis and Clinical Management, 2nd edition. (Dr. William Weiner and S.A.Factor, Editors). Demos Medical Publishing, Inc., New York ISBN 1933864990 / 9781933864990,2008.

31.) <u>Mash, D.C.</u> Neuropsychiatric Consequences of Chronic Cocaine Abuse (in) Neurochemistry of Abused drugs (Steven Karch, Ed.) Taylor and Francis, Boca Raton, FL. In press, Pub date Sept 26, 2007.

32.) <u>Mash, DC</u>. Cyanobacterial Toxins in Neurodegeneration. CONTINUUM: Lifelong Learning in Neurology. Neurotoxicology. 14(5) Neurotoxicology:138-149, October 2008.

33.) <u>Mash, D.</u> C. Dopamine Transporter, Disease States and Pathology In: Dopamine transporters: Chemistry, Biology, and Pharmacology. (chapter 2) M.L. Trudell and S. Izenwasser, eds. Wiley and Sons, NY. August 2008.

34.) <u>Mash, D.C.</u> Biochemical Brain Markers in Excited Delirium Deaths in: TASER® Conducted Electrical Weapons: Physiology and Pathology, and Law (chapter 29). Eds: Mark Kroll& Jeff Ho, Springer Kluwer. February, 2009

35.) ACEP Excited Delirium Task Force. White Paper Report on Excited Delirium Syndrome. American College of Emergency Physicians® 2009

36.) <u>Mash DC</u>. Ibogaine therapy for substance abuse disorders: Clinical Addition Psychiatry: (Chapter 6). Eds: Brizer & Castaneda, Cambridge University Press (In press 2010).

**18. Scientific Articles in Peer Reviewed Journals**

1.) Berkley, K.J and <u>Mash, D.C.</u> Somatic sensory projections to the pretectum in the cat. Brain Res <u>158</u>:445-448, l978.

2.) Potter, L.T., Flynn, D.D., Hanchett, H., Kalinoski, D.L., Luber-Narod, J., and Mash, D.C. Independent M1 and M2 receptors: Ligands, autoradiography and functions. Trends in the Pharmacol. Sci. 22-31, 1984.

3.) Mash, D.C., Flynn, D.D., Kalinoski, D.L., and Potter, L.T. Circadian variations in muscarine receptors in rat brain dependent upon endogenous agonist occupation. Brain Res 331:35-38, 1985.

4.) Mash, D.C., Flynn, D.D. and Potter, L.T. Loss of M2 muscarine receptors in the cerebral cortex in Alzheimer's disease and experimental cholinergic denervation. Science 228:115-117, 1985.

5.) Mash, D.C. and Potter, L.T. Autoradiographic localization of M1 and M2 muscarine receptors in the rat brain. Neuroscience 19:551-564, 1986.

6.) Mufson, E.J., Martin, T.L., Mash, D.C., Wainer, B.H., and Mesulam, M-M. Cholinergic projections from the parabigeminal nucleus (Ch8) to the superior colliculus in the mouse: a combined analysis of horse radish peroxidase transport and choline acetyltransferase immunocytochemistry. Brain Res 370: 144-148, 1986.

7.) Flynn, D.D. and Mash, D.C. Characterization of L-[$^3$H]-nicotine binding in human cerebral cortex: Comparison between Alzheimer's disease and the normal. J. Neurochem. 47:1948-1954, 1986.

8.) Hefti, F., Hartikka, J., Salvatierra, A., Weiner, W., and Mash, D.C. Localization of nerve growth factor receptors in the nucleus basalis of the human brain. Neurosci. Letters, 69:37-41, 1986.

9.) Soliman, K. F.A., Mash, D.C., and Walker, C.A., The effect of altered 5-hydroxytryptamine levels on beta endorphin content in rat brain. Proc Soc Exp Biol and Med 182:187-193, 1986.

10.) Mash, D.C., White, W.F. and Mesulam, M-M. Distribution of muscarinic receptor subtypes within architectonic subregions of the primate cerebral cortex. J. Comp. Neurol. 278: 265-274, 1988.

11.) Mufson, E.J., Mash, D.C., and Hersh, L.B., Neurofibrillary tangles in cholinergic pedunculopontine neurons in Alzheimer's disease. Ann. Neurology 24: 623-629, 1988.

12.) Efange, S. M., Mash, D.C., Hefti, F., Kung, H.F., and Billings, J., Selective visualization of rodent locus coeruleus by a radiolabelled N-methyl-4-phenyl-1,2,3,6-tetrahydropyridine analog. J. Neurochem. 53: 459-464, 1989.

13.) Hefti, F. and Mash, D.C., Localization of nerve growth factor receptors in the normal human brain and in Alzheimer's disease. Neurobiol. Aging 10:75-87, 1989.

14.) Flynn, D.D. and Mash, D.C., Multiple in vitro interactions with and differential in vivo regulation of muscarinic receptor subtypes by tetrahydroaminoacridine. J Pharm Exper Ther 250:573-582, 1989.

15.) Efange, S. M., Kung, H.F., Mash, D.C., Jabir, M., Billings, J., Pablo, J., Dutta, A. and Freshler, A. Pargyline sensitive selective accumulation of a radiolabelled MPTP analog in the primate cerebral cortex and basal ganglia. Synapse 5: 207-212, 1990.

16.) Mash, D.C., Pablo, J., Flynn, D.D., Efange, S.M. and Weiner, W.J., Characterization and distribution of transferrin receptors in rat brain. J Neurochem 55:1971-1979, 1990.

17.) Hearn, W.L., Flynn, D.D., Himes, G.W., Rose, S., Mantero-Atienza, E. Cofino, J.C., Wetli, C.V., and Mash, D.C., Cocaethylene: A unique cocaine metabolite displays high affinity for the dopamine transporter. J. Neurochem. 56: 698-701, 1991.

18.) Flynn, D.D., Weinstein, D., and Mash, D.C., Loss of high affinity agonist binding to M1 muscarinic receptors in Alzheimer's disease: Implications for the failure of cholinergic replacement therapy. Ann. Neurology 29:256-262, 1991.

19.) Mesulam, M-M., Geula, C., Cosgrove, R., Mash, D.C., and Brimijoin, S. Immunocytochemical demonstration of axonal and perikaryal acetylcholinesterase in human cerebral cortex. Brain Res. 539: 233-238, 1991.

20.) Itzhak, Y., Mash, D.C., Zhang, S.H., and Stein, I. Characterization of N-methyl-4-phenyl-1,2,3,6- terahydropyridine (MPTP) binding sites in C57BL/6 mouse brain: Mutual effects of monamine oxidase inhibitors and sigma-ligands on MPTP and sigma binding sites. Mol. Pharm. 39:385-393, 1991.

21.) Hearn, W.L., Rose, S.L., Wagner, J., Ciarleglio, A.C., and Mash, D.C., Cocaethylene is more potent than cocaine in mediating lethality. Pharmacol, Biochem, and Behavior 39: 531-533, 1991.

22.) Mash, D.C., Pablo, J., Buck, B.E., Sanchez-Ramos, J. and Weiner, W.J. Distribution and number of transferrin receptors in Parkinson's disease and in MPTP-treated mice. Exp. Neurology 114:73-81, 1991.

23.) Sanchez-Ramos, J.R., Song, S., Mash, D.C., and Weiner, W.J., 21-Aminosteroids interact with the dopamine transporter to protect against $MPP^+$ toxicity. J. Neurochemistry 58: 328-334, 1992.

24.) Mash, D.C. and Flynn, D.D., Loss of high affinity agonist binding in Alzheimer's disease - Reply, Ann. Neurol. 31: 231-232, 1992.

25.) Flynn, D.D., Vaishnav, A.A., and Mash, D.C. Interactions of cocaine with primary and secondary recognition sites on muscarinic receptors. Mol. Pharm., 41: 736-742, 1992.

26.) Mesulam, M-M., Hersh, L.B., Mash, D.C., and Geula, C. Differential cholinergic innervation within functional subdivisions of the human cerebral cortex. J. Comp. Neurol. 320; 282-299, 1992.

27.) Mash, D.C. and Zabetian, C., Sigma receptors are associated with cortical limbic areas in the primate brain. Synapse 12: 195- 205, 1992.

28.) Wang, S.Z., Zhu, S., Mash, D.C. and El-Fakahany, E.E. Comparisons of the concentration of messenger RNA levels encoding four muscarinic receptor subtypes in control and Alzheimer brains. Brain Res. 16:64-70, 1992.

29.) Mesulam, M-M., Mash, D.C., Hersh, L.B., Bothwell, M., and Geula, C., Cholinergic innervation of the amygdaloid complex in the human striatum, globus pallidus, subthalamic nucleus, substantia nigra, and red nucleus. J. Comp. Neurol. 323:252-268, 1992.

30.) Perez-Pinzon, M.A., Rosenthal, M., Sick, T.J., Lutz, P., Pablo, J., and Mash, D.C., Down-regulation of sodium channels during anoxia: A putative survival strategy of turtle brain. Amer. J. Physiology 262: 712 -714, l992.

31.) Flynn, D.D. and Mash, D.C. Distinct kinetic binding properties of N-[$^3$H]-methylscopolamine afford differential labeling and localization of M1, M2 and M3 muscarinic receptors in the primate brain. Synapse 14: 283 - 296, 1993.

32.) Shapshak, P., McCoy, C., Rivers, J., Mash, D.C., Chitwood, D., Weatherby, N., and Shah, S., Inactivation of human immunodeficiency virus-1 at short time intervals using undiluted bleach. J. AIDS 6: 218-219, 1993.

33.) Flynn, D.D., Sanchez, J. and Mash, D.C., Perinatal cocaine exposure alters sigma binding sites density in the placenta. Res. Comm. Substances of Abuse 14: 17 - 36, 1993.

34.) Emre, M., Heckers, S., Mash, D.C, Guela, C., and M-M. Mesulam, Cholinergic innervation of the amygdaloid complex in the human brain and its alterations in Alzheimer's disease. J. Comp. Neurol. 336: 117 - 134, 1993.

35.) Mash, D.C., Sanchez-Ramos, J., and Weiner, W. J., Transferrin receptor regulation in Parkinson's disease and MPTP-treated mice. Advances in Neurology 60: 133 -139, 1993.

36.) Staley, J.K., Basile, M., Flynn, D.D., <u>Mash D.C</u>. Visualizing dopamine and serotonin transporters in the human brain with the potent cocaine analog [$^{125}$I]RTI-55: *In vitro* binding and autoradiographic characterization. J. Neurochem. 62: 549 - 556, 1994.

37.) Chakko, S., Sepulveda, S., Kessler, K., <u>Mash, D.C.</u>, Prineas, R., and Myerberg, R. J. Frequency and Type of electrocardiographic abnormalities in cocaine abusers (Electrocardiogram in cocaine abuse). Am. J. Cardiology 74: 710-713, 1994.

38.) Uhl, G., Walther, D., <u>Mash, D.C.</u> Faucheux, B., and Javoy-Agid, F. Dopamine transporter mRNA in Parkinson's disease and control substantia nigra. Ann. Neurol. 35: 494-498, 1994.

39.) Shapshak, P., McCoy, C.B., Shah, S.M., Page, J.B., Rivers, J., Weatherby, N., Chitwood, D.D., and <u>Mash, D.C.</u> Preliminary laboratory studies on inactivation of HIV-1 in needles and syringes containing infected blood using undiluted household bleach, J. AIDS 7: 754 - 759, 1994.

40.) Newman, H.A., Allen, A.C., Witkin, J.M., Izenwasser, S., <u>Mash, D.C.</u> and Katz, J.L. The thermal decomposition product of "crack", AEME, and analogs do not appear to contribute acutely to the pharmacological or toxicological actions of cocaine. Med. Chem. Res. 4: 93 - 110, 1994.

41.) Baghdoyan, H.A., Mallios, V.J., Duckrow, R.B. and <u>Mash, D.C.</u> Localization of muscarinic receptor subtypes in brain stem areas regulating sleep. NeuroReport 5: 1631 - 1634, 1994.

42.) Ferrari-Dileo, G., Waelbroeck, M., <u>Mash, D.C.</u>, and Flynn, D.D., A novel strategy for the selective labeling and localization of the M4 (m4) muscarinic receptor subtype. Mol Pharm 46:1028-1035, 1994.

43.) Zabetian, C., Staley, J. K., Flynn, D.D., and <u>Mash, D.C.</u> Kinetic and equilibrium analysis of [$^3$H]-(+)-pentazocine binding to sigma recognition sites in human cerebellum. Pharmacol Letters 55:389-395, 1994.

44.) Staley, J.K., Hearn, W.L., Ruttenber, A.J., Wetli, C.V., and <u>Mash, D.C.</u> High affinity cocaine recognition sites on the dopamine transporter are elevated in fatal cocaine overdose victims. J Pharm Exp Ther 271:1678 - 1685, 1994.

45.) Flynn, D.D., Ferrari-Dileo, G., <u>Mash, D.C.</u>, and Levey, A.I., Differential regulation of molecular subtypes of muscarinic receptors in Alzheimer's disease. J Neurochem 64:1888-1891, 1995.

46.) Ferrari-DiLeo, G., <u>Mash, D.C.</u>, and Flynn, D.D., Attenuation of muscarinic receptor -G protein interaction in Alzheimer's disease. Mol and Chem Neuropath 24: 69-91, 1995.

47.) Staley, J.K., Boja, J.W., Carroll, F.I., Seltzman, H., Wyrick, C.D., Lewin, A.H., Abraham, P., and <u>Mash, D.C.</u>, Mapping the dopamine transporter in human brain with the novel selective cocaine analog [$^{125}$I]RTI-121, Synapse 21: 364-372, 1995.

48.) <u>Mash, D.C.</u>, Staley, J.K., Baumann, M., Rothman, R.P., and Hearn, W.L., Identification of a primary metabolite of ibogaine that targets serotonin transporters and elevates serotonin. Pharmacol Letters 57: 45-50, 1995.

49.) <u>Mash, D.C.</u>, Pablo, J., Staley, J. K., Holohean, A.M., Hackman, J.C., and Davidoff, R.A., Properties of Ibogaine and a principal metabolite (12-Hydroxyibogamine at the MK-801 binding site on the NMDA- receptor complex. Neurosci Letters 192:53-56, 1995.

50.) Flynn, D.D., Ferrari-Dileo, G., Levey, A.I., and <u>Mash, D.C.</u>, Differential alterations in muscarinic receptor subtypes in Alzheimer's disease: Implications for cholinergic based therapy. Life Sci 56: 869-876, 1995.

51.) Hearn, W.L., Pablo, J., Hime, G. and <u>Mash, D.C.</u> Identification and quantitation of ibogaine and an *o*-demethylated metabolite in brain and biological fluids using gas chromatography/mass spectrometry. J Anal Tox 19:427-434, 1995.

52.) Baumann, M. H., <u>Mash, D.C.</u> and Staley, J.K., The serotonin agonist m-chlorophenylpiperazine (mCPP) binds to serotonin transporter sites in human brain. Neuroreport <u>6</u>: 2150 - 2152, 1995.

53.) <u>Mash, D.C.</u>, Staley, J.K., Doepel, F.M., Young, S., Ervin, F.R., and Palmour, R.P., Altered dopamine transporter densities in alcohol-preferring vervet monkeys. Neuroreport <u>7</u>: 457 - 462, 1996.

54.) Wetli, C.V., <u>Mash, D.C.</u> and Karch, S. Cocaine-associated agitated delirium and the neuroleptic malignant syndrome. Amer. J. Emer. Med. 14(4): 425 - 428, 1996.

55.) Shah, S.M., Shapshak, P., River, J.E., Stewart, R.V., Weatherby, N.L., Xin, K.-Q., Page, J.B., Chitwood, D., <u>Mash, D.C.</u>, Vlahov, D., and McCoy, C.B., Detection of HIV-1 DNA in needle/syringes, paraphernalia, and washed from shooting galleries in Miami: A preliminary laboratory report. J AIDS 11(3): 301-306, 1996.

56.) Staley, J.K. and <u>Mash, D.C.</u> Adaptive increase in D3 dopamine receptors in the brain reward circuits in cocaine fatalities. J Neurosci 16:6100-6106, 1996.

57.) Callaway, J.C., Raymom, L.R., Hearn, W.L., McKenna, D.M., Grob, C., Brito, G. and <u>Mash, D.C.</u>, Quantitation of N, N-dimethyltryptamine and harmala alkaloids in human plasma after oral dosing with *Ayahuasca.* J Anat Tox 20:492-497, 1996.

