# EXHIBIT L

# *Gary P. Dias*
## *20 Kenton Avenue*
## *East Providence, RI 02916*
## *(401) 438-3536*

September 9, 2010

Marc DeSisto, Esq.
211 Angell Street
PO Box 2563
Providence, RI 02906-2563

Attorney DeSisto:

**RE: OPINION - PETRO/JACKSON V. TOWN OF WEST WARWICK, ET AL.**

1) A complete statement of all opinions you will express and the basis and reasons for those opinions.

Does a Rhode Island Police Officer have a "duty" to render medical aid to an injured / ill person; does a Rhode Island Police Officer have a "duty" to administer CPR to an injured/ill person.

It is my opinion that a Rhode Island police officer has a duty to render medical aid to anyone who is injured or ill. "Rendering Aid" is an open-ended term that can encompass many different options. Those options may include summoning medical assistance to applying basic first to administering advanced life support. The level of one's response is dependent on his/her training and level of certification and upon one's assessment of the medical problem and aid required.

It is my opinion that a Rhode Island police officer does not have specific duty to administer CPR in an injured/ill person. If it were a specific duty, it would be mandatory for all police officers to be trained and certified in CPR and also required to administer first aid and/or CPR on all medical calls for service to which they responded.

2) The data or other information considered by you in forming this opinion.

I base this opinion that Rhode Island police officers are not trained or certified as "first responders" for medical emergencies. In fact, an estimated 50% of current line officers are not CPR or AED certified.

3) Any exhibits that you have used or will use to summarize and support your opinion.

None

4) Your qualifications including any publications authored in the previous ten (10) years.

I based my opinion on more than 30 years of service in municipal police service. I served as a police officer and/or police supervisor for eighteen (18) years. During that time of service I responded to hundreds of calls for service involving injured and/or ill people.

I also served as the Deputy Police Chief for five (5) years and Police Chief for seven (7) years. In those positions I was responsible for the overall operation of a municipal police department and was involved in all aspects of the police policies and practices.

During my tenure as police chief I served four (4) years as a member of the Commission on Police Officers Standards and Training (POST). The "POST" is responsible to oversee municipal police training in Rhode Island.

5) A list of all other cases in which, during the previous four (4) years, you have testified as an expert at trial or deposition.

None

6) A statement of the compensation to be paid to you in this case.

None

Sincerely,

Gary P. Dias