58.) Staley, J.K., Ouyang, Q, Pablo, J., Hearn , W.L., Flynn, D.D., Rothman, R.B., Rice, K.C. <u>Mash, D.C.</u>, Pharmacological screen for activities of 12-hydroxyibogamine: A primary metabolite of the indole alkaloid ibogaine. Psychopharm 127:10-18, 1996.

59.) Ruttenber, A. J., Lawler-Haevener, J., Wetli, C.V., Hearn, W. L., and <u>Mash, D.C.</u>, Fatal excited delirium following cocaine use: Epidemiologic findings provide evidence for new mechanisms of cocaine toxicity. J Forensic Tox 42(11): 25 -31, 1997.

60.) <u>Mash, D.C.</u> Are neuroadaptations in D3 dopamine receptors linked to the development of cocaine dependence? Mol Psychiatry (News and Views) 2: 7-8, 1997.

61.) Segal, D.M., Moraes, C.T., and <u>Mash, D.C.</u> Upregulation of D3 dopamine receptor mRNA in the nucleus accumbens from human cocaine overdose fatalities. Mol Brain Res 45(2):335-339, 1997.

62.) Staley, J.K., Talbot, J.Z., Ciliax, B.J., Miller, G.W., Levey, A.I., Kung, M.P., Kung, H., and <u>Mash, D.C.</u> Radioligand and immunoautoradiographic evidence for a lack of toxicity to dopaminergic neurons in human cocaine overdose victims. Brain Res 747:219-229, 1997.

63.) Miller, G.W., Staley, J.K., Heilman, C.J., Perez, J.T., <u>Mash, D.C.</u>, Rye, D.B., and Levey, A.I., Immunochemical analysis of dopamine transporter protein in Parkinson's Disease. Ann Neurol 41(4):530 - 539, 1997.

64.) Efange, S.M.N., Garland, E., Staley, J.K., Khare, A. B., and <u>Mash, D.C.</u>, Vesicular acetylcholine transporter (VAChT) density and Alzheimer's disease. Neurobiology of Aging 18(4):407-13, 1997.

65.) Staley, J.K., <u>Mash, D.C.</u>, Parsons, S.M., Khare, A.B., and Efange, S.M., Pharmacological characterization of the vesamicol analogue (+)-[125I]MIBT in primate brain. Eur J Pharmacol 338:159-169, 1997.

66.) Staley, J.K. Rothman, R.B. Rice, K.C., Partilla, J. <u>Mash, D.C.</u> Kappa2 opioid receptors in limbic areas of the human brain are upregulated by cocaine in fatal overdose victims. J Neuroscience 17(21):8225-33, 1997.

67.) Guillozet, A.L. Smiley, J.F. <u>Mash, D.C.</u>, Mesulam, M.-M. Butyrylcholinesterase in the life cycle of amyloid plaques. Ann Neurology 42(6):909-18, 1997.

68.) Efange, S.M.N., Mash, D.C., Khare, A.B., Ouyang, Q. Modified ibogaine fragments: synthesis and preliminary pharmacological characterization of 3-ethyl-5-phenyl-1,2,3,4,5,6 hexahydroazepino [4,5-b] benzothiophenes. J Med Chem 41(23):4486-91, 1998.

69.) Pablo, J. and Mash, D.C. Noribogaine stimulates naloxone-sensitive [$^{35}$S]GTP$\gamma$S binding. NeuroReport 9:109-114, 1998.

70.) Obach, R. S., Pablo, J. and Mash, D.C. Cytochrome P4502D6 catalyzes the O-demethylation of the psychoactive alkaloid ibogaine to 12-hydroxyibogamine. Drug Metabolism and Disposition 25(12):1359-69, 1998.

71.) Deecher, D.C. Mash, D.C., Staley, J.K. and Mufson, E.J., Characterization and localization of galanin receptors in human entorrhinal cortex. Regal Peptide 73(3):149-59, 1998.

72.) Einstein, G., Patel, V., Bautista, P., Kenna, M., Melone, L., Fader, R., Karson, K., Mann, S., Saunders, A., Hulette, C., Mash, D.C., Roses, A., and Schmechel, D. Intraneuronal ApoE in human visual cortical areas reflects the staging of Alzheimer's disease pathology. J Neuropath and Exp Neurol 57(12):1190-1201, 1998

73.) Hulette, C.M., Welsh-Bohmer, K.A., Murray, M.G., Saunders, A.M., Mash, D.C., and McIntyre, L.M., Neuropathological and neuropsychological changes in "normal" aging: Evidence for preclinical Alzheimer's disease in cognitively normal individuals. J Neuropath Exp Neurol 57:1168-1174, 1998.

74.) Ciliax, B.J., Drash, G.W., Staley, J.K., Haber, S., Mobley, C.J., Miller, G.W., Mufson, E.J., Mash, D.C. and Levey, A.I., Immunocytochemical localization of the dopamine transporter in human brain. J Comp Neurol 409:38-56, 1999.

75.) Ma, S.Y., Ciliax, B.J, Stebbins, G., Jaffar, S., Joyce, J.N., Cochran, E.J., Kordower, J.H., Mash, D.C., Levey, A.I., and Mufson, E.J., Dopamine transporter-immunoreactive neurons decrease with age in the human substantia nigra: A stereologic analysis. J Comp Neurol 409:25-37, 1999.

76.) Chen, L., Segal, D., and Mash, D.C., Semi-quantitative reverse-transcriptase polymerase chain reaction: An approach for the measurement of target gene expression in human brain. Brain Res Protocols 4:132-139, 1999.

77.) Zubaran, C., Shoaib, M., Stolerman, I.P., Pablo, J., Mash, D.C., Noribogaine generalization to the ibogaine stimulus: Correlation with noribogaine concentration in rat brain. Neuropsychopharm 21: 119-126, 1999.

78.) Izenwasser, S., Staley, J.K., Cohn, S., and Mash D.C., Characterization of kappa1-opioid receptor binding in human insular cortex. Life Sciences 65:857-862, 1999.

79.) Chen, L., Segal, D.M., Moraes, C.T. and Mash, D.C., Dopamine transporter mRNA in autopsy studies of chronic cocaine users. Mol Brain Res 73:181-185, 1999.

80.) Miller, G.W., Erickson, J.D., Perez, J.T., Penland, S.N., Mash, D.C., Rye, D.B., Levey, A.I. Immunochemical analysis of vesicular monoamine transporter (VMAT2) protein in Parkinson's disease. Exp. Neurol. 156:138-148, 1999.

81.) Callaway, J.C., McKenna, D.J., Grob, C.S., Brito, G.S., Raymon, L.P., Poland, R.E., Andrade, E.N., Andrade, E.O., Mash, D.C. Pharmacokinetics of Hoasca alkaloids in healthy humans. J Ethnopharmacol 65(3):243-56, 1999.

82.) Mufson, E.J., Deecher, D.C., Basile M., Izenwasser, S., and Mash, D.C. Galanin receptor plasticity within the nucleus basalis in early and late Alzheimer's Disease: an in vitro autoradiographic analysis. Neuropharm 39:1404-1412, 2000.

83.) Hurley, M.J., Mash, D.C., Jenner, P. Adenosine A2A receptor mRNA expression in Parkinson's disease. Neurosci Letters, 291(1):54-8, 2000.

84.) Wang, Y., TesFaye, E., Yasuda, R.P., Mash, D.C., Armstrong, D.M., Wolfe, B.B. Effects of postmortem delay on subunits of ionotropic glutamate receptors in human brain. Brain Res Mol Brain Res 80(2):123-131, 2000.

85.) Mash, D.C., Staley, J.K., Izenwasser, S., Basile, M., Ruttenber, A.J. Serotonin transporters upregulate with chronic cocaine use. J. Chem. Neuroanatomy, 20:271-280, 2000.

86.) Eshleman, A.J., Wolfrum, K, Mash, D.C., Christensen, K., and Janowsky, A. Drug interactions with the dopamine transporter in cryopreserved human caudate. J. Pharmacol. Exp. Ther., 296(2):442-449, 2001.

87.) Hurley, M.J., Mash, D.C., Jenner, P. Dopamine $D_1$ receptor expression in Parkinson's disease. Mol Brain Res. Mar 5;87(2):271-9, 2001.

88.) Baumann, M.H., Rothman, R.B., Pablo, J.P., Mash, D.C. In vivo neurobiological effects of ibogaine and its o-Desmethyl metabolite, 12-hydroxyibogamine (Noribogaine), in rats. J. Pharm. Exp. Ther. 297(2):531-539, 2001.

89.) Counts, S.E., Perez, S.E., Kahl, U., Bartfai, T., Bowser, R.P., Deecher, D.C., Mash, D.C., Crawley, J.N., Mufson, EJ. Galanin: Neurobiologic mechanisms and therapeutic potential for Alzheimer's disease. CNS Drug Reviews, 7(4):445-470, 2001.

90.) Henderson, R.F., Barr, E.B., Blackwell, W.B., Clark, C.R., Conn, C.A, Kalra, R., March, T.H., Sopori, M.L, Tesfaigzi, Y., Menache, M.G., Mash, D.C., Dokladny, K., Kozak, W., Kozak, A., Wachulec, M., Rudolph, K., Kluger, M.J., Singh, S.P., Razani-Boroujerdi, S., Langley, R.J. Response of F344 rats to inhalation of subclinical levels of sarin: exploring potential causes of Gulf War illness. Toxicology and Industrial Health, 17:294-297, 2001.

91.) Miksys, S., Rao, Y., Hoffmann, E., Sellers, E.M., Mash, D.C., Tyndale, R.F. Regional and cellular expression of cytochrome P450 2D6 in human brain: Higher levels in alcoholics. J Neurochem 82:1376-1387, 2002.

92.) Mash, D.C., Pablo, J., Ouyang, Q., Hearn, W.L., Izenwasser, S. Dopamine transport function is elevated in cocaine users. J Neurochem 81:292-300. 2002.

93.) Bannon, M.J., Pruetz, B., Manning-Bog, A.B., Whitty, C.J., Michelhaugh, S.K., Sacchetti, P., Grannerman, J.G., Mash, D.C., Schmidt, C.J. Decreased expression of the transcription factor NURR1 in dopamine neurons of cocaine abusers. Proc Nat Acad Sci 99(9):6382-6385, 2002.

94.) Perez, S., Basile, M., Mash, D.C., Mufson, E.J. Galanin receptor over-expression within the amygdala in early Alzhiemer's disease: An in-vitro autoradiographic analysis. J Chem Neuro 24:109-116, 2002.

95.) Henderson, R.F., Barr, E.B., Blackwell, W.B., Clark, C.R., Conn, C.A., Kalra, R., March, T.H., Sopori, M.L., Tesfaigzi, Y., Menache, M.G., Dokladny, K., Kozak, W., Kozak, A., Wachulec, M., Rudolph, K., Kluger, M.J., Singh, S.P., Razani-Boroujerdi, S., Mash, D.C., Langley, R.J. Response of rats to low levels of sarin. Toxicol Appl Pharmacol 184(2):67-76 2002.

96.) Hurley, MJ, Mash, DC, Jenner, P. Expression of cannabinoid CB1 receptor mRNA in basal ganglia of normal and parkinsonian human brain. J Neurol Transm 110: 1279-1288, 2003.

97.) Guillozet, A.L., Weintraub, S., Mash, D.C., Mesulam, M-Marsel. Neurofibrillary tangles, amyloid plaques and memory impairment in aging and MCI. Arch Neurol 60(5):729-36, 2003.

98.) Mash, D.C., Ouyang, Q., Pablo, J., Basile, M., Izenwasser, S., Lieberman, A., Perrin, R. Cocaine abusers have an overexpression of alpha-synuclein in dopamine neurons. J Neurosci 23(7):2564-2571, 2003.

99.) Howard, L.A., Miksys, S., Hoffmann, E., Mash, D., Tyndale, R.F. Brain CYP2E1 is induced by nicotine and ethanol in rat and is higher in smokers and alcoholics. Br J Pharmacol 138(7):1376-86, 2003.

100.) Miksys, S., Lerman, C., Shiled, P.G., Mash, D.C., Tyndale, R.F. Miksys S, Lerman C, Shields PG, Mash DC, Tyndale RF. Smoking, alcoholism and genetic polymorphisms alter CYP2B6 levels in human brain. Neuropharm 45(1):122-32, 2003.

101.) Pasarella, D., Favia, R., Giardini, A., Lessma, G., Martinelli, M., Silvani, A., Danieli, B., Efange, S.M.N., and Mash, D.C. Ibogaine analogues. Synthesis and preliminary pharmacological evaluation of 7-heteroaryl-2-azabicyclo[2.2.2]oct-7-enes. Biorg Med Chem 11(6):1007-14, 2003.

102.) Tang, W.X., Fasulo, W.H., Mash, D.C., Hemby, S.E. Molecular profiling of midbrain dopamine regions in cocaine overdose victims. J Neurochem 85: 911-924, 2003.

103.) Hurley, M.J., Mash, D.C., Jenner, P. Markers for dopaminergic neurotransmission in the cerebellum in normal individuals and patients with Parkinson's disease examined by RT-PCR. Eur J Neurosci 18(9):2668-2672, 2003.

104.) Lockhart, P.J., Lincoln, S., Hulihan, M., Kachergus, J., Wilkes, K., Bisceglio, G., Mash, D.C., Zbigniew Wszolek, and Farrer, MJ. DJ-1 mutations are a rare cause of recessively inherited early-onset Parkinsonism mediated by loss of protein function. J Med Genet 41:1-6, 2004.

105.) Stephens, B.G., Baselt, R., Jentzen, J.M., Karch, S., Mash, D.C., Wetli, C. V. Criteria for the interpretation of cocaine levels in human biological samples and their relation to cause of death. J Forensic Med Path 25(1):1-10, 2004.

106.) Stephens, B.G., Jentzen, J.M., Karch, S., Wetli, C.V., and Mash, D.C. National Association of Medical Examiners position paper on the certification of cocaine-related deaths. J Forensic Med Path 25(1):11-13, 2004.

107.) Mesulam, M., Shaw, P., Mash, D.C., Weintraub, S. Cholinergic nucleus basalis tauopathy emerges early in the aging-MCI-AD continuum. Ann Neurology 55:815-825, 2004.

108.) Zhu, G., Lipsky, R.H., Xu, K., Ali, S., Hyde, T., Kleinman, J., Akhtar, L.A., Mash, D.C., Goldman, D. Differential expression of human COMT alleles in brain and lymphoblasts detected byRT-coupled 5' nuclease assay. Psychopharm 177:178-184, 2004.

109.) Mash, D.C., Ouyang, Q., Qin, Y, and Pablo, J. Norepinephrine transporter immunoblotting and radioligand binding in cocaine abusers. J Neurosci Methods 143(1):79-85, 2005.

110.) Rossi, M.A., Mash, D.C., and deToledo-Morrell. Spatial memory in aged rats is related to PKCγ G-protein coupling of the M1 receptor. Neurobiol Aging 26(1):53-68, 2005.

111.) Papapetropoulos, S., Gonzalez, J., Lieberman, A., Mash, D.C. Dementia in Parkinson disease: a post-mortem study in a population of brain donors. Int J Geriatr Psychiatry 20(5):418-22, 2005.

112.) Papapetropoulos, S., Mash, D.C. The neurochemical mechanism of rebound psychosis in Parkinson's disease. Mov Disord 20(4):515, 2005.

113.) Papapetropoulos, S., Singer, C., Villar, J.M., Gonzalez, J., Mash, D.C. Does cigarette smoking provide clinically significant neuroprotection among patients diagnosed with Parkinson's disease? Mov Disord 20(5):641-642, 2005.

114.) Papapetropoulos, S., Mash, D.C. Psychotic symptoms in Parkinson's disease. From description to etiology. J Neurol 252(7):753-64, 2005.

115.) Papapetropoulos, S. Mash, D.C. Alpha-synuclein aggregation and its relation to neurodegenerative diseases. Ann Neurol 57(4):605, 2005.

116.) Papapetropoulos, S., Lieberman, A., Gonzalez, J.,Mash, D.C. Can Alzheimer's type pathology influence the clinical phenotype of Parkinson's disease? Acta Neurol Scand 111(6):353-9, 2005.

117.) Papapetropoulos, S., Gonzalez, J., Mash, D.C. Natural History of Progressive Supranuclear Palsy: A Clinicopathologic Study from a Population of Brain Donors. Eur Neurol 54(1):1-9, 2005.

118.) Mash, D.C. Ibogaine Therapy. Euro Neuropsychopharm 15(3):S322, 2005.

119.) Hemby, S.E., Tang, W., Mully, E.C., Kuhar, M.J., Howell, L., and Mash, D.C. Cocaine-induced alterations in nucleus accumbens ionotropic glutamate receptor subunits in human and non-human primates. J Neurochem 95(6):1785-93, 2005.

120.) Qin, Y., Ouyang, Q., Pablo, J., and Mash, D.C. Cocaine abuse elevates alpha-synuclein and dopamine transporter levels in the human striatum.Neuroreport 16(13):1489-93, 2005.

121.) Papapetropoulos, S., Singer, C., McCorquodale, D., Gonzalez, J., Mash, D.C. Cause, seasonality of death and co-morbidities in progressive supranuclear palsy (PSP). Parkinsonism Relat Disord 11(7):459-63, 2005.

122.) Papapetropoulos, S., Villar, J.M., Gonzalez, J., Mash, D.C. Disparities in death certificates of Parkinson's disease patients: a report from a population of brain donors. Mov Disord 21(10):1791-2, 2006.

123.) Passarella, D., Barilli, A., Efange, SMN., Elisabetsky, E., Leal, M.B., Lesma, G., Linck, V.M., Mash, D.C., Martinelli, M., Peretto, H., Silvani, A., Danieli, B. Nature-inspired indolyl-2-azabicyclo [2.2.2] act-7-ene derivatives as promising agents for the attention of withdrawl symptoms. Synthesis of 20-desethyl-20-hydroxymethyl-11-demethoxyibogaine. Nat Prod Res 20(8):758-65, 2006.

124.) Papapetropoulos, S., Gonzalez, J., Mash, D.C. The effect of ischemic cerebrovascular disease on the survival duration and clinical characteristics of Parkinson's disease. A post-mortem study. Eur J Neurol Jan;13(1):96-7, 2006.

125.) Papapetropoulos, S., Lieberman, A., Gonzalez, J., Singer, C., Laufer, D., Mash, D.C. Family history of dementia is more common in Dementia with Lewy bodies than in Parkinson's disease dementia patients. J Neuropsychiatry Clin Neurosci 18(1):113-6, 2006.

126.) Ross, O., Toft, M., Johnson, J.L., Mash, D.C, Papapetropoulos, S., Litvan, I., Gordon, M.F., Farrer, M.J., Dickson, D.W. Lrrk2 and Lewy body disease. Ann Neurol 59(2):388-93, 2006.

127.) Drgon, T., Lin, Z., Wang, G-J., Fowler, J., Kouzmenko, A., Pablo, J., Mash, D.C., Volkow, N., Uhl, G.R. Common human 5' dopamine transporter (SLC6A3) haplotypes yield varying expression levels *in vivo*. Cell Mol Neurobiol 26(4-6):875-89, 2006.

128.) Papapetropoulos S, Villar JM, Mash DC. Is ischemic cerebrovascular disease a risk factor for dementia in patients with Parkinson's disease? Acta Neurol Scand 113(5):353-4, 2006.

129.) Papapetropoulos S, Gonzalez, J., Mash DC, Cortical and amygdalar Lewy body burden in Parkinson's disease patients with visual hallucinations. Parkinsonism Relat Disord 12(4):253-6, 2006.

130.) Papapetropoulos, S., Singer, C., Ross, O., Toft, M., Farrer, M.J., Mash, D.C. Clinical heterogeneity of Lrrk2 G2019S. Arch of Neurology 63(9):1242-6, 2006.

131.) Papapetropoulos S, Mash DC. Insular pathology in Parkinson's disease patients with orthostatic hypotension. Parkinsonism Relat Disord 13(5): 308-311, 2007.

132.) Papapetropoulos S., ffrench-Mullen J.M, Mccorquodale D., Buck A., Qin Y., Pablo J., Mash D.C. Multiregional Gene Expression Profiling Identifies mitochondrial ribosomal protein S6 (MRPS6) as a candidate gene for Parkinson'Disease. Gene Expression Vol 13 (3):205-15, 2006.

133.) Grudzien, A., Shaw, P., Weintraub S., Bigio, E., Mash, D.C., Mesulam, M-M. Locus coeruleus neurofibrillary degeneration in aging, mild cognitive impairment and early Alzheimer's disease. Neurobiol Aging 28(3):327-35, 2007.

134.) Papapetropoulos S, Ferrer M.J., Stone J.T., Milkovic N.M., Ross O.A, Calvo L., McQuorquodale D., <u>Mash D.C.</u> Phenotypic associations of tau and ApoE in Parkinson's disease. Neurosci Lett 414(2):141-4, 2007.

135.) Papapetropoulos S., Tuchman A., Laufer D., Papatsoris A.G., Papapetropoulos N., <u>Mash D.C.</u> Causes of death in multiple systems atrophy. J Neurol Neurosurg Psychiatry 78(3):327-9, 2007.

136.) Papapetropoulos S., Adi, N., Mash, D.C., Shehadi L., Bishopric N., Shehadi L. Expression of alpha-synuclein mRNA in Parkinson's disease. Mov Disord 22(7):1057-9, 2007.

137.) Lincoln S., Ross O., Milkovic N.M., Dickson D.W., Rajput A., Robinson C.A., Papapetropoulos S., <u>Mash D.C.</u>, Farrer M.J. Quantitative PCR-based screening of alpha-synuclein multiplication in multiple system atrophy. Parkinsonism Relat Disord 13(6):340-2, 2007.

138.) Lesnick TG, Papapetropoulos S, <u>Mash DC</u>, Ffrench-Mullen J, Shehadeh L, de Andrade M, Henley JR, Rocca WA, Ahlskog JE, Maraganore DM. A genomic pathway approach to a complex disease: Axon guidance and Parkinson disease. PLoS Genet Jun 15;3(6):e98, 2007.

139.) Tannu N., <u>Mash D.C.</u>, Hemby S.E., Cytosolic proteomic alterations in the nucleus accumbens of cocaine overdose victims. Mol Psychiatry Jan;12(1):55-73, 2007.

140.) <u>Mash DC</u>, ffrench-Mullen J, Adi N, Qin Y, Buck A, Pablo J. Gene expression in human hippocampus from cocaine abusers identifies genes which regulate extracellular matrix remodeling. PLoS ONE 1 Nov 14;2(11):e1187, 2007.

141.) <u>Mash DC</u>, Adi N, Duque L, Pablo J, Kumar M, Ervin FR. Alpha synuclein protein levels are increased in serum from recently abstinent cocaine abusers. Drug Alcohol Dep Apr 1;94(1-3):246-50, 2008.

142.) Schenk S, Hely L, Lake B, Daniela E, Gittings D, <u>Mash DC</u>. MDMA self-administration in rats: Acquisition, progressive ratio responding, and serotonin transporter binding. Eur J Neurosci 26(11): 3229–3236, 2007.

143.) Zhou Z., Zhu G., Hariri A.R., Enoch M.A., Scott D., Sinha R., Virkkunen M., <u>Mash D.C.</u>, Lipsky R.H., Hu X.Z., Hodgkinson C.A., Xu K., Buzas B., Yuan Q., Shen P.H., Ferrell R.E., Manuck S.B., Brown S.M., Hauger R.L., Stohler C.S., Zubieta J.K., Goldman D. Genetic variation in human NPY expression affects stress response and emotion. Nature Apr 24;452(7190):997-1001. 2008.

144.) Mann A., Miksys S., Lee A., <u>Mash D.C.</u>, Tyndale RE. Induction of the drug metabolizing enzyme CYP2D in monkey brain by chronic nicotine treatment. Neuropharm Dec 55(7): 1147-1155, 2008.

145.) Lull M.E., Freeman W.M., Vrana KE, <u>Mash D.C.</u> Correlating human and animal studies of cocaine abuse and gene expression. Addiction Reviews Ann N Y Acad Sci 1141:58-75, 2008.

146.) Vilariño-Güell C., Soto A.I., Lincoln S.J., Ben Yahmed S., Kefi M., Heckman M.G., Hulihan M.M., Chai, H., iehl N.N., Amouri R., Rajput A., <u>Mash D.C.</u>, Dickson D.W., Middleton L.T., Gibson R.A., Hentati F., Farrer M.J. *ATP13A2* variability in Parkinson's disease. Human Mutat 30(3):58-75, 2009.

147.) Farrer M., Williams L.N., Algom A.A., Kachergus J., Hulihan M.M., Ross O.A., Rajput A., Papapetpoulos S., <u>Mash D.C.</u>, Dickson D.W. Glucosidase-beta variations and Lewy Body Disorders. Parkinsonism Relat Disor 15(6):414-6, 2009.

148.) Jiang X., Zhouo J., <u>Mash D.C.</u>, Marini A.M., Lipsky R.H. Human BDNF isoforms are differently expressed in cocaine addicts and are sorted to the regulated secretory pathway independently of the Met66 substitution. Neuromol Med 11(1):1-12, 2009.

149.) Pablo J., Banack S.A., Cox P.A., Johnson T.E., Papapetropoulos S., Bradley W., Buck, A., <u>Mash D.C.</u> Cyanobacterial neurotoxin BMAA in ALS and Alzheimer's Disease. Acta Neurol Scand, 120:216-225, 2009.

150.) Wider, C, Dachsel, J.C., Soto, A., Heckman, M.G., Diehl, N.N., Yue, M., Lincoln, S., Aasley, J.O., Haugarvoll, K., Trojanowski, J.Q., Papapetropoulos, S., Mash, D.C., Rajput, A., Rajput, A.H., Gibson, J.M., Lynch, T., Dickson, D.W., Uitti, R.J., Wszolek, Z.K., Farrer, M.J., Ross, O.A. FGF20 and Parkinson's disease: No evidence of association or pathogenicity via α-Synuclein expression. Mov Disor 24(3):455-9, 2009.

151.) Mash, D.C., Duque, L, Pablo, J, Qin, Y., Adi, N., Hearn, W.L., Hyma, B.A., Karch, S.B., Druid, H. Biomarkers for identifying excited delirium as a cause of sudden death. Forensic Sci Int, 190(1-3):e13-9, 2009.

152.) Wider C, Lincoln S, Dachsel JC, Kapatos G, Heckman MG, Diehl NN, Papapetropoulos S, Mash DC, Rajput A, Rajput AH, Dickson DW, Wszolek ZK, Farrer, MJ. GCH1 expression in human cerebellum from healthy individuals is not gender dependent. Neurosci Lett. Oct 2;462(1):73-5, 2009. Epub Jun 30, 2009.

153.) Bradly WG and Mash DC. Beyond Guam: The Cynobacteria/BMAA hypothesis of the cause of ALS and other neurodegenerative diseases. Amyotroph Lateral Scler. 10(2):7-20, 2009.

154.) Wilder C, Lincoln S, Dachsel JC, Kapatos G, Heckman MG, Diehl NN, Papapetropopoulos S, Mash DC, Rajput A, Rajput AH, Dickson DW, Wszolek ZK, Farrer MJ. GCH1 expression in human cerebellum from healthy individuals is not gender dependent. Neuroscience Letters 462:73-75, 2009.

155.) Adi N, Mash DC, Ali Y, S inger C, Shehadeh L, Papapetropoulos S. Melatonin MT1 and MT2 receptor expression in Parkinson's disease. Med Sci Monit, 16(2):BR61-7, 2010.

156.) Wilder C, Ross OA, Nishioka K, Heckman MG, Vilarino-Guell C, Jasinska-Myga B, Graff-Radford N, Mash DC, Papapetropopoulos S, UchikadoH, Wszolek ZK, farrer M, Dickson DW. MAPT, SNCA and APOE: impact on the burden of Alzheimer and Lewy body pathology. Annals of Neurology. (Under review – 2010).

157.) Brand LE, Pablo J, Compton A, Hammerschlag N, Mash DC. Cyanabacterial blooms and the occurrence of the neurotoxin beta-N-methylamino-L-alanine (BMAA) in south Florida aquatic food web. Elsevier Editorial System ™ for Harmful Algae. (Under review 2010).

158.) Goldstein DS, Sullivan P, Holmes C, Kopin IJ, Basile M, Mash DC. Pathogenesis of Parkinson Disease: Insights from post-mortem brain catechol ratios. (Under review 2010).

159.) Smith RM, Alachkar H, Papp AC, Wang D, Mash DC, Wang JC, Bierut LJ, Sadee W. Nicotinic α5 receptor subunit mRNA expression is associated with distant 5' upstream polymorphisms. European Journal of Human Genetics (In press – 2010).

160.) Nishioka K, Ross OA, Vilarino-Guell C, Cobb SA, Kachergus JM, Mann DMA, Rajput A, Papapetropoulos S, Mash DC, Pahwa R, Lyons, KE, Wszolek ZK, Dickson DW, Farrer MJ. Glucocerebrosidase mutation in diffuse Lewy body disease.Pa rkinsonism Relat Disor (Under review 2010).

## 18a. Patent and Patent Applications

1.) Mash, D.C., Sanchez-Ramos, J. and Hearn, W.L. A method of treating chemical dependence in mammals and a composition thereof. Patent Feb. 19, 2002.

2.) Efange, S.M.N. and Mash, D.C., Bioactive Tricyclic Ibogaine Analogs, Patent awarded, January, 1996.

3.) Efange, S.M.N. and Mash, D.C., Spiroindanamines and Spiroindanimides, Patent awarded, September, 1999.

## 19. Other works and publications.

1.) Baker, H.D., Mash, D.C. and May, J.G. Interocular transport of the McCollough effect. Assoc. of Res. in Vision and Opthamology., l976.

2.) <u>Mash, D.C.</u>, Worden, I.G. and Berkley, K.J. Projections from the lateral cervical nucleus and the dorsal column nuclei to and within the n. ventralis posterolateralis of the cat thalamus. Soc. Neurosci. Abstr. <u>2</u>:1359, 1976.

3.) Berkley, K.J. and <u>Mash, D.C.</u> Projections of the first and second somatic sensory cortex the motor cortex, and the cerebellum to the posterior group of nuclei in the cat. Soc. Neurosci. Abstr. <u>3</u>:1516, 1977.

4.) Berkley, K.J. and <u>Mash, D.C.</u> A comparison of the lateral cervical nucleus and the spinothalamic tract in the cat and monkey. Pain Abstr. <u>1</u>:192,1977.

5.) <u>Mash, D.C.</u> and Berkley, K.J. Projections from the spinal cord and the gracile, cuneate, trigeminal and lateral cervical nuclei to the posterior group of nuclei in the cat. Soc. Neurosci. Abstr. <u>3</u>:1557, 1977.

6.) Berkley, K.J., Molinari, H.H., and <u>Mash, D.C.</u> The effects of various cations upon the incorporation of proline into the macromolecules of large cells within the dorsal column nuclei of the cat. Soc. Neurosci. Abstr. <u>4</u>:1202, 1978.

7.) <u>Mash, D.C.</u>, Soliman, K.F.A. and Walker, C.A. Circadian variations in beta endorphin content in specific areas of the rat brain. Fed. Proc. <u>39</u>:605, 1980.

8.) <u>Mash, D.C.</u>, Soliman, K.F.A. and Walker, C.A. The effect of altering 5-hydroxytryptamine levels on beta endorphin content in rat brain. Fed. Proc. <u>40:</u> 287, 1981.

9.) Kalinoski, D.L., <u>Mash, D.C.</u>, Toscano, P.T. and Potter, L.T. Circadian variations in the binding of quinuclidinyl benzilate to muscarine receptors in the rat brain. Fed. Proc. <u>41</u>:1634, 1982.

10.) <u>Mash, D.C.</u> and Potter, L.T. Autoradiographic localization of M1 and M2 receptors in the rat brain. Soc. Neurosci. Abstr.<u>8</u>:338, 1982.

11.) <u>Mash, D.C.</u> and Potter, L.T. Changes in M1 and M2 muscarine receptors in Alzheimer's disease and aging, and with lesions of cholinergic neurons. Soc. Neurosci. Abstr. <u>9</u>:582, 1983.

12.) <u>Mash, D.C.</u>, Sevush, S. Flynn, D.D., Norenberg, M.D., and Potter, L.T. Loss of M2 muscarine receptors in Alzheimer's disease. Neurology <u>34</u> (suppl.) 120-122, 1984.

13.) Ferrari-Dileo, G., <u>Mash, D.C.</u> and Potter, L.T. Autoradiographic studies of muscarine receptors in human cerebral arteries. Soc. Neurosci. Abstr. <u>10</u>:608, 1984.

14.) Flynn, D.D. and <u>Mash, D.C.</u> Nicotine receptors in human frontal and infratemporal cortex: Comparison between Alzheimer' disease and the normal. Soc. Neurosci. Abstr. <u>11</u>: 1118, 1985.

15.) Mufson, E. J., Martin, T.L. <u>Mash, D.C.</u> Wainer, B.H., and Mesulam, M-M. Cholinergic projections from the parabigeminal nucleus (Ch8) to the superior colliculus of the mouse. Soc. Neurosci. Abstr. <u>11</u>:1238, 1985.

16.) Green, R.C., Moran, M.A., Martin, T.L. <u>Mash, D.C.</u>, Mufson, E.J. and Mesulam, M-M. Distribution of acetylcholinesterase fiber staining in the human hippocampus and parahippocampal gyrus. Soc. Neurosci. Abstr. <u>12:</u> 729, 1986.

17.) <u>Mash, D.C.</u> and Mesulam, M-M. Muscarine receptor distributions within architectonic subregions of the primate neocortex. Soc. Neurosci. Abstr. <u>12</u>:809, 1986.

18.) Hefti, F., Hartikka, J., Salvatierra, A. Weiner, W.J., and <u>Mash, D.C.</u> Localization of nerve growth factor receptors in cholinergic neurons of the human basal forebrain. Soc. Neurosci. Abstr. <u>12</u>:281, 1986.

19.) <u>Mash, D.C.</u>, White, W.F., Mufson, E.J., and Mesulam, M-M. Muscarinic and nicotinic receptors in the hippocampal formation of the monkey. Neurology <u>37</u>: 194, 1987.

20.) <u>Mash, D.C.</u> and Weiner, W.J. Mosaic of cholinergic pre- and postsynaptic markers in the primate striatum. Neurology <u>37</u>: 266, 1987.

21.) <u>Mash, D.C.</u> Architectonics of muscarinic receptor subtypes in the primate cerebral cortex. J. Amer. Ger. Soc. <u>35</u>:896, 1987.

22.) Flynn, D.C., Suarez, A., Cordoves, A., and <u>Mash, D.C.</u> Differential regulation of muscarinic receptor subtypes in the cerebral cortex by chronic tetrahydroaminoacridine administration. Soc. Neurosci. Abstr. <u>13</u>: 726, 1987.

23.) Mufson, E.J. and <u>Mash, D.C.</u> Pathology in brainstem cholinergic neurons in Alzheimer's disease. Soc. Neurosci. Abstr. <u>13</u>: 1461, 1987.

24.) Rosenblatt, D., <u>Mash, D.C.</u> and White, W.F. Characterization of cholinergic receptors in astrocyte cultures of the cerebral cortex. Soc. Neurosci. Abstr. <u>13</u>:1377, 1987.

25.) Mesulam, M-M. and <u>Mash, D.C.</u> Organization of cortical cholinergic innervation in the primate brain. Neuroscience (suppl.) <u>22</u>: S105, 1987.

26.) Efange, S.M., <u>Mash, D.C.</u>, Hefti, F., Kung, K., Heal, A.V., Guo, Y., Billings, J., Pan, S. and Dutta, A. A potential radiotracer for mapping central noradrenergic innervation. Soc. Nuclear Med., <u>15</u>:189, 1988.

27.) Montero, C., <u>Mash, D.C.</u>, Junard, M., and Hefti, F., Further analysis of NGF effects in rats with partial fimbrial transections. Soc. Neurosci. Abstr. <u>14</u>: 825, 1988.

28.) Pablo, J., Efange, S. M., Flynn, D.D., Weiner, W.J., and <u>Mash, D.C.</u>, Characterization and localization of transferrin receptors in the rat brain. Soc. Neurosci. Abstr. <u>14</u>: 171, 1988.

29.) Globus, M.Y.T., <u>Mash, D.C.</u>, Dietrich, W.D., Busto, R., Valdes, J., and Ginsberg, M.D. Dopamine D1 but not D2 receptors are sensitive to ischemia in the rat striatum. Soc. Neurosci. Abstr. <u>14</u>: 501, 1988.

30.) <u>Mash, D.C.</u>, Pablo, J., Weiner, W.J., Flynn, D.D., and Efange, S.M. Distribution and status of transferrin receptors in Parkinson's disease. Ann. Neurology (*suppl.*) <u>39</u>: 424, 1988.

31.) <u>Mash, D.C.</u>, Flynn, D.D., Pablo, J., Dewanjee, M., Weiner, W., and Mufson, E.J., Distribution and status of transferrin receptors in Parkinson's disease. Ann. Neurology <u>24</u>: 172, 1989.

32.) <u>Mash, D.C.</u>, Ruttenber, A.J., Wetli, C.V., Weiner, W.J., Itzhak, Y. and Pablo, J. Binding characteristics of cocaine and tropacocaine to muscarinic and sigma receptors in the human brain. Soc. Neurosci. Abstr. <u>15</u>:803, 1989.

33.) Terry, L.M., Keran, E., Hearn, L., Sanchez-Ramos, J., Basile,M., Pablo, J. and <u>Mash, D.C.</u> Chronic cocaine-induced alterations in dopaminergic pre- and postsynaptic markers. Soc. Neurosci. Abstr. <u>15</u>:803, 1989.

34.) Flynn, D.D. and <u>Mash, D.C.</u> Loss of guanine nucleotide-sensitive agonist binding to M1 muscarinic receptors in Alzheimer's disease. Soc. Neurosci. Abstr. <u>15</u>: 1111, 1989.

35.) Strang, P.C., <u>Mash, D.C.</u>, and Flynn, D.D. Anti-peptide antibodies to m1 muscarinic receptors specifically label cortical neurons. Soc. Neurosci. Abstr. <u>15</u>: 811, 1989.

36.) Pablo, J., Basile, M., Efange, S.M.N., Sanchez-Ramos, J., Weiner, W.J., and <u>Mash, D.C.</u> Quantitative in vitro autoradiography of transferrin receptors in the striatum of MPTP-treated mice. Soc. Neurosci. Abstr. <u>15</u>: 346, 1989.

37.) <u>Mash, D.C.</u>, Itzhak, Y., Basile, M. and Weiner, W.J., Visualization of sigma receptor distributions in the brain of the rhesus monkey. Neurology (suppl.1) <u>40</u>: 240, 1990.

38.) Mash, D.C., Flynn, D.D., Wetli, C.V., and Hearn, L., Cocaethylene binding to neurotransmitter receptors and uptake sites in the human brain. Soc. Neurosci. Abstr. 16:14, 1990.

39.) Rose, S. Hearn, W. L. Hime, G., Wetli, C.V., Ruttenber, A.J., and Mash, D.C. Cocaine and cocaethylene concentration in human post mortem cerebral cortex. Soc. Neurosci. Abstr. 16:14, 1990.

40.) Vaishnav, A.A., Mash, D.C., and Flynn, D.D. Cocaine interactions with primary and secondary recognition sites on muscarinic receptors. Soc. Neurosci. Abstr. 16: 536, 1990.

41.) Flynn, D.D., Vaishnav, A.A., Itzhak, Y., Sanchez-Ramos, L., and Mash, D.C. Characterization of sigma binding sites in human placenta: Effect of perinatal cocaine exposure. Soc. Neurosci. Abstr. 16:305, 1990.

42.) Basile, M., Mash, D.C., and Itzhak, Y. Partial overlap in the distribution of monoamine oxidase type A (MAO-A) and sigma receptors in rat and mouse brain. Soc. Neurosci. Abstr. 16:1140, 1990.

43.) Ciarleglio, A.E. and Mash, D.C. Autoradiographic localization of putative sigma receptors in the primate and human brain. Soc. Neurosci. Abstr. 16:1140, 1990.

44.) Mash, D.C., Basile, M.J., Flynn, D.D. Mapping the defect in M1 muscarinic receptor - G protein coupling in Alzheimer's disease: An autoradiographic study. Soc. Neurosci. Abstr., 17:1074, 1991.

45.) Flynn, D.D., Maxwell, G., Vaishnav, A.A., Basile, M., Mash, D.C. Distinct kinetic properties of N-[$^3$H]-methylscopolamine binding afford differential labeling and localization of M1, M2, and M3 muscarinic receptor subtypes in the primate brain. Soc. Neurosci. Abstr. 17:1200, 1991.

46.) Efange, S.M.N., Mash, D.C. Basile, M.J., Pablo, J., and Michelson, R.H. In vitro localization of a radiolabelled vesamicol analog in the human brain. Soc. Neurosci. Abstr. 17:1297, 1991.

47.) Wang, S.Z., Zhu, S., Mash, D.C. and El-Fakahany, E.E. Measurements of brain muscarinic receptor mRNA levels in Alzheimer's disease by DNA-excess hybridization. Soc. Neurosci. Abstr. 17: 1530, 1991.

48.) Itzhak, Y., Stein, I., and Mash, D.C. Evidence for the involvement of the N-methyl-D-aspartate (NMDA) receptor in the effects of cocaine. Soc. Neurosci. Abstr. 17:190, 1991.

49.) Itzhak, Y., Stein, I., and Mash, D.C. Regulation of mu-opiod receptors following exposure to cocaine. Comm. Prob. Drug Depend, NIDA Research Monograph Series, 119; 344, 1992.

50.) Mash, D.C. Tanis, D.C., Schrank, K.S., Augenstein, J.S., Rose, S., Hearn, W.L., and Stitt, F.W. Toxicology screens for cocaethylene in emergency department and trauma admissions associated with cocaine intoxication. NIDA Research Monograph Series, 119: 489, 1992.

51.) Baowan, L., Mordecai, Y.T., Globus, Ginsberg, M.D., Hearn, W.L., Mash, D.C. Differential effects of cocaine and cocaethylene on extracellular dopamine and serotonin in the rat striatum. NIDA Research Monograph Series, 119: 240, 1992.

52.) Shapshak, P., Mash, D.C., Hearn, W.L., Yoshioka, M., Nelson, S. and Tate, L. Detection of HIV in CNS tissue and cells and effects of cocaine and metabolites in vitro. NIDA Research Monograph Series, 119: 337, 1992.

53.) McCoy, C., Weatherby, N., Shapshak, P., Chitwood, D.D., Mash, D.C., Shah, S.M., and Arguello, J.C. Combining field laboratory and intervention strategies for HIV prevention, College on Problems of Drug Dependence, 54th Annual Scientific Meeting, Keystone, Colorado, June 20 - 26, 1992.

54.) Shapshak, P., McCoy, C, Mash, D.C., Goodkin, K., Baum, M., Yoshioka, M., Sun, N., Nelson, S., Berger, J., Bradley, W., Weatherby, N., Chitwood, D., Rivers, J., Page, B., Pardo,V ., Pert,C ., and Tourtellotte,W .W.The brain as an HIV-1 reservoir: factors affecting HIV-1 infectivity, NIDA Research Monograph Series, 132:73, 1993.

55.) McCoy, C.B., Weatherby, N., Shapshak, P., Chitwood, D.D., Mash, D.C., Shah, S.M., Arguello, J.E., Rivers, J., and Khoury, E.L. Combining field, laboratory, and intervention strategies for HIV prevention, NIDA Research Monograph Series, 132:284, 1993.

56.) Flynn, D.D., Ferrari-Dileo, G., Carsi, J., and Mash, D.C. Further characterization of the defect in M1 muscarinic receptor-G protein coupling in Alzheimer's disease. Life Sci. 52: 557, 1993.

57.) Mash, D.C. and Flynn, D.D. Distinct kinetic binding properties of N-[$^3$H]-methylscopolamine afford differential labeling and localizations of M1, M2 and M3 muscarinic receptor subtypes. Life Sci. 52: 583, 1993.

58.) Uhl, G.R., Kitayama, S., Cerruti, C., Kuhar, M.J., Shimada, S., Mash, D.C., and Javoy-Agid, F. Dopamine transporter: Correlates with Parkinsonian pathogenesis. Symposia on Etiology, Pathogenesis, and Prevention of Parkinson's Disease and Hyperkinetic Movement Disorders. Movement Disorders, 1993.

59.) Uhl, G.R., Kitayama, S., Cerruti, C., Kuhar, M.J., Shimada, S., Mash, D.C., and Javoy-Agid, F. Dopamine transporter expression correlates with Parkinson's disease dopaminergic damage. Amer. Neurol. Assoc., 1993.

60.) Staley, J., Flynn, D.D., Stitt, F., Wetli, C.V. and Mash, D.C. [$^3$H]WIN 35,428 binding to the dopamine transporter in cocaine overdose deaths. Soc. Neurosc. Abstr. 19:1843, 1993.

61.) Mallios, V.J., Spotts, J.L., Lydic, R., Mash, D.C. and Baghdoyan, H.A. Quantitative autoradiography of M1, M2 and M3 muscarinic receptor (mAChR) subtypes in respiratory-related nuclei of cat brain stem. Soc. Neurosc. Abstr. 19:749, 1993.

62.) Mash, D.C., Staley, J., Basile, M., Doepel, F.M., Ervin, F.R., and Palmour, R.P. Elevated densities of striatal dopamine transporters in alcohol preferring Vervet monkeys. Soc. Neurosc. Abstr. 19:610, 1993.

63.) Palmour, R.M., Grbavic, D., Ervin, F.R., Staley, J., and Mash, D.C. Increased signal transduction in lymphocytes cultured from alcohol preferring Vervet monkeys. Soc. Neurosc. Abstr. 19:610, 1993.

64.) Chakko, S., Sepulveda, S., Kessler, K.M., Mash, D.C., Prineas, R.J., Myerburg, R.J. Comparison of ECG abnormalities in acute and chronic cocaine abuse. Am. Heart Assoc., 1993.

65.) Boja, J.W., Kopaitic, T., Carroll, F.I., Seltzman, H.H., Wyrick, C.D., Lever, J., Staley, J., Mash, D.C., Kuhar, M.J. Selective labeling of the striatal and cerebral cortical dopamine transporter in rat and human brain by the cocaine analog [$^{125}$I] RTI-121. Soc. Neurosc. Abstr. 19:1498, 1993.

66.) Heckers, S., Mash, D.C., Geula, C., Mesulam, M-M. Basal forebrain and striatal cholinergic neurons in schizophrenia. Soc. Neurosc. Abstr. 19:838, 1993.

67.) Mash, D.C., Staley, J., Basile, M., Doepel, F.M., Wagner, J., Ervin, F.R. and Palmour, R.P. Altered densities of dopamine synaptic markers in alcohol-preferring vervet monkeys. Soc. Neurosc. Abstr. 20:1615, 1994.

68.) Palmour, R.M., Mash, D.C., Ervin, F.R. and Young, S.N. Involvement of the dopamine axis in a vervet monkey model of alcohol abuse. Soc. Neurosc. Abstr. 20:1615, 1994.

69.) Rossi, M,. deToledo-Morrell,L., Morrell.F., Mash, D.C. Age-associated uncoupling of G-protein dependent high affinity M1 muscarinic receptors in F344 rats. Soc. Neurosc. Abstr. 20:393, 1994.

70.) Efange, S. M. N., Staley, J., Ouyang, Q., and Mash, D.C., Labeling of distinct vesamicol recognition sites in the cortex and striatum of primate brain with the novel radioligand [$^{125}$I]MIBT. Soc. Neurosc. Abstr. 20:534, 1994.

71.) Staley, J., Basile, M., Ouyang, Q., and Mash, D.C. Characterization of the D3 receptor in human brain: Regulation by cocaine abuse. Soc. Neurosc. Abstr. 20: 221, 1994.

72.) Mash, D.C., Singer, J., Pablo, J., Bruce, J. and Weiner, W.J. Differential regulation of iron storage and transport markers in Parkinson's disease. Neurol. 44(suppl. 2): 575, 1994.

73.) Uhl, G.R., Surratt, C., Vaughn, R., Kuhar, M.J., Mash, D. and Javoy-Agid, F. Dopamine transporter and synaptic vesicular monoamine transporter expression and Parkinson's disease dopaminergic damage. Neurol. 44 (suppl.2 ) 615, 1994.

74.) Stewart, R., Shapshak, P., Davis, T., Masaru, Y.,. Sun, N.C., Nagano, I., Fiala, M., Mash, D.C., Perez, M., and Arguella, J.C. Isolation of macrophage/monocytes from human blood and macrophage/microglia from human brain using antibody-coated magnetic beads. Cell Vision 1: 89, 1994.

75.) Guela, C., Mash, D.C., and Mesulam, M-M., Loss of cortical cholinergic fibers in Alzheimer's disease: Lack of a relationship with tangle amyloid deposits but a modest relationship with tangle density. Neurobiology of Aging: 15(suppl 1) S120, 1994.

76.) Staley, J.K., Wetli, C.V., Ruttenber, A.J., Hearn, W.L., and Mash, D.C. Altered dopaminergic synaptic markers in cocaine psychosis and sudden death. Nida Research Monograph Series, 153:491, 1994

77.) Hearn, W.L., Sambol, N.C., Pablo, J., Hime, G.W., Doepel, F.M., Sanchez-Ramos, J., and Mash, D.C., Some preliminary observations on the pharmacokinetics of ibogaine in primates and man. Amer. Acad. Forensic Science, Meeting Abstr., 1995.

78.) Mash, D.C., Staley, J.K., Baumann, M. H., Rothman, R.B., and Hearn, W.L. Noribogaine: A major metabolite of ibogaine that targets serotonin transporters and elevates serotonin. NIDA Monograph Series 162: 358, 1995.

79.) Rezvani, A. H., Mash, D.C., Hearn, W.L., Lee, Y.W., and Overstreet, D. H. Reduction of alcohol intake in alcohol preferring fawn-hooded and P rats by noribogaine, the primary metabolite of ibogaine. NIDA Monograph Series 162: 281, 1995.

80.) Staley, J.K., Wetli, C.V., Ruttenber, A.J., Hearn, W. L., Kung, H., and Mash, D.C. Dopamine transporter and receptor autoradiography in cocaine psychosis and sudden death. Biological Psych., 37 (9), 656, 1995.

81.) Staley, J.K., Rothman, R.B., Partilla, J.S., Rice, K.C., Matecka, D., Ouyang, Q., Wetli, C.V., and Mash, D.C. Cocaine upregulates kappa opioid receptors in human striatum. NIDA Monograph Series, 121: 234, 1995.

82.) Segal, D.M., Staley, J.K., Basile, M., Wetli, C.V., Stitt, F., Hearn, W.L., and Mash, D.C. Neuroadaptive regulation of the D3 dopamine receptor by cocaine. NIDA Monograph Series, 1995.

83.) Larson-Prior, L.J., Smith, J.E., Mash, D.C., and Lakoski, J.M., Electrophysiologic characterization of an ibogaine metabolite in the cerebellar cortex. Soc. Neurosc. Abstr. 21:716, 1995.

84.) Lakoski, J.M., Smith, J.E., and Mash, D.C., Electrophysiologic characterization of an ibogaine metabolite in dorsal raphe nucleus and hippocampus. Soc. Neurosc. Abstr.21:716, 1995.

85.) Segal, D.M., Wells, J.W., Staley, J.K., and Mash, D.C., Cooperativity of binding to the human dopamine transporter: A basis for a multimeric complex. Soc. Neurosc. Abstr. 21:782, 1995.

86.) Mash, D.C., Staley, J.K., Efange, S.M.N., and Lakoski, J.M., Ligand binding profiles of ibogaine and its o-demethylated metabolite noribogaine: Implications for developing multi-target anti-addiction agents. Soc. Neurosc. Abstr. 21:717, 1995.

87.) Garland, E.M., Staley, J.K., <u>Mash, D.C.</u>, Basile, M., and Efange, S.M.N. Decreased binding of the vesamicol analog [$^{125}$I]-(+)- MIBT to the temporal cortex in Alzheimer's Disease. Soc. Neurosc. Abstr. 21:1974, 1995.

88.) Staley, J.K., Segal, D.M., Heilman, C.J., Levey, A.I. and Mash, D.C. Quantitation of dopamine transporter proteins in cocaine fatalities using immunological approaches. Soc. Neurosci. Abstr. <u>21</u>:721, 1995.

89.) Talbot, J.D., Staley, J.K., Kung, M-P., Kung, H.F., Weiner, W.J., and Mash, D.C. Ligand binding profile of [$^{125}$I]iodovinyltetrabenazine to the vesicular monoamine transporter in the human brain: Lack of regulation by cocaine. Soc. Neurosci. Abstr. <u>21</u>:721, 1995.

90.) Globus, M.Y.-T., Singer, J., Rabe, J. <u>Mash, D.C.</u>, Busto R., Valdes, I., and Ginsberg, M.D. Striatal dopamine receptor gene expression following transient global ischemia. Soc. Neurosci. Abstr. <u>21</u>: 993, 1995.

91.) Miller, G.W., Heilman, C.J., Perez, J.T., Staley, J.K., <u>Mash, D.C.</u>, Rye, D.B., and Levey, A.I. Decreased striatal expression of dopamine transporter (DAT) in Parkinson's disease: Production of a monoclonal antibody to DAT. NIEHS Workshop on the Role of Environment in Parkinson's Disease, 1995.

92.) <u>Mash, D.C.</u>, Douyan, R., Hearn, W.L., Sambol, N.C., Sanchez-Ramos, J. A preliminary report on the safety and pharmacokinetics of ibogaine. Biol. Psych. <u>37</u>: 652, 1995.

93.) Staley, J.K., Wetli, C.V., Ruttenber, A. J., Hearn, W.L., Kung, H.F., <u>Mash, D.C.</u>, Dopamine transporter and receptor autoradiography in cocaine psychosis and sudden death. Biol. Psych. <u>37</u>: 656, 1995.

94.) Miller, G., Heilman, C.J., Perez, J., Staley, J.K., <u>Mash, D.C.</u>, Rye, D., Levey, A.I. Altered striatal dopamine transporter immunoreactivity in Parkinson's disease. Soc. Neurosci. Abstr. <u>21</u>:125, 1995.

95.) Pablo, J.P., Staley, J.K., Holohean, A.M., Hackman, J.C., Davidoff, R.A., and <u>Mash, D.C.</u> Neuronal activities of ibogaine and noribogaine at the NMDA receptor complex: Ligand binding and electrophysiological studies. Soc. Neurosci. Abstr. <u>21</u>: 1264, 1995.

96.) Guillozet, A., Smiley, J.F., <u>Mash, D. C.</u> and Mesulam, M-M. The amyloid burden of the cerebral cortex in non-demented old age. Soc. Neurosc. Abstr.<u>21</u>: 1478, 1995.

97.) Miller, G.W., Nash, N.R., Perez, J.T., Staley, J.K., <u>Mash, D.C.</u>, Rye, D.B. and Levey A.I. Vesicular monoamine transporter (VMAT2) immunoreactivity is reduced in Parkinson's diseased striatum. Soc. Neurosci. Abstr. <u>22</u>: 225, 1996.

98.) Garland, E.M., Staley, J.K., Mittleman, R.E., Mufson, E.J., Weiner, W.J., and <u>Mash, D.C.</u> Cocaine delirium and sudden death: Imbalanced dopaminergic and cholinergic signaling may mediate the pathogenic       consequences. Soc. Neurosc. Abstr. <u>22</u>:1930, 1996.

99.) Rossi, M.A., deToledo-Morrell, L., <u>Mash, D.C.</u>, and Morrell, F. A relationship between age-associated spatial memor y impairment and a deficit in G-Protein coupling of the M1 muscarinic cholinergic receptor system in the F344 rat. Soc. Neurosc. Abstr. <u>22</u>:1165, 1996.

100.) Staley, J.K., <u>Mash, D.C.</u>, Basile, M., Weiner, W., Levey, A.I., and Kordower, J.H. Functional fetal nigral grafts in a patient with Parkinson's Disease: Effects on dopamine synaptic markers. Soc. Neurosc. Abstr. <u>22</u>:318, 1996.

101.) Basile, M., Staley, J.K., <u>Mash, D.C.</u>, and Mufson, E.J. Galanin receptors in human basal forebrain and Neocortex: Distribution and pharmacological characterization. Soc. Neurosc. Abstr. <u>22</u>:2123, 1996.

102.) <u>Mash, D.C.</u>, and Schenk, S. Preclinical screening of an ibogaine metabolite (noribogaine) on cocaine-induced hyperlocomotion and cocaine self-administration. Soc. Neurosc. Abstr. <u>22</u>:1929, 1996.

103.) Pablo, J.P., Raymon, L.P., and Mash, D.C. Pharmacokinetics of ibogaine and its o-demethylated metabolite noribogaine in rats and monkeys. Soc. Forensic Toxicologists, Oct. 1996.

104.) Pablo, J.P., Raymon, L. P., Mash, D. C. , Hearn,W.L., and Baumann, M.H. Pharmacokinetics of ibogaine and its o-demethylated metabolite noribogaine in rats and monkeys. J. Anal. Tox. 21:88, 1996.

105.) Guillozet, A., Smiley, J.F., Selkoe, D., Mash, D. C. and Mesulam, M-M. Butyrylcholinesterase (BChE) in the life cycle of Alzheimer's Disease (AD) plaques. Soc. Neurosc. Abstr. 22:1174, 1996.

106.) Sanchez-Ramos, J., Raymon, L., Kovera, C. and Mash, D.C. Subclinical Parkinsonism associated with acute cocaine abstinence. Mov. Disorders 11:600, 1996.

107.) Sanchez-Ramos, J.R., Raymon, L., Kovera, C., and Mash, D.C. The effect of ibogaine on tremor and balance in cocaine dependent patient volunteers. NIDA Monographs Series, 174:215, 1997.

108.) Mash, D.C., Staley, J.K., Garland, E., Ruttenber, A.J., and Mittleman, R.E., Cocaine delirium and cholinergic deficits: Dysregulation of striatal dopamine/Ach signaling. NIDA Monographs Series, 174:235, 1997.

109.) Weatherby, N.L., Shapshak, P., Chiappelli, F., Shah, S.M., Hearn, L., Mash, D.C., Page, J.B., McCoy, C.B., Stitt, F., McCoy, H.V., Rivers, J.E., Metsch, L.R., and Bonney, C.A., HIV, the immune system, and self-reported symptoms of HIV among African-American women. NIDA Monographs Series, 174:111, 1997.

110.) Staley, J.K., Baumann, M.H., Kung, M.-P., Kung, H.F., and Mash, D.C. Assessing dopaminergic neuronal integrity in human cocaine abusers. NIDA Monographs Series, 174:235, 1997.

111.) Mash, D.C., Staley, J.K., Garland, E., Ruttenber, A.J., and Mittleman, R.E. Cocaine delirium and cholinergic deficits: Dysregulation of striatal dopamine/Ach signaling. NIDA Monographs Series, 174:235, 1997.

112.) Baumann, M.H., Jackson, J. Carter, A., Mash, D.C. and Rothman, R.B. Neuroendocrine and behavioral actions of ibogaine and its metabolite, 12-hydroxyibogamine in rats. NIDA Monographs Series, 174:213, 1997.

113.) Efange S.M.N., Mash D.C., Khare A.B. and Basile M.J. In vivo blockade of striatal dopamine D2 receptors enhances the binding of vesicular acetylcholine transporter in vitro. Soc. Neurosci. Abstr 23: 695, 1997.

114.) Ciliax B.J., Levey A.I., Staley J.K., and Mash D.C. Immunoautoradiography of the dopamine transporter in cocaine fatalities Soc. Neurosci. Abstr. 23:1101, 1997.

115.) Staley J.K., Price H., Levey A.I., and Mash D.C. Striatal dopamine transporter immunoreactivity in cocaine fatalities: Correlation with WIN 35,428 binding density Soc. Neurosci. Abstr. 23:1101, 1997.

116.) Chen L., Segal D.M., Moraes CI, and Mash D.C. Transcriptional regulation of dopamine transporter gene expression in the substantia nigra of human cocaine fatalities Soc. Neurosci. Abstr. 23:1102, 1997.

117.) Mash, D.C., Ouyang Q., Pablo, J., Eshleman, A.J. and Janowsky, A. Functional studies of the dopamine transporter in post mortem human brain Soc. Neurosci. Abstr. 23:1102, 1997.

118.) Mufson, E.J., Jaffar, S., Ciliax, B.J., Joyc,e J., Mash, D.C. and Levey, A.I. Dopamine transporter (DAT) immunoreactivity within the human substantia nigra decreases with age. Soc. Neurosci. Abstr. 23:1456 , 1997.

119.) Pablo, J.P. and Mash, D.C. Noribogaine stimulates naloxone-sensitive [35S]GTPγS binding Soc. Neurosci. Abstr. 23:1771, 1997.

120.) Wang, Y.H., Yasuda, R..P., Mash, D.C. and Wolfe, B.B. Both NMDA and AMPA receptor subunits are altered in Alzheimer's disease Soc. Neurosci. Abstr. 23:1895, 1997

121.) Deecher D.C., <u>Mash D.C.</u>, Staley J.K., Anderson K., and Mufson E.J. Characterization and localization of galanin receptors in human entorrhinal cortex. Soc. Neurosci. Abstr. <u>23</u>: 2032, 1997.

122.) <u>Mash, D.C.</u>, Weiner, W.J., Staley, J.K., Freeman, T.B., Kordower, J.H. Striatal Dopamine Transporter and D3 receptor densities following fetal nigral transplantation in a patient with Parkinson's disease. Symposia on Etiology, Pathogenesis, and Treatment of Parkinson's disease and on hyperkinetic movement disorders, 1997.

123.) Elkashef, A.M., Mash, D.C., Eisenhofer, G., Izenwasser, S., Vocci, F.J., and Bridge, T.P. Effect of chronic cocaine use on COMT and MAO activities in the human brain. American College of Neuropsychopharm., 1998.

124.) Hurley, M., Ouyang, Q., Basile, M., <u>Mash, D.C.</u> and Jenner, P. Pallidal D1 Dopamine receptor expression is unchanged in Parkinson's disease. Soc. Neurosci. Abstr. 24:1467, 1998.

125.) <u>Mash, D.C.</u>, Hurley, M., Staley, J. and Jenner, P. Dopamine D1 receptor changes in Parkinson's disease. Soc. Neurosci. Abstr. 24:762, 1998.

126.) Ciliax, B., Drash, G., Staley, J., Mobley, C., <u>Mash, D.C.</u> and Levey, A. Immunolocalization of the dopamine transporter in human brain. Soc. Neurosci. Abstr. 24:277, 1998.

127.) Kovera, C.A., Kovera, M.B., Singleton, E.G., Ervin, F.R., Williams, I.C., <u>Mash, D.C.</u>, Decreased drug craving during inpatient detoxification with ibogaine. College on the Problems of Drug Dependence. In press - NIDA Monograph Series, 1999.

128.) Pablo, J., Tyndale, R., Obach, S., Hearn, W.L., and <u>Mash, D.C.</u>, Pharmacokinetic disposition of ibogaine after oral administration to human subjects. College on the Problems of Drug Dependence. NIDA Monograph Series, 1999.

129.) <u>Mash, D.C.</u>, Allen-Ferdinand, K., Mayor, M., Kovera, K.A., Ayafor, J.F., Williams, I.C., Ervin, Fr. Ibogaine: clinical observations of safety after single oral dose administration. College on the Problems of Drug Dependence. In press - NIDA Monograph Series, 1999.

130.) Izenwasser, S., Ciliax, B.J., Levey A.L., <u>Mash, D.C.</u> Chronic heroin abuse alters the dopamine synapse in human brain. College on the Problems of Drug Dependence. In press – NIDA Monograph Series, 1999

131.) <u>Mash, D.C.</u>, Schenk, S., and Efange, S.M.N. Preclinical screening of 3-Ethyl-5-Phenyl-1,2,3,4,5,6-hexahydroazepino [4,5,-*b* -benzothiophenes: Differential effects on cocaine-induced hyperlocomotion and cocaine self-administration. Submitted to College on the Problems of Drug Dependence, 1999.

132.) Baumann, M.H., Pablo, J., Phillips, J.M., Rothman, R.B., and <u>Mash, D.C.</u> Gender differences in the metabolism of ibogaine to noribogaine in rats. National Institute on Drug Abuse, Monograph series, Problems on Drug Dependence, pp 287, 1999.

133.) Elkashef, A.M., <u>Mash, D.C.</u>, Eisenhofer, G., Izenwasser, S., Pablo, J., Vocci, F.J., and Bridge, T.P. The effect of chronic cocaine use on MAO and COMT activities in the human brain: A postmortem study. National Institute on Drug Abuse, Monograph series, Problems on Drug Dependence, pp 153, 1999.

134.) Ouyang, Q., Pablo, J., Izenwasser, S., Elkashef, A.M., Vocci, F.J., and <u>Mash, D.C.</u> MAO-B activity is markedly decreased post mortem in human, chronic cocaine users. Soc. Neurosci. Abstr. 25, 437.20, 1999.

135.) Izenwasser, S., Staley, J., Weiner, W.J., and <u>Mash, D.C.</u> Marked, progressive loss of kappa opioid receptors in Parkinson's disease. Soc. Neurosci. Abstr., <u>25</u>, 819.3, 1999.

136.) Basile, M.J., Izenwasser, S., Staley, J.K., and <u>Mash, D.C.</u> Serotonin transporter regulation in human cocaine abusers. Soc. Neurosci. Abstr. <u>25</u>, 228.3, 1999.

137.) Gonzalez, J. Izenwasser, S. Hurley, M.J., Gorokhovskaya, D., Gerdes, R., Basile, M., Jenner, P., Edwards, R.J. and <u>Mash, D.C.</u> Time course of the induction of CYP-2E1 in the nigrostriatal pathway. Soc. Neurosci. Abstr. 25, 640.20,1999.

138.) <u>Mash, D.C.</u>, Ouyang, Q., Pablo, J., and Izenwasser, S. Chronic cocaine abuse alters dopamine uptake in human cocaine overdose victims. Soc. Neurosci. Abstr. 25, 522.1, 1999.

139.) Gerdes, R., Garg, R., Gorokhovskaya, D., Hurley, M.J., Carroll, F.I., <u>Mash, D.C.</u>, and Izenwasser, S. Decreased tyrosine hydroxylase after continuous cocaine, GBR 12909 and RTI-117. Soc. Neurosci. Abstr. 25, 327.4, 1999.

140.) Pablo, J.P., Ouyang, Q., Kovera, C.K., and <u>Mash D.C.</u> Noribogaine: An active metabolite of ibogaine blocks opiate withdrawal in humans. Soc. Neurosci. Abstr. 25, 627.11,1999.

141.) Kovera, C.A., Kovera, M.B., Pablo, J., Ervin, F.R., Williams, I.C., and <u>Mash, D.C.</u> Anti-addiction benefits of ibogaine: Mood elevation and drug craving reduction. Soc. Neurosci. Abstr. 25, 627.10,1999.

142.) Haracz, J.L., Palmour, R.L., Ervin, F.R., and <u>Mash, D.C.</u> Elevated D3 dopamine-receptor densities in alcohol preferring vervet monkeys: Potential trait marker for vulnerability to alcohol abuse. Soc. Neurosci. Abstr. 25, 438.13, 1999.

143.) <u>Mash, D.C.</u>, Kovera, C.A., Pablo, J.P., Kamlet, J.D., Williams, M.D, Ervin, M.D. Ibogaine blocks opiate withdrawal and craving. ASAM, in press, 2000.

144.) Tyndale, R.F., Rao, Y., Miksys, S., Sellers, E.M., <u>Mash, D.C.</u> Regional and Cellular Expression of Human CNS CYP2D6: higher levels in alcoholics. 13th International Symposium on Microsome and Drug Oxidation, July 10-14, 2000, Stresa, Italy.

145.) Ciliax, B.J., Heilman, C.J., Drash, G.W., Mou, K., Staley J.K., and <u>Mash, D.C.</u> The immunocytochemical distribution of the serotonin transporter in human brain. Soc. Neurosci. Abstr. 26:146.4, 2000.

146.) Pablo, J.P., <u>Mash, D.C.</u> Pseudoirreversible binding of [³H]Noribogaine binding to μυ opioid receptors may explain the efficacy of ibogaine for the blockade of opiate withdrawal In humans. Soc. Neurosci. Abstr. 26:598.7, 2000.

147.) Cochran, E.J., Basile, M., Izenwasser, S., <u>Mash, D.C.</u>, Mufson, E.J. Galanin receptor expression in early Alzheimer's disease. Soc. Neurosci. Abstr. 26:576.9, 2000.

148.) Hemby, S.E., <u>Mash, D.C.</u> Gene expression profiling of cocaine abuse in human post-mortem tissue: ventral tegmental area. Soc. Neurosci. 26:681.1, 2000.

149.) <u>Mash, D.C.</u>, Kovera, D.A., Ervin, F.D., Kamlet, J.D. Medication development of the psychoactive rainforest alkaloid ibogaine for drug dependence: an alternative approach for addiction treatment. American Society for Addiction Medicine Abstr., In press 2000.

150.) Basile, M.J., Heilman, C.J., Drash, G.W., Mou, K., Staley, J.K., Miller, G-W., <u>Mash, D.C.</u>, Ciliax, B.C. The immunocytochemical distribution of the norepinephrine transporter in human brain. Soc. Neurosci. Abstr. 26:535.7, 2000.

151.) <u>Mash, D.C.</u>, Ouyang, Q., Pablo, J., Izenwasser, S., Jo, E., Basile, M.J., Druid, H. Cocaine abusers have an overexpression of alpha-synuclein in dopamine neurons: Neuroplasticity or pathway to Parkinson's Disease. Soc. Neurosci., 241.7, 2001.

152.) Tyndale, R.F., Schoedel, K.A., <u>Mash, D.C.</u>, Miksys, S. Nicotine, Cocaine, PCP and Amphetamine metabolizing enzyme CYP2B6 In Human Brain: Higher levels in smokers and alcoholics. Soc. Neurosci. 241.2, 2001.

153.) Guillozet, A.L., Weintraub, S., Mash, D.C., Mesulam, M-M. Plaques, Tangles and Memory in Aging and MCI. Soc. Neurosci., 547.18, 2001.

154.) Hasenkamp, WM, Mash, DC, Hemby, SE. Expression profile of ventral tegmental area in human cocaine overdose tissue. Soc. Neurosci., 977.16, 2001.

155.) Cienki, J., Mash, D.C., Hearn, W. Ibogaine fatalities. Clinical Toxicology, 39(5):547, 2001.

156.) Mash, D.C., Ouyang, Q., Pablo, J., Izenwasser, S., Jo, E., Basile, M.J., Druid, H. Cocaine users have an overexpression of alpha-synuclein in dopamine neurons: Pathway to Parkinson's disease? College on Problems of Drugs Dependence, S113:442, 2002.

157.) Hasenkamp, W.M., Tang, W., Mash, D.C., Hemby, S.E. Region specific alterations in ionotropic glutamate receptor subunits of cocaine overdose victims. Soc. Neurosci., 897.14, 2002.

158.) Mash, D.C., Ouyang, Q., Pablo, J., Basile, M. Norepinephrine transporter regulation in cocaine abuse: lateral asymmetry in protein levels in the anterior insular cortex. Soc. Neurosci., 119.11, 2002.

159.) Ouyang, Q., Ritchie T., Noble, E.P., Pablo, J., Staley, J.K., Mash, D.C. DAT genotype and dopamine transporter binding in the striatum from cocaine abusers. Soc. Neurosci., 898.16, 2002.

160.) Pablo, J., Izenwasser, S., Efange, S., Ouyang, Q., Shen, S., Hearn, W.L., Mash, D.C. Combined Serotonergic potentiation and MAO-A inhibition by paramethoxyamphetamine (PMA) and paramethoxymethamphetamine (PMMA): implications for ecstasy fatalities. Soc. Neurosci., 809.4, 2002.

161.) Zhu, G., Lipsky, R.H., Xu, K., Akhtar, L.A., Ali, S.S., Mash, D.C., Goldman, D. Detection of COMT differential allele expression by RT-coupled 5'nuclease assay. Soc. Neurosci, 504.11, 2002.

162.) Noga, B.R., John, D.M.G., Pinzon, A, Riesgo, M., Basile, B., Mash, D.C. Changes in 5HT7 receptor distribution in cat spinal cord following chronic transaction. Soc. Neurosci., 853.1, 2002.

163.) Pablo, J., Hearn, W.L., Marinetti, L., Cienki, J., Mash, D.C. Developing a Rapid Method of Detection for GHB. In press – NIDA Monographs, 2003.

164.) Mash, D.C., Ouyang, Q., Ritchie, T., Noble, E.P., Pablo, J., Staley, J.K. DAT Genotype and dopamine transporter binding in the striatum from cocaine abusers. NIDA Monographs, 809.4, 2003.

165.) Zhu, G., Lipsky, R.H., Xu, K., Ali, S.S., Mash, D.C., Goldman, D. Detection of COMT differential allele expression by RT – coupled 5' nuclease assay. NIDA Monographs, 504.11, 2003.

166.) Mash, D.C., Ouyang, Q., Pablo, J., Basile, M. Norepinephrine transporter regulation in cocaine abuse, lateral asymmetry in protein levels in the anterior insular cortex. NIDA Monographs, 119.11, 2003.

167.) Lad, S.P., Counts, S.E.., Nadeem, M., Mash, D.C., Mufson, E.J. TRKA but not P75NTR is upregulated in the hippocampus in late stage Alzheimer's disease. Soc. Neurosci., 92.7, 2004.

168.) Backes, E.N., Tang, W., Mash, D.C., Hemby, S.E. Discrete cell molecular profiling of midbrain dopamine neurons of cocaine overdose victims. Soc. Neurosci., 578.2, 2004.

169.) Mash, D.C., Qin, Y., Gwadry, F., Ffrench-Mullen, J. Changes in gene expression in the human amygdala linked to cocaine abuse and delirium. Soc. Neurosci., 692.5, 2004.

170.) Papapetropoulos, S., Gonzalez, J., Lieberman, A., Mash, D.C. Dementia in Parkinson disease. Prevalence and clinical correlates in a nationwide population of brain donors. Mov Disord 19 (supp9); [P539], 2004.

171.) Papapetropoulos, S., Gonzalez, J., Lieberman, A., <u>Mash, D.C.</u> Alzheimer disease (AD) pathology in patients clinically and pathologically diagnosed with Parkinson disease (PD). Are the symptoms different? Mov Disord 19 (supp9); [P619], 2004.

172.) Papapetropoulos, S., Gonzalez, J., Lieberman, A., <u>Mash, D.C.</u>. A comparison of demented patients with pathologically confirmed Parkinson disease (PD) and Alzheimer disease (AD) pathology and non-demented patients also with confirmed Parkinson disease and Alzheimer disease. Mov Disord 19 (supp9); [P693], 2004.

173.) Pablo, J.P., Druid, H., Hearn, L.W., <u>Mash, D.C.</u> Segmental hair analysis for cocaine and opiates: Determining pattern of use for association with cause of death in victims of suspected drug overdose. College on Problems of Drugs Dependence, 2005.

174.) Duque, L., Foord, C., Page, B., <u>Mash, D.C.</u> Structured elicitation narrative reveals a variety of Ibogaine experiences. College on Problems of Drugs Dependence, 2005.

175.) <u>Mash, D.C.</u> Duque, L., Kamlet, J.D., Ervin, F.D., Allen-Ferdinand, K. Offshore investigations of the non-addictive plant alkaloid Ibogaine: 1996-2004. College on Problems of Drugs Dependence, 2005.

176.) McCorquodale, D., Qin, Y., Gawdry, F., ffrench-Mullen, J., Pablo, J., <u>Mash, D.C.</u> Gene expression profiling of the human amygdala in cocaine abuse and excited cocaine delirium. College on Problems of Drugs Dependence, 2005.

177.) <u>Mash, D.C.</u>, Qin, Y., Ouyang, Q., Pablo, J., Papapetropoulos, S., Basile, M.J. Cocaine abuse triggers abnormal expression of alpha-synuclein expression in DA cell bodies and terminals. [P06.053] American Academy of Neurology, 57th Annual Meeting, April 9 – 16, Miami Beach, FL. 2005.

178.) <u>Mash, D.C.</u>, Pablo, J., Duque, L., Ervin, F.R., Hearn, W.L., Kamlet, J.D. Noribogaine: A metabolite of the naturally occurring substance ibogaine mediates the beneficial effects of the drug on opiate withdrawal and dependence. International Narcotic Research Conference, Anapolis, MD, 2005.

179.) Baumann, M.H., Pablo, J., Zolkowska, D., Rothman, R.B., <u>Mash, D.C.</u> Relationship between plasma levels of MDMA and depletion of brain serotonin. Soc. Neuro., 111.17, 2005.

180.) Ffrench-Mullen, J.M., McCorquodale, D., Qin, Y., <u>Mash, D.C.</u> Assymetry of gene expression in the human insula with cocaine abuse. Soc. Neurosci., 1032.11, 2005.

181.) Qin, Y., ffrench-Mullen, J., <u>Mash, D.C.</u> Cocaine abuse elevates RECK expression in human brain. Soc. Neurosci., 1032.10,20 05.

182.) Papapetropoulos, S., Gonzalez, J., Jean-Gilles, L., Basile, M., <u>Mash, D.C.</u> Extranigral Lewy body density in Parkinson's disease patients with visual hallucinations. Soc. Neurosci., 1105.13, 2005.

183.) Kivell, B., Day, D., Miller, J., Lake, B., Flannagan, G., <u>Mash, D.C.</u>, Schenk, S. MDMA (Ecstasy) treated rats have reduced serotonin transporter (SERT) function without a reduction in mRNA and protein. Soc. Neurosci., 111.6, 2005.

184.) Miksys, S.L., Boutros, A., <u>Mash, D.C.</u>, Palmour, R., Tyndale, R.F. Nicotine and smoking elevate brain CYP2D6; A role in neuroprotection against Parkinson's disease? Soc. Res. Nicotine and Tobacco, 2005.

185.) Qin, Y. ffrench-Mullen, J., Buck, A., <u>Mash, D.C.</u> Cocaine Exposure Regulates MMP-9 and Its Inhibitor RECK in Human Hippocampus Soc. Neurosci. 2006.

186.) Miksys S., Mann, A., Lee, A.M., Palmour, R, <u>Mash, DC</u>, and Tyndale, R.F., Brain CYP2D6 is induced in monkeys by vivo nicotine and is higher in human smokers: A role in interindividual variation? Control number: 07-A-427-ASCPT, 2006.

187.) Papapetropoulos S., Ffrench-Mullen, J.M, Qin, Y., Mccorquodale, D., Buck, A., Pablo, J., and Mash, D.C., Multiregion, high-throughput gene expression profiling identifies mitochondrial ribosomal protein S6 (MRPS6) as a candidate gene for Parkinson's disease. Society of Neuroscience Abstr: 173.13/GG9 10/15/06.

188.) Qin Y., Ffrench-Mullen, J., Buck, A., and Mash, D.C., Cocaine exposure regulates MMP-9 and its inhibitor RECK in human hippocampus. Soc for Neurosci Abstr, 294.18, Atlanta, GA, October 14-18, 2006

189.) Hemby S.E., Tannu N., Mash D.C., Howell L.L.. Proteome and phospho-proteome of cocaine abuse in human and non-human primates. Soc for Neuroscience Abstr: 294.23, 2006.

190.) Adi N., Pablo J., Duque L., Ervin F.R., Mash D.C. Alpha synuclein protein levels are increased in cocaine abusers. College on Problems of Drugs Dependence, 2007

191.) Mash D.C., ffrench-Mullen J., Buck A., Gene expression in human hippocampus from cocaine abusers identifies genes that regulate extracellular matrix remodeling. College on Problems of Drugs Dependence, 2007.

192.) Adi N., Pablo J., Duque L., Ervin F.R., Mash D.C. Cocaine elevates serum alpha synuclein protein in addicts. Soc. For Neurosci. Abstr. 2007.

193.) Pablo J., Banack S.SA., Cox P.A., Johnson T.E., Papapetropoulos S., Bradley W., Mash DC. Neurotoxic non-protein amino acid BMAA in patients dying with ALS and Alzheimer's Disease. Soc. For Neurosci. Abstr., 2007.

194.) Goldman D., Hariri A.R., Zhou Z., Zhu G., Scott D., Sinha R., Virkkunen M., Mash D.C., Lipsky R., Hu X., Hodgkinson C., Xu K., Buzas B., Enoch M., Yuan Q., Shen P., Ferrell R., Manuck S.B., Hauger R.L., Stohler C.S., Zubieta J. A functional neuropeptide Y locus convergently modulates emotion and pain/stress. ACPN Abstr. December 9-13, 2007, Boca Raton, Florida.

195.) Mash D.C, Pablo J, Banack S.A., Cox P.A., Johnson T.E., Papapetropoulos S., and Bradley W.G., Neurotoxic non-protein amino acid BMAA in brain from patients dying with ALS and Alzheimer's Disease. American Academy of Neurology 60th Meeting Chicago, IL. April 12-19, 2008

196.) Qin Y.,Ma sh D.C. Alpha-synuclein isoforms in cocaine addiction Soc. For Neurosci. Abstr., 2008

197.) Brand L., Compton A., Hammerschlag N., Mash D.C, Pablo J., Basil M. Cyanobacterial blooms and biomanigfication of the neurotoxin BMAA in South Florida coastal waters. Poster B53B-0486, American Geophysical Union Fall Meeting, San Francisco, CA. December 15-19, 2008,

198.) Hollander JA, Im HI, Amelio A, Kocerha J, Bali P, Lu Q, Mash DC, Willoughby, Wahlestedt CR, Conkright MD, Kenny PJ. MicroRNA-212 in dorsal striatum controls compulsive cocaine-taking. Soc. For Neurosci. Abstr., 2009

199.) Mash DC, Duque L, Pablo J, Qin Y, Adi N, Hearn WL, Hyma BA, Karch SB, Druid H, and Wetli CV. Brain Biomarkers for identifying Excited Delirium as a cause of sudden death. College on Problems of Drugs Dependence, 2010.

**Professional Activities**

**21. Funded Research**

    1986 - 1987   National Parkinson Foundation, Inc. Miami, FL., Total Award: $23,750
    1986 - 1987   NIH, Biomedical Research Support Grant, Principal Investigator, Total Award: $22,890
    1987 - 1992   NIH-NINCDS R29 NS 25785, Principal Investigator, Total Direct Costs: $355,167
    1987 - 1988   National Parkinson Foundation, Inc. Miami, FL. Total Award: $38,870
    1988 - 1989   American Parkinson Disease Foundation, NY, NY, Total Award:$20,000
    1988 - 1989   American Foundation for Aging Research, New York, NY Total Award: $25,000

| | |
|---|---|
| 1989 - 1990 | National Parkinson Foundation, Inc. Miami, FL. Total Award: $38,000 |
| 1989 - 1990 | NIH-S15 A1 3075, Small Instrumentation Grant, Total Award: $21,290 |
| 1990 - 1991 | National Parkinson Foundation, Inc., Miami, FL. Total award: $39,000 |
| 1990 - 1993 | NIH-NIDA R01 DA 06227, Principal Investigator, Total Direct Costs: $418,163 |
| 1990 - 1995 | NIH-NINDS, R01 NS 19065, Co-Investigator, Total Direct Costs: $489,345 |
| 1990 - 1995 | Allied Signal Research Award, Co-Investigator, Total Award for Period: $500,000 |
| 1991 - 1992 | National Parkinson Foundation, Inc., Miami, FL. Total award: $20,000 |
| 1991 - 1992 | Alcoholic Beverage Medical Research Foundation, Baltimore, MD., $25,000 |
| 1992 - 1993 | American Foundation for Aging Research, New York, NY Total Award: $25,000 |
| 1992 - 1995 | NIH-NIA , AG05128-09S1, Core Leader, Total Direct Costs: $262,721 |
| 1992 - 1993 | Alcoholic Beverage Medical Research Foundation, Baltimore, MD., $22,000 |
| 1993 - 1998 | NIH-NIDA, DA07909, Co-Investigator, Total Direct Costs: $1,075,849 |
| 1992 - 1994 | NIH-NIAAA, Principal Investigator, Total Direct Costs: $100,000 |
| 1993 - 1997 | NIH-NIDA, R01 DA06227 Principal Investigator, Total Direct Costs: $707,753 |
| 1993 - 1994 | NIH-SBRR, Principal Investigator, Total Direct Costs, $108,000 |
| 1993 - 1998 | NIH-P01 HD-331199, Core Leader, Total Direct Costs, $423,000 |
| 1994 - 1995 | National Parkinson Foundation, Inc., Miami, FL., Total Award, $17,990 |
| 1994 - 1995 | NIH-NIDA, Professional Service Contract, Total Award, $24,990. |
| 1994 - 1998 | NIH-NIDA, R01 DA09084, Principal Investigator, Total Direct Costs, $887,360 |
| 1995 - 1996 | NIH-NIDA, R43 DA 9292, SBIR Program; Consortium; Total Award, $66,375 |
| 1995 - 2000 | NIH-NIA, AG05128-10, Core Leader, Total Costs: $430,000 |
| 1995 - 1998 | NIH-NIA, AG13, 621 (Co-Investigator, Consortium-Univ. Minnesota), Total Costs: $202,984 |
| 1997 - 1998 | PhaseOut America, Principal Investigator, Total Direct, $25,000. |
| 1996 - 2000 | NIH-NIA, AG10,668 (Co-Investigator, Consortium-Rush Univ.) Total Direct Costs: $178, 556 |
| 1997 - 2001 | DOD, US Army (Co-Investigator, Consortium-Lovelace Respiratory Res. Institute), $169,935. |
| 1998 - 2003 | NIH-NIDA, R01 DA06227 Principal Investigator, Total Direct Costs: $1,040,396. |
| 2001 - 2004 | NIH- NIDA, R21 DA14912-01, Principal Investigator, Total Direct Costs: $200,000 |
| 2002 - 2004 | NIH-NIDA, (Co-Investigator), Consortium Emory University, Total Direct Costs: $320,000 |
| 2002 - 2009 | GENELOGIC, Inc. Sponsored Res. Agreement, (Principal Investigator), Total Costs $665,036 |
| 2003 - 2008 | NIH-NIDA, R01 DA06227 Principal Investigator, Total Costs: $1,227,150. |
| 2005 - 2007 | National Parkinson Foundation, Inc., Miami, FL., Total Award, $455,800. |
| 2006 - 2008 | Institute for Ethnomedicine, Research Award, Total Costs, $100,000 |
| 2006 - 2011 | NIH-NIDA Genetic and Epigenetic Regulation of Addiction Genes (Co-Investigator, Consortium Ohio State University) Total direct costs $511,312. |
| 2007 - 2008 | NSF, Oceans & Human Health: Cyanobacterial Toxin BMAA in the Food Web of South Florida Coastal Waters (SGER) |
| 2007 - 2010 | NIH-NIMH, R03 MH 074059-02: The Basis of Psychotic Symptoms in Parkinson's Disease, Principal Investigator |
| 2009 - 2013 | NIH-NIDA, R01 DA06227 Principal Investigator, Total Costs: $1,500,000. |

## 22. Editorial Responsibilities:

*Ad Hoc Reviewer*:

Brain Research; Neurology; Journal of Neurochemistry; Neurobiology of Aging; Journal of Immunopharmacology; Journal of Neuroscience; Pharmacology, Biochemistry and Behavior; Life Sciences (Pharmacology Letters); European Journal of Pharmacology; Annals of Neurology, Neurology, Journal of Comparative Neurology, Journal of Neuroscience, Life Sciences (Pharmacology Letters); Molecular Psychiatry, Synapse; Psychopharmacology, American College of Neuropsychopharmacology;

Associate Editor

Cardiovascular Psychiatry and Neurology

## 23. Professional and Honorary Organizations:

Society for Neuroscience, Member
Sigma Xi, Member
International Brain Research Organization, Member
American Association for the Advancement of Science, Member
American Society for Pharmacology and Experimental Therapeutics, Member
American Academy of Neurology, Member
Research Society on Alcoholism, Member (Legislative Action Subcommittee)
College on the Problems of Drug Dependence, Member
International Society for Biomedical Research on Alcoholism, Member
New York Academy of Sciences, Member
Scientific Advisory Board, Life Extension Foundation, Member

## 24. Honors and Awards:

NIH Predoctoral Traineeship, 1980-1984
NIH Postdoctoral Traineeship, 1984-1986
UpJohn Award, First Place Graduate Student Category, 1984
Roche Laboratories Award in Clinical Sciences, 1984
James E. Beale II Award in Neuroscience, 1984
Boehringer Ingelheim Research Award, 1984
Jeanne C. Levey Professor of Neurology, Endowed Chair, 1996
Professional Leadership Award, National Parkinson's Foundation, 2002.
Alzheimer's Association Medical Honoree, Annual Award, 2002.

## 25. Postdoctoral Training:

1984-1986    Research Fellow in Neurology (Neuroanatomy) Harvard Medical School, Boston, MA
(Under the direction of M-Marsel Mesulam, M.D.)

## 26. Other Professional Activities:

*Invited lectures*

Hillhaven Foundation, A National Conference on Alzheimer's Disease, "Research Update: Therapeutic strategies for cholinergic dysfunction in Alzheimer's disease", Boston, MA, November, 1985.

Massachusetts Institute of Technology, Department of Psychology, "Loss of M2 muscarinic receptors in Alzheimer's disease", Boston, MA, December, 1985.

Boston University School of Medicine, Department of Pharmacology, "Characterization and localization of M1 and M2 receptor subtypes", Boston, MA, March, 1986.

John Douglas French Foundation for Alzheimer's Disease. "M1 and M2 receptor subtype alterations in Alzheimer's Disease", Los Angeles, CA, May, 1986.

Monell Sensory Sciences, "M1 and M2 receptor subtype alterations in Alzheimer's disease" Philadelphia, PA , April, 1987.

American Geriatrics Society, "Age-altered architectonics of cholinergic receptor subtypes", New Orleans, Louisiana, May, 1987.

Management of the Elderly Patient: Psychopharmacological, Psychosocial, and Behavioral Issues, Dept.   Psychiatry, UM School of Medicine, "New Horizons in the Neurosciences", Miami, FL., February, 1987.

Behavioral Neurology Grand Rounds at Beth Israel Hospital, "Cholinergic receptor subtypes in aging and Alzheimer's disease", Boston, MA., April, 1987.

Gerontology Institute of New Jersey, "Update on the Neurobiology Aging." Miami, FL., May, 1988.

First National Parkinson Foundation Meeting on Parkinson's Research, "Cholinergic receptor mosaics in the striatum", Key Biscayne, FL, January, 1988.

Florida State University, Psychobiology Colloquium Series, "Cholinergic receptor subtype architecture in the primate and human brain", Tallahassee, FL., September, 1989.

Alzheimer's Disease Research Centers Directors' Meeting, "Cholinergic receptor subtype alterations in Alzheimer's disease: Implications for the failure of cholinergic therapies", Miami, FL., April, 1990.

Florida Alliance for the Mentally Ill, State Convention, "The Decade of the Brain: Challenges and Choices", Orlando, FL., September, 1990.

Second National Parkinson Foundation Meeting on Parkinson's Research, "Brain iron regulation by transferrin receptors", Miami Beach, FL, October, 1990.

Society for Neuroscience, National Press Conference, "Detection of a novel cocaine and alcohol metabolite called cocaethylene: Implications for the epidemic of cocaine-related sudden deaths," St. Louis, MO, October, 1990.

Addiction Research Center, National Institute on Drug Abuse, "Epidemic of cocaine-related sudden deaths: Detection of a novel cocaine and alcohol metabolite", Baltimore, MD., December, 1990.

Friday Faculty Forum, "Epidemic of cocaine-related sudden deaths in Dade County: Potential lethal mix of cocaine and alcohol", Miami, FL., April, 1991.

American College of Neuropsychopharmacology, "Limbic and medullary mechanisms in cocaine-related sudden death, San Juan, Puerto Rico, December, 1991.

Marion Merrell Dow, Inc, Alzheimer's disease workgroup "Defect in muscarinic receptor G-protein coupling in Alzheimer's disease". Jacksonville, FL., November, 1991.

Medications Development Division, National Institute on Drug Abuse,, "Detection of a novel cocaine and alcohol metabolite: Implications for the epidemic of cocaine-related sudden death". Rockville, MD., December, 1991.

American Academy of Forensic Sciences, "Cocaethylene chemistry". Boston, MA, February, 1992.

International Workshop on Iron in Neurodegenerative Disease, "Iron storage and transport proteins in Parkinson's Disease. Wurzburg, Germany, March, 1993.

Miles Pharmaceutical, Inc., "Cholinergic Receptor Subtypes in Aging and Alzheimer's Disease: Altered Distribution and Functions", New Haven, CT., May, 1993.

National Alliance for the Mentally Ill, Keynote Address - "New Horizons for Brain Research: Future Hopes of a Cure for Schizophrenia and Depression", Miami, Florida., July, 1993.

American College of Neuropsychopharmacology, 32nd Annual Meeting, "M1 Muscarinic Receptor-G Protein Coupling Disturbances in Alzheimer's Disease", Honolulu, Hawaii, December, 1993.

American Academy of Forensic Sciences, "Neurobiology of Drug Abuse", San Antonio, Texas, February, 1994.

Esalen Institute, "Ibogaine (Endabuse<sup>TM</sup>): Preclinical to Phase 1 Safety Trials, Big Sur, CA. January, 1994

The National Alliance for the Mentally Ill of Palm Beach County, "The Decade of the Brain: Research Update", Palm Beach, Florida, April, 1994.

National Institute on Drug Abuse, Ibogaine Clinical Protocol Development Meeting, "Preclinical Studies of Ibogaine in the Monkey: Neuroanatomical, Biochemical and Behavioral Observations", Rockville, MD, May, 1994.

Miles Pharmaceutical, Inc.: "Toward the Development of Pharmacotherapy for Substance Abuse: From Cocaine Antagonists to Rain Forest Alkaloids." New Haven, CT., July, 1994.

Pacific Symposium on Psychedelic Drugs, Esalen Institute: "Ibogaine: Update on Preclinical Studies of Ibogaine." Big Sur, CA, January, 1995

Department of Medicinal Chemistry, University of Minnesota Medical Center:" Development of Novel Pharmacotherapy Strategies for Substance Abuse: From Cocaine Antagonists to Rain Forest Alkaloids." January, 1995.

Department of Neuroscience and Anatomy: "CNS Mechanisms of Cocaine-Related Sudden Death," Pennsylvania State University, College of Medicine, January, 1995.

Beyond the Dark Side of Drug Dependence: New Insights from the Neurosciences, Keynote address to the Southern Society of Clinical Medicine, New Orleans, February, 1995.

Ibogaine Review Meeting, National Institute on Drug Abuse, Update on the Safety and Effectiveness of Ibogaine, Rockville, MD, March, 1995.

"Development of Novel Treatment Strategies for Drug Abuse: From Cocaine Antagonists to Rain Forest Alkaloids" Department of Clinical Pharmacology, Univ. Texas Medical Center at Houston, May, 1995.

Cellular and Molecular Mechanisms of Drugs of Abuse: Cocaine, Ibogaine and Substituted Amphetamines, Satellite Meeting of the International Society for Neurochemistry, Niigata, Japan, June, 1995.

Update on Clinical Investigations of the Anti-Addiction Drug Ibogaine, Symposium on Maturational Issues in Behavioral Disorders, University of Limbure, Mastricht, The Netherlands, Sept., 1995.

Psychopathological Manifestation of Cocaine Abuse. In - Drug Abuse in the Decade of the Brain, Sponsored by the Univ. Texas Health Science Center and Houston's Drug-Free Business Initiative. (Gabriel Nahas, M.D., Ph.D. and Leo Hollister, M.D., Chairmen and Organizers). September 22 - 23, 1995.

"Development of Novel Treatment Strategies for Drug Abuse: From Cocaine Antagonists to Rain Forest Alkaloids" Pfizer, Inc., Groton, CT., October, 1995.

"Medication Development of Ibogaine as a Pharmacotherapy for Drug Dependence", Department of Psychiatry, Johns Hopkins University School of Medicine, March, 1996.

"CNS Mechanisms in Cocaine-Related Sudden Death", Dept. Neurology, University of Pittsburgh, April, 1996.

"Ibogaine: Historic Overview, Medical Development and Future Directions, Botanical Preservation Corp., Palenque, Mexico, January, 1997.

"Psychostimulant Abuse", American Academy of Forensic Sciences, New York City, NY, February, 1997.

"Medication Development of the Psychoactive Rainforest Alkaloid Ibogaine for Drug Dependence", University of Minnesota School of Medicine, Seminars in Cross-Cultural Contributions to the Prevention and Treatment of Disease, March, 1997.

Regulation of Dopaminergic Synaptic Markers in Human Cocaine Fatalities, Texas A&M University, Faculty of Neuroscience, April, 1997.

Satellite Meeting, International Society for Neurochemistry/American Society for Neurochemistry, "Safety and Pharmacokinetics of Ibogaine", Hamilton, Bermuda, July, 1997.

Eleventh Annual Symposia on Etiology, Pathogenesis and Prevention of Parkinson's Disease and Hyperkinetic Movement Disorders: "Striatal Dopamine Transporter and D3 Receptor Densities Following Fetal Nigral Transplantation in a Patient with Parkinson's Disease", San Diego, California, September, 1997.

Lehman College, Dept. Biological Sciences, CUNY, Linking Research in Natural Products, Plant Biochemistry, and Biotechnology, "Medication Development of the Psychoactive Rainforest Alkaloid Ibogaine for Drug Dependence", New York City, NY, May, 1998.

"D3 Dopamine and Kappa Opioid Receptor Alterations in Human Brain of Cocaine Overdose Victims." New York Academy of Sciences Meeting: Advancing from the Ventral Striatum to the Extended Amygdala: Implications for Neuropsychiatry and Drug Abuse. Charlotte, Virginia, October 1998.

"Medication Development of the Psychoactive Rainforest Alkaloid Ibogaine for Drug Dependence", University of Toronto Center for Addiction and Mental Health, Department of Psychiatry, Addiction Research Foundation and Department of Pharmacology Seminar Series, Toronto, Ontario, December 1998.

"Banking Brains: Examples of what we can learn from human postmortem studies", RW Johnson Pharmaceutical Research Institute, San Diego, California, April 1999.

"Adaptive and toxic changes in human brain after chronic abuse of psychostimulant drugs of abuse", ASPET Colloquium: Neurotoxicity of Amphetamines and Related Stimulants. Washington D.C., April 1999.

"Ibogaine: complex pharmacokinetics, concerns for safety, and preliminary efficacy measures" Satellite Meeting of the International Society for Neurochemistry and European Society for Neurochemistry. Copenhagen, Denmark, August 1999.

"Ibogaine research in cocaine addicts, an update of studies in the U.S., St. Kitts, and Israel" MAPS Conference: Clinical Research with MDMA and MDE: A Review of the Latest Research. Dead Sea Conference, Israel, August 21, 1999.

"Using your brain: A neuroscientist's view for aging well into your 90's". President's Council Meeting, University of Miami, February 25, 2000.

"Aging and the Alzheimer's disease: Prospects from the Neurosciences", Alzheimer's Community Care Association of Palm Beach and Martin Counties, March 23, 2000.

"Ibogaine: An alternative approach for treating addiction", University of Minnesota, Dept. of Pharmacology and Neurosciences, May 4, 2000.

"A cure for drug addiction". Miami-Dade Rotary Club, Miami, FL, April 10, 2000.

"The Brain and Aging", Medical School 101 sponsored by Northern Trust Bank, University of Miami, School of Medicine. November 28, 2000.

"Ibogaine Treatment for Heroin Dependence", Florida Society of Addiction Medicine, Orlando, FL February 27, 2001

"Parkinson's Disease and Brain Endowment", Parkinson's disease Support Group of Boca Raton, Boca Community Hospital, Boca Raton, FL, February 24, 2001.

"Ibogaine Treatment and Research Update: Four Year Report on using Ibogaine as an Intervention for Cocaine and Opiate Abusers" , National Institute on Drug Abuse, Office of the Director, May 14, 2001.

"Mapping Dopamine Transporter Regulation in Cocaine Abusers", New York University, School of Medicine, May 29, 2001.

24th Research Society on Alcoholism Symposium. "Dopamine transporter densities in alcohol preferring Vervet monkeys." Montreal, Quebec, Canada, June 24, 2001.

Medical School 101, University of Miami, School of Medicine."B rain Aging." Miami, FL, October 30, 2001.

Parkinson Association of South Dakota, Sioux Valley Hospital USD Medical Center. "New  Hope for Parkinson's Disease Patients: Research for a Cure." Sioux Falls, South Dakota, October 27, 2001.

Microarray Research – Evolving Standards, Society for Neuroscience, Satellite Symposium. "Banking on Brain: Promises and pitfalls of gene array methodologies in postmortem studies of cocaine dependence." San Diego, California, November 9, 2001.

Institute for Retired Professionals, University of Miami, School of Medicine. "Successful Brain Aging in the 21st Century – How to stay sharp." December 5, 2001.

Terracina Grand." The Aging Brain." Naples, Florida, January 30, 2002.

North Brevard Parkinson's and Caregiver Support Group. "Advances in Parkinson's Research." Parrish Medical Center, Titusville, Florida, February 18, 2002.

UT Southwestern Medical Center. "Medication development of Ibogaine." Dallas, TX, Annual Addiction Update: Nova 2002, February 22-23, 2002.

Brain Banking Workshop, National Institute of Neurological Disorders and Stroke, National Institute of Health: "Banking on Brains from Cocaine Abusers." March 11-12, 2002.

4th National Harm Reduction Conference: "Ibogaine: Moving beyond Agonist/Antagonist/Maintenance Medications toward an Addiction Interrupter Model." December 2, 2002, Seattle, Washington.

AARP American Association of Retired Professionals: "The Aging Brain." Miami, FL, May 8, 2003.

California Society of Addiction Medicine, State of the Art Conference: "Clinical Aspects of Ibogaine." San Francisco, CA, October 9, 2003.

National Institute on Alcohol Abuse and Alcoholism: "Banking on Brain from Cocaine Abusers: Adaptive neurochemistry, Gene Expression Profiling and More." Rockville, October 22, 2003.

BMAA Conference: "BMAA and ALS: Possible future research categories", Epidemiology and Neurodegenerative Diseases." National Tropical Botanical Garden, Deer Field Valley, Utah, November 29, 2004.

American Academy of Addiction Psychiatry: "Ibogaine: Update on an Unusual Addiction Treatment", San Francisco, CA and Atlanta, GA, 2005.

International Narcotics Research Conference, Invited Speaker, Symposium on Prescription and Non-prescription Drug Abuse: "Noribogaine: A Metabolite of the Naturally Occurring Substance Ibogaine Mediates the Beneficial Effects of the Drug on Opiate Withdrawal and Dependence." Annapolis, Maryland, July 12, 2005.

18th European College of Neuropsychopharmacology Congress, Invited Speaker, Symposium on Addictions – New Approaches to Treatment: "Ibogaine Therapy." Amsterdam, the Netherlands, October 23, 2005.

Neurochemistry of Excited Cocaine Delirium, Invited Speaker, Florida Association of Medical Examiners, Annual Conference, Jupiter, Florida, August 16, 2006.

Cocaine Abuse Leads to an Overexpression of Alpha Synuclein: Pathway to Parkinson Disease? Invited Lecturer, University of Mississippi, Department of Pharmacology, September 21, 2006.

Brain Biobanking for Parkinson Disease Research. Invited Lecturer, Genetic Epidemiology of Parkinson's Disease 2nd Annual Meeting, Santorini Greece September 10-12 2006.

IPICD Annual International Conference, "Psychostimulant Abuse and Excited Delirium", Las Vegas, NV, November 13 - 14, 2006.

National Institute of Justice, Annual Conference. Invited Lecturer, Excited Delirium, Causes and Management, Arlington, VA July 23 -25, 2007.

IPICD Annual International Conference: Sudden Death, Excited Delirium, and In-Custody Death. "Stimulants and the Brain: New and Recent Research Findings." Las Vegas, NV, November 28-30, 2007.

Scripps Research Institute: "Alpha-synuclein, Dopamine Dysfunction, and Cocaine Addiction." Jupiter, FL, December 07, 2007.

Sigma Xi, University of Miami Chapter. A Forum on Oceans and Human Health. The Neurotoxicity of the Blue Green Algal Toxin, BMAA. Dept of Medicine Grand Rounds, CME credit lecture, University of Miami Miller School of Medicine, Jan 23 2008.

Florida Crisis Intervention Team; First Regional CIT Workshop: "PTSD and Excited Delirium." North Broward Medical Center Pompano Beach, Florida. April 22, 2008.

Savannah Parkinson Support Group, Savannah, GA. "The Importance of Brain Research To The Parkinson Community." May 1, 2008.

Mental Health Transformation in Action Conference, sponsored by 11th Judicial Circuit of Florida, Florida Partners in Crisis Miami-Dade Chapter, and Florida Dept of Children and Families Circuits 11 and 16 Substance Abuse and Mental Health Program. CIT Executive and Administrative Training Session: "Excited Delirium." Miami, Florida May 15, 2008.

LNG Seminar series, NIAAA/NIH. Invited speaker: "Identifying dysregulated Genes in Cocaine Abuse and Excited Delirium." June 20, 2008.

University of Miami, Miller School of Medicine, Department of Neurology Grand Rounds, "Biobanking Brains for Parkinson Disease Research: A Resource for Molecular Neuropathology, Gene Expression Profiling and More." Miami, Fl. June 27, 2008.

Excited Delirium Conference, sponsored by Mental Health America of Greater Dallas. "Neurological Activity Associated with Excited Delirium" Dallas, Texas, Sept 3, 2008.

IPICD Annual International Conference: Excited Delirium and Mental Illness: "Brain, Behavior and Excited Delirium." Las Vegas, NV, October 29-31, 2008.

Biogen Idec / Neurology: "Bio-banking Brains for Parkinson Disease Research: A Resource for Biochemistry, Molecular Neuropathology, and Gene Expression Profiling." Cambridge, MA, January 12, 2009.

Integrative Medicine Symposium and Expo 2009, University of Miami, Miller School of Medicine: "Ibogaine: An Ethnobotanical for the Treatment of Addiction." Miami, FL, April 17, 2009.

Senior Science Series S$^3$ – American Federation for Aging Research of Florida: "Using your Brain: Studies of Successful Aging the Nervous System." Miami, FL, May 1, 2009.

West Virginia University, "Alpha-synuclien, Dopamine Dysfunction and Cocaine Addiction." Morgantown, WV, May 14, 2009.

American College of Emergency Physicians (ACEP), Excited Delirium Task Force Meeting: "A brain disorder? Brain, Behavior, and Excited Delirium." Dallas, TX, May 21, 2009.

The Institute of Ethnomedicine, Sixth International Conference on BMAA, "Cyanobacterial Toxin BMAA: Promises and Pitfalls," Miami, FL, November 3, 2009.

The Institute of Ethnomedicine, Sixth International Conference on BMAA, University of Miami, Rosenstiel School of Marine and Atmospheric Science, "Human Brain Evidence Links Cyanobacterial Neurotoxin BMAA to Neurodegenerative Disease." Miami, FL, November 4, 2009.

UM Experience 2009, University of Miami, "Using Your Brain: Studies of Successful Aging in the Nervous System," Coral Gables, FL, November 5, 2009.

The Kampong National Tropical Botanical Garden Florida, Physicians' Course Schedule. "Psychoactive African Rainforest Alkaloids for Addiction Treatment," Miami, February, 11-13, 2010.

Neuroscience Series Seminar, Florida Atlantic University, "Alpha-synuclein, Dopamine Dysfunction, and Cocaine Addiction." Miami, FL, March 16, 2010.

University of Miami, Phi Beta Kappa event. "Anecdotes from a lifetime of learning, intellectual growth, and personal enrichment." Coral Gables, FL, April 11, 2010.

Canadian Centre for the Prevention of In-Custody Deaths, Inc 2nd Annual Meeting. "A Brain Disorder? Brain, Behavior, and Excited Delirium." Niagara Falls, Canada. April 19-20, 2010.

Continuing Medical Education, Hamilton Medical Center. "A Brain Disorder? Brain, Behavior, and Excited Delirium." Dalton, GA. May 6, 2010.

Seventh Annual NHPS Research Conference "The Next Wave." "Ibogaine therapy: from ethnomedicine to new drug applications." Nova Scotia, Canada. May 25, 2010.


**27. Teaching Awards Received: None**

**28. Current and Past Teaching Responsibilities:**

Undergraduate Psychology Laboratory Course in Visual Psychophysics, Florida State University
Lecturer: University of Miami School of Medicine 2nd year Medical Pharmacology & Combined PhD/MD
Course Organizer: UM Nursing 301, Pharmacology (Fall Semester, 1989 & 1990), Nursing 501, Advanced          Clinical Pharmacology for Nurses (Fall, Spring & Summer Semesters, 1990 - 1994).

**29. Thesis and Dissertation Advising**

| | | |
|---|---|---|
| Marvin Rossi, B.S. | Rush Medical Center, Chicago, IL. Department of Neurological Sciences | Doctoral Committee Member/ Reader |
| John Pablo, M.S. | University of Miami School of Medicine Program in Neuroscience | Doctoral Advisor |

Recipient, American Academy of Clinical Toxicology
Kenneth F. Lampe Memorial Research Award
TIAA-SOFT Research Award

Yousuf Ali                      Doctoral Candidate
                                Department of Cellular and Molecular Pharmacology.

Ines Chopra                     Doctoral Candidate
                                Department of Cellular and Molecular Pharmacology.

**Medical Honor's Program**

Cyrus Zabetian, M.D.            Resident in Neurology, Univ. Washington at Seattle
                                Recipient, Outstanding Medical Student Award in
                                Neurology & Pharmacology

**Postdoctoral Trainees**          **Present Position**

Leslie Terry, Ph.D.                Assistant Dean and Professor, Florida Atlantic University
Julie Staley, Ph.D.                Assistant Professor, Yale University School of Medicine
David Segal, Ph.D.                 Research Associate, Dept. of Psychiatry, UM School of Medicine
Lionel Raymon, Pharm. D., Ph.D.    Staff Assoc, DUI Laboratories, Dept. Path., UM School of Medicine
Li Chen, Ph.D.                     Research Associate, NINDS, NIH Bethesda, MD
John Pablo, Ph.D.                  Research Associate, Dept. of Neurology, UM School of Medicine
Weiping Shen, M.D., Ph.D.          Research Associate, NINDS, NIH Bethesda, MD
Emily Garland, Ph.D.               Research Assoc. Professor, Vanderbilt University, Nashville, TN
Yujin Qin, Ph.D.                   Research Associate, Univ. Miami, Miller School of Medicine
Xiaobin Xie, Ph.D.                 Research Associate, Univ. Miami, Miller School of Medicine
Michelina Witte, Ph.D.             Research Associate, Univ. Miami, Miller School of Medicine

## 30. Departmental, Administrative and Committee Responsibilities:

1986 - Present    Director, UM School of Medicine Brain Endowment Bank
1990 - Present    Associate Director, Comprehensive Drug Research Center, UM School of Medicine
1990 - 1994       Medical School Representative, Research Council of the University of Miami
1990 - 1991       Member, Medical Library Committee
1991 - 1992       Vice Chairperson, Medical Library Committee
1992 - 1993       Chairperson, Medical Library Committee
1992 - Present    Member, Graduate Faculty Committee
1993 - 1996       Scientific Advisory Committee
1995 - 1996       General Clinical Research Center, Advisory Committee Member
1996 - 1999       Member, Faculty Senate
1998 - 2002       Chair, University of Miami Intercollegiate Athletics Drug Testing Committee
2001              Search Committee, Chairman of Anesthesia, UM Medical School
2003 - 2005       Search Committee, Parkinson Scholar, Department of Neurology

## 31. Community Service and Activities:

1986 - Present    State of Florida Alzheimer's Disease Initiative - Brain Bank Subcommittee Member
1987 - 1988       Henderson/New Vistas Mental Health Assoc., Human Rights Subcommittee Member
1989 - Present    Alzheimer's Disease Association, Member of the Miami Chapter's Scientific
                  Advisory Committee
1989- Present     Human Subjects Review Board Member, Miami Jewish Home and Hospital for the
                  Aged at Douglas Gardens

| | |
|---|---|
| 1988 - 1990 | Commissioner, City of North Bay Village, Florida |
| 1990 - 1992 | Commissioner, City of North Bay Village, Florida |
| 1990 - 1991 | WMRZ Healthline (Hosted Sunday Radio Shows to Promote Community Awareness of of the UM School of Medicine/JMH Programs of Excellence in Health Care & Research |
| 1988 - 1992 | Commissioner, City of North Bay Village, Florida |
| 1992 - 1994 | Commissioner, City of North Bay Village, Florida |
| 1994 - 1996 | Commissioner, City of North Bay Village, Florida |
| 1992 - Present | Member, Dade County Democratic Executive Committee |
| 1995 - 1997 | Member, Health Council of South Florida (Appointed by Metro-Dade County Commission on November 6, 1995) |
| 1997 - Present | Member, Health Council of South Florida (Appointed by Metro-Dade County Commission as of March 1, 1997) |
| 1996 - 1998 | Commissioner, City of North Bay Village, Florida |
| 1998 - 2000 | Secretary, Health Council of South Florida |
| 2001 | Nominating Committee Member, Miami-Dade Health Policy Authority. |
| 2000 - 2002 | Chairman, Health Council of South Florida |
| 2002 - 2003 | Nominating Committee, Health Council of South Florida |
| 2003 - 2004 | Miami-Dade County Healthcare Task Force, Member